**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, <br><br> Defendants. | Case No. 6:20-cv-00473-ADA |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Brian A. Rosenthal, declare as follows:

1.      I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc. and EMC Corporation in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2.      Attached here as **Exhibit A** is a true and correct copy of the applicant's July 17, 2014 arguments/remarks made in an argument, from the file history of U.S. Patent No. 9,137,144 filed on September 28, 2012. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on October 3, 2020.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2020

_/s/ Brian A. Rosenthal___
Brian A. Rosenthal

1