# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00473-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR <u>FAILURE TO STATE A CLAIM</u>**

I, Brian A. Rosenthal, declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2. Attached here as **Exhibit A** is a true and correct copy of the applicant's July 17, 2014 arguments/remarks made in an argument, from the file history of U.S. Patent No. 9,137,144 filed on September 28, 2012. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on October 30, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the docket report for *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies Inc., Dell Inc., and EMC Corporation*, Case No. 6:20-cv-00403-ADA (W.D. Tex. 2020). This docket report was retrieved from PACER (https://pcl.uscourts.gov/pcl/index.jsf) on October 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: October 30, 2020

                                                                   /s/ Brian A. Rosenthal
                                                                   Brian A. Rosenthal