# EXHIBIT B

CLOSED,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20-cv-00403-ADA

WSOU Investments, LLC v. Dell Inc. et al  
Assigned to: Judge Alan D Albright  
Cause: 35:271 Patent Infringement

Date Filed: 05/18/2020  
Date Terminated: 06/03/2020  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**WSOU Investments, LLC**  
*doing business as*  
Brazos Licensing and Development

represented by **Ryan Scott Loveless**  
Etheridge Law Group PLLC  
2600 E Southlake Blvd  
Suite 120-324  
Southlake, TX 76092  
972-292-8303  
Fax: 817-887-5950  
Email: ryan@etheridgelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Travis Lee Richins**  
Etheridge Law Group, PLLC  
2600 E. Southlake Blvd., Suite 120 / 324  
Southlake, TX 76092  
(817) 470-7249  
Fax: (817) 887-5950  
Email: travis@etheridgelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James L. Etheridge**  
Etheridge Law Group, PLLC  
2600 E. Southlake Blvd., Suite 120-324  
Southlake, TX 76092  
817-470-7249  
Fax: 817-887-5950  
Email: jim@etheridgelaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dell Inc.**

**Defendant**

**Dell Technologies Inc.**

**Defendant**

EMC Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2020 | 3 | STANDING ORDER from U.S. District Judge Alan D. Albright regarding scheduled civil hearings. Signed by Judge Alan D Albright. (Attachments: # 1 Supplemental Standing Order from Chief Judge Garcia re COVID19)(mc5) (Entered: 05/19/2020) |
| 05/18/2020 | 1 | COMPLAINT *of Patent Infringement* ( Filing fee $ 400 receipt number 0542-13581681). No Summons requested at this time, filed by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Attachments: # 1 Exhibit A - '144 Patent, # 2 Civil Cover Sheet)(Etheridge, James) (Entered: 05/18/2020) |
| 05/18/2020 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Etheridge, James) (Main Document 2 replaced on 5/19/2020) (am). (Entered: 05/18/2020) |
| 05/18/2020 |   | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 05/19/2020) |
| 05/19/2020 | 4 | RULE 7 DISCLOSURE STATEMENT filed by WSOU Investments, LLC. (Etheridge, James) (Entered: 05/19/2020) |
| 05/21/2020 | 5 | NOTICE of Attorney Appearance by Ryan Scott Loveless on behalf of WSOU Investments, LLC (Loveless, Ryan) (Entered: 05/21/2020) |
| 05/21/2020 | 6 | NOTICE of Attorney Appearance by Travis Lee Richins on behalf of WSOU Investments, LLC (Richins, Travis) (Entered: 05/21/2020) |
| 06/02/2020 | 7 | NOTICE of Voluntary Dismissal by WSOU Investments, LLC (Loveless, Ryan) (Entered: 06/02/2020) |
| 06/03/2020 | 8 | Closing Report on Patent sent to U.S. Patent and Trademark Office. (am) (Entered: 06/03/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2020 11:08:50 | | | |
| **PACER Login:** | Gibson01:2553425:4036719 | **Client Code:** | 26224-00031 |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-00403-ADA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |