

# EXHIBIT 6

Wade+Co

About

Team

Portfolio

01

02

03

04

# Contact

520 Newport Centre Boulevard
Newport Beach, California 92660

aliona(at)
wadeandcompany.com

Name

Organization

Email

Message

Submit