# EXHIBIT 10

| Order | Company Name | Is Headquarters | Ownership Type | Entity Type | City | State Or Province | Country/Region |
|---|---|---|---|---|---|---|---|
| 1 | Broadcom Inc. | true | Public | Parent | San Jose | California | United States |
| 2 | Broadcom Corporation | true | Private | Subsidiary | San Jose | California | United States |
| 3 | Avago Technologies Wireless (u.s | true | Private | Subsidiary | Fort Collins | Colorado | United States |
| 4 | LSI Corporation | true | Private | Subsidiary | San Jose | California | United States |
| 5 | Brocade Communications Syste | true | Private | Subsidiary | San Jose | California | United States |
| 6 | COMMSCOPE COMMUNICATI | true | Private | Subsidiary | Minato-Ku | Tokyo | Japan |
| 7 | COMMSCOPE COMMUNICAT | false | Private | Branch | Osaka | Osaka | Japan |
| 8 | COMMSCOPE COMMUNICAT | false | Private | Branch | Chuo-Ku | Tokyo | Japan |
| 9 | BROCADE FRANCE SAS | false | Private | Subsidiary | Paris | Ile-De-France | France |
| 10 | Brocade Communications | false | Private | Subsidiary | México | Ciudad De Mexico | Mexico |
| 11 | Brocade Communications Sys | false | Private | Branch | Broomfield | Colorado | United States |
| 12 | BROCADE COMMUNICATIONS | false | Private | Subsidiary | Sheung Wan |  | Hong Kong SAR |
| 13 | Brocade Communications Sys | false | Private | Branch | Schaumburg | Illinois | United States |
| 14 | Brocade Communications Sys | false | Private | Branch | San Jose | California | United States |
| 15 | Brocade Communications Sys | false | Private | Branch | Rochester | Minnesota | United States |
| 16 | Foundry Networks Holdings, S | false | Private | Subsidiary | San Pedro Garza García | Nuevo Leon | Mexico |
| 17 | Brocade Communications Sys | false | Private | Branch | New York | New York | United States |
| 18 | Brocade Communications Sys | false | Private | Branch | San Jose | California | United States |
| 19 | Brocade Communications Sys | false | Private | Branch | Alpharetta | Georgia | United States |
| 20 | Brocade Communications Sys | false | Private | Branch | Sumerduck | Virginia | United States |
| 21 | Brocade Communications Sys | false | Private | Branch | San Ramon | California | United States |
| 22 | Brocade Communications Sys | false | Private | Branch | San Jose | California | United States |
| 23 | Brocade Communications Sys | false | Private | Branch | Phoenix | Arizona | United States |
| 24 | Brocade Communications Sys | false | Private | Branch | Henderson | Nevada | United States |
| 25 | Brocade Communications Sys | false | Private | Branch | Frisco | Texas | United States |
| 26 | Brocade Communications Sys | false | Private | Branch | Malvern | Pennsylvania | United States |
| 27 | Brocade Communications Sys | false | Private | Branch | Houston | Texas | United States |
| 28 | McData Corporation | false |  | Subsidiary |  |  | United States |
| 29 | McData Services Corporation | true | Private | Subsidiary | Broomfield | Colorado | United States |
| 30 | Articulent, Inc. | true | Private | Subsidiary | Hopkinton | Massachusetts | United States |
| 31 | Articulent, Inc. | false | Private | Branch | Boston | Massachusetts | United States |
| 32 | McData Services Corporatio | false | Private | Branch | Minneapolis | Minnesota | United States |
| 33 | McData Services Corporatio | false | Private | Branch | San Jose | California | United States |
| 34 | McData Services Corporatio | false | Private | Branch | Columbus | Ohio | United States |
| 35 | McData Corporation | false | Private | Branch | Denver | Colorado | United States |
| 36 | McData Corporation | false | Private | Branch | San Ramon | California | United States |
| 37 | McData Corporation | false | Private | Branch | Saint Charles | Missouri | United States |
| 38 | Brocade Communications | false | Private | Branch | Toronto | Ontario | Canada |
| 39 | Agere Systems Inc. | false | Private | Subsidiary | Allentown | Pennsylvania | United States |
| 40 | LSI Corporation | false | Private | Branch | Des Moines | Iowa | United States |
| 41 | LSI Corporation | false | Private | Branch | Norcross | Georgia | United States |
| 42 | LSI Corporation | false | Private | Branch | Fort Collins | Colorado | United States |
| 43 | LSI LOGIC EUROPE LIMITED | true | Private | Subsidiary | Bracknell |  | United Kingdom |
| 44 | LSI Corporation | false | Private | Branch | Saint Paul | Minnesota | United States |
| 45 | LSI Corporation | false | Private | Branch | Roanoke | Texas | United States |
| 46 | LSI Corporation | false | Private | Branch | Longmont | Colorado | United States |
| 47 | LSI Corporation | false | Private | Branch | Waltham | Massachusetts | United States |
| 48 | LSI Corporation | false | Private | Branch | Wichita | Kansas | United States |
| 49 | LSI Corporation | false | Private | Branch | Allentown | Pennsylvania | United States |
| 50 | LSI Corporation | false | Private | Branch | Colorado Springs | Colorado | United States |
| 51 | LSI Corporation | false | Private | Branch | Andover | Massachusetts | United States |
| 52 | LSI Corporation | false | Private | Branch | Irvine | California | United States |
| 53 | LSI Corporation | false | Private | Branch | Bowling Green | Kentucky | United States |
| 54 | LSI Corporation | false | Private | Branch | Alpharetta | Georgia | United States |
| 55 | LSI Corporation | false | Private | Branch | San Jose | California | United States |
| 56 | LSI Corporation | false | Private | Branch | Saint Paul | Minnesota | United States |
| 57 | LSI Corporation | false | Private | Branch | Chicago | Illinois | United States |
| 58 | LSI Corporation | false | Private | Branch | Irving | Texas | United States |
| 59 | LSI Logic International Services | false | Private | Subsidiary | San Jose | California | United States |
| 60 | LSI Corporation | false | Private | Branch | San Diego | California | United States |
| 61 | LSI Corporation | false | Private | Branch | Los Gatos | California | United States |
| 62 | LSI Corporation | false | Private | Branch | Boca Raton | Florida | United States |
| 63 | Skyscend, LLC | false | Private | Subsidiary | Alpharetta | Georgia | United States |
| 64 | Emulex Corporation | true | Private | Subsidiary | Irvine | California | United States |
| 65 | Emulex Corporation | false | Private | Branch | Westborough | Massachusetts | United States |
| 66 | Emulex Corporation | false | Private | Branch | Bothell | Washington | United States |
| 67 | EMULEX ISLE OF MAN BASE CO | false | Private | Subsidiary | Isle Of Man |  | United Kingdom |
| 68 | Emulex Corporation | false | Private | Branch | Chandler | Arizona | United States |
| 69 | Emulex Corporation | false | Private | Branch | Pasadena | California | United States |
| 70 | Emulex Corporation | false | Private | Branch | Rockaway | New Jersey | United States |
| 71 | Cyoptics, Inc. | true | Private | Subsidiary | Breinigsville | Pennsylvania | United States |
| 72 | FIT Optoelectronica de México | false | Private | Subsidiary | Matamoros | Tamaulipas | Mexico |
| 73 | Cyoptics, Inc | false | Private | Branch | Detroit | Michigan | United States |
| 74 | Cyoptics, Inc. | false | Private | Branch | Brownsville | Texas | United States |
| 75 | Plx Technology, Inc. | true | Private | Subsidiary | San Jose | California | United States |
| 76 | Plx Technology, Inc. | false | Private | Branch | San Francisco | California | United States |
| 77 | Broadcom Corporation | false | Private | Branch | San Diego | California | United States |
| 78 | Broadcom Corporation | false | Private | Branch | Duluth | Georgia | United States |
| 79 | Broadcom Corporation | false | Private | Branch | Aurora | Colorado | United States |
| 80 | Broadcom Corporation | false | Private | Branch | Chandler | Arizona | United States |
| 81 | Broadcom Corporation | false | Private | Branch | Andover | Massachusetts | United States |
| 82 | Broadcom Corporation | false | Private | Branch | San Jose | California | United States |
| 83 | Broadcom Corporation | false | Private | Branch | Durham | North Carolina | United States |
| 84 | Broadcom Canada Ltd | false | Private | Subsidiary | Richmond | British Columbia | Canada |
| 85 | Broadcom Corporation | false | Private | Branch | Matawan | New Jersey | United States |
| 86 | Broadcom Corporation | false | Private | Branch | Broomfield | Colorado | United States |
| 87 | Broadcom Corporation | false | Private | Branch | San Jose | California | United States |
| 88 | Broadcom Corporation | false | Private | Branch | Andover | Massachusetts | United States |
| 89 | Teknovus, Inc. | true | Private | Subsidiary | Petaluma | California | United States |
| 90 | BROADCOM ASIA, LIMITED | false | Private | Subsidiary | Central District |  | Hong Kong SAR |
| 91 | BROADCOM SEMICONDUCTORS | false | Private | Subsidiary | Alimos |  | Greece |
| 92 | Broadlogic Network Technologies | false | Private | Subsidiary | San Jose | California | United States |
| 93 | Global Locate, Inc. | true | Private | Subsidiary | Irvine | California | United States |
| 94 | BROADCOM GPS SPAIN SL | false | Private | Subsidiary | Madrid | Madrid | Spain |
| 95 | BROADCOM NETWORKS SPAIN | false | Private | Subsidiary | Madrid | Madrid | Spain |

| # | Name | Flag | Type | Role | City | Region | Country |
|---|---|---|---|---|---|---|---|
| 96 | Broadcom Corporation | false | Private | Branch | Austin | Texas | United States |
| 97 | Broadcom Corporation | false | Private | Branch | San Diego | California | United States |
| 98 | Broadcom Corporation | false | Private | Branch | Petaluma | California | United States |
| 99 | Broadcom Corporation | false | Private | Branch | Colorado Springs | Colorado | United States |
| 100 | Broadcom Corporation | false | Private | Branch | Irvine | California | United States |
| 101 | BROADCOM | false | Private | Subsidiary | Biot | Provence-Alpes-Cote D'Azur | France |
| 102 | Broadcom Corporation | false | Private | Branch | Fort Collins | Colorado | United States |
| 103 | Broadlight, Inc. | false | Private | Subsidiary | Santa Clara | California | United States |
| 104 | Avago Technologies Wireless (u.s | false | Private | Subsidiary | San Jose | California | United States |
| 105 | Broadcom International Limited | true | Partnership | Subsidiary | George Town | | Cayman Islands |
| 106 | BROADCOM EUROPE LIMITED | false | Private | Subsidiary | London | | United Kingdom |
| 107 | BROADCOM SINGAPORE PTE LTI | true | Private | Subsidiary | Singapore | | Singapore |
| 108 | Broadcom Netherlands B.V. | false | Private | Subsidiary | Bunnik | Utrecht | Netherlands |
| 109 | BROADCOM ASIA DISTRIBUTIO | true | Private | Subsidiary | Singapore | | Singapore |
| 110 | Qingdao Aluwave Lighting Co. | false | Private | Subsidiary | Qingdao | Shandong | China |
| 111 | Broadcom Communications K | false | Private | Subsidiary | Seoul | Seoul | Korea, Republic of |
| 112 | Broadcom Communications Ne | false | Private | Subsidiary | Bunnik | Utrecht | Netherlands |
| 113 | Broadcom Communications Ber | true | Partnership | Subsidiary | Hamilton | | Bermuda |
| 114 | BROADCOM PRODUCTS UNLIM | true | Private | Subsidiary | | | Ireland |
| 115 | BROADCOM DISTRIBUTION LI | false | Private | Subsidiary | Dublin 2 | | Ireland |
| 116 | Broadcom Technologies Bermud | false | Private | Subsidiary | Hamilton | | Bermuda |
| 117 | BROADCOM UK LTD | true | Private | Subsidiary | Dover | | United Kingdom |
| 118 | Broadcom Corporation | false | Private | Branch | Lake Barrington | Illinois | United States |
| 119 | Broadcom Corporation | false | Private | Branch | Edina | Minnesota | United States |
| 120 | Broadcom Corporation | false | Private | Branch | Bellevue | Washington | United States |
| 121 | Cyoptics, Inc. | false | Private | Subsidiary | San Jose | California | United States |
| 122 | Broadcom Corporation | false | Private | Branch | Irvine | California | United States |
| 123 | Netlogic I LLC | false | Private | Subsidiary | San Jose | California | United States |
| 124 | Broadcom International LLC | false | Private | Subsidiary | San Jose | California | United States |
| 125 | Broadcom Technologies, Inc. | false | Private | Subsidiary | San Jose | California | United States |
| 126 | Broadcom Corporation | false | Private | Branch | Federal Way | Washington | United States |
| 127 | Foundry Networks Holding Co. | false | Private | Subsidiary | San Jose | California | United States |
| 128 | Broadcom Corporation | false | Private | Branch | Ambler | Pennsylvania | United States |
| 129 | BROADCOM SYDNEY PTY LTD | false | Private | Subsidiary | Macquarie Park | New South Wales | Australia |
| 130 | Ca, Inc. | true | Private | Subsidiary | New York | New York | United States |
| 131 | CA (INDIA) TECHNOLOGIES PRIVA | true | Private | Subsidiary | Mumbai | Maharashtra | India |
| 132 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 133 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Bhubaneswar | Odisha | India |
| 134 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Mumbai | Maharashtra | India |
| 135 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Bangalore | Karnataka | India |
| 136 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Bangalore | Karnataka | India |
| 137 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Rangareddy | Telangana | India |
| 138 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 139 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Mohali | Punjab | India |
| 140 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 141 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 142 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Ahmedabad | Gujarat | India |
| 143 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 144 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Kolkata | West Bengal | India |
| 145 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | New Delhi | Delhi | India |
| 146 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Bangalore | Karnataka | India |
| 147 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Bangalore | Karnataka | India |
| 148 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Gurgaon | Haryana | India |
| 149 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Chennai | Tamil Nadu | India |
| 150 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Mumbai | Maharashtra | India |
| 151 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Mumbai | Maharashtra | India |
| 152 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | New Delhi | Delhi | India |
| 153 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Chennai | Tamil Nadu | India |
| 154 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Mumbai | Maharashtra | India |
| 155 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Pune | Maharashtra | India |
| 156 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 157 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | New Delhi | Delhi | India |
| 158 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Kolkata | West Bengal | India |
| 159 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 160 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 161 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 162 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | New Delhi | Delhi | India |
| 163 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Hyderabad | Telangana | India |
| 164 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Andhra Pradesh | Andhra Pradesh | India |
| 165 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | New Delhi | Delhi | India |
| 166 | CA (INDIA) TECHNOLOGIES PRIV | false | Private | Branch | Patna | Bihar | India |
| 167 | COMPUTER ASSOCIATES PTE. LTD | false | Private | Subsidiary | Jakarta Barat | Jakarta | Indonesia |
| 168 | Ca, Inc. | false | Private | Branch | Plano | Texas | United States |
| 169 | Netqos, Inc | true | Private | Subsidiary | Herndon | Virginia | United States |
| 170 | Base Technologies, LLC | false | Private | Subsidiary | Herndon | Virginia | United States |
| 171 | Ca, Inc. | false | Private | Branch | Dallas | Texas | United States |
| 172 | Rally Software Development Corp | true | Private | Subsidiary | Boulder | Colorado | United States |
| 173 | Agile Advantage, Inc. | false | Private | Subsidiary | Redmond | Washington | United States |
| 174 | Rally Software Development Int | false | Private | Subsidiary | Boulder | Colorado | United States |
| 175 | Agile University | false | Private | Subsidiary | Boulder | Colorado | United States |
| 176 | Concord Communications, Inc. | true | Private | Subsidiary | Herndon | Virginia | United States |
| 177 | Aprisma Management Technolo | true | Private | Subsidiary | Portsmouth | New Hampshire | United States |
| 178 | Aprisma Management Technol | false | Private | Branch | Boston | Massachusetts | United States |
| 179 | Concord Communications, Inc. | false | Private | Branch | Boston | Massachusetts | United States |
| 180 | Concord Communications, Inc. | false | Private | Branch | Miami | Florida | United States |
| 181 | Netegrity, Inc | true | Private | Subsidiary | Melville | New York | United States |
| 182 | Netegrity, Inc | false | Private | Branch | Rochelle Park | New Jersey | United States |
| 183 | NETEGRITY SERVICE CENTRE SDN | false | Private | Subsidiary | Kuala Lumpur | Kuala Lumpur | Malaysia |
| 184 | Netegrity, Inc | false | Private | Branch | New York | New York | United States |
| 185 | Netegrity, Inc | false | Private | Branch | Pittsburgh | Pennsylvania | United States |
| 186 | Netegrity, Inc | false | Private | Branch | Woburn | Massachusetts | United States |
| 187 | Netegrity, Inc | false | Private | Branch | Portage | Indiana | United States |
| 188 | Netegrity, Inc | false | Private | Branch | Paragould | Arkansas | United States |
| 189 | Netegrity, Inc | false | Private | Branch | Oak Brook | Illinois | United States |
| 190 | CA JAPAN, LTD. | true | Private | Subsidiary | Meguro-Ku | Tokyo | Japan |
| 191 | CA JAPAN, LTD. | false | Private | Branch | Fukuoka | Fukuoka | Japan |

| # | Name | Flag | Type | Role | City | State/Region | Country |
|---|---|---|---|---|---|---|---|
| 192 | CA JAPAN, LTD. | false | Private | Branch | Nagoya | Aichi | Japan |
| 193 | CA JAPAN, LTD. | false | Private | Branch | Osaka | Osaka | Japan |
| 194 | Ca, Inc. | false | Private | Branch | Herndon | Virginia | United States |
| 195 | Ca, Inc. | false | Private | Branch | Santa Clara | California | United States |
| 196 | Nimsoft, Inc. | true | Private | Subsidiary | Santa Clara | California | United States |
| 197 | Ca, Inc. | false | Private | Branch | San Jose | California | United States |
| 198 | Ca, Inc. | false | Private | Branch | Charlotte | North Carolina | United States |
| 199 | Layer 7 Technologies Inc | false | Private | Subsidiary | Vancouver | British Columbia | Canada |
| 200 | Ca, Inc. | false | Private | Branch | Spokane | Washington | United States |
| 201 | Ca, Inc. | false | Private | Branch | Alpharetta | Georgia | United States |
| 202 | Ca, Inc. | false | Private | Branch | Chesterfield | Missouri | United States |
| 203 | Ca, Inc. | false | Private | Branch | Miami | Florida | United States |
| 204 | Ca, Inc. | false | Private | Branch | Tampa | Florida | United States |
| 205 | Ca, Inc. | false | Private | Branch | Mesa | Arizona | United States |
| 206 | Ca, Inc. | false | Private | Branch | Portland | Oregon | United States |
| 207 | Ca, Inc. | false | Private | Branch | Bellevue | Washington | United States |
| 208 | Ca, Inc. | false | Private | Branch | Durham | North Carolina | United States |
| 209 | Ca, Inc. | false | Private | Branch | Morrisville | North Carolina | United States |
| 210 | C A Services, S.A. de C.V. | false | Private | Subsidiary | México | Ciudad De Mexico | Mexico |
| 211 | Ilumin Software Services, LLC | false | Private | Subsidiary | Reston | Virginia | United States |
| 212 | Ca, Inc. | false | Private | Branch | Melville | New York | United States |
| 213 | Xosoft Inc. | false | Private | Subsidiary | Framingham | Massachusetts | United States |
| 214 | CA (MALAYSIA) SDN. BHD. | false | Private | Subsidiary | Petaling Jaya | Selangor | Malaysia |
| 215 | Ca, Inc. | false | Private | Branch | Ewing | New Jersey | United States |
| 216 | Ca, Inc. | false | Private | Branch | Pittsburgh | Pennsylvania | United States |
| 217 | Ca, Inc. | false | Private | Branch | East Windsor | Connecticut | United States |
| 218 | Ca, Inc. | false | Private | Branch | Central Islip | New York | United States |
| 219 | DIVERSE SOLAR ENERGY LTD | false | Private | Subsidiary | Nairobi |  | Kenya |
| 220 | PHILIPPINES COMPUTER ASSOCI | false | Private | Subsidiary | Makati | Manila | Philippines |
| 221 | COMPUTER ASSOCIATES MIDDLE | false | Private | Subsidiary | Manama |  | Bahrain |
| 222 | Computer Associates Internation | false | Private | Subsidiary | Sarasota | Florida | United States |
| 223 | Ca, Inc. | false | Private | Branch | Lisle | Illinois | United States |
| 224 | Ca, Inc. | false | Private | Branch | Burlington | Massachusetts | United States |
| 225 | Ca, Inc. | false | Private | Branch | Central Islip | New York | United States |
| 226 | Ca, Inc. | false | Private | Branch | Overland Park | Kansas | United States |
| 227 | Ca, Inc. | false | Private | Branch | Miami | Florida | United States |
| 228 | Ca, Inc. | false | Private | Branch | San Jose | California | United States |
| 229 | Xceedium, Inc. | false | Private | Subsidiary | Herndon | Virginia | United States |
| 230 | Ca, Inc. | false | Private | Branch | Roseville | California | United States |
| 231 | CA TECHNOLOGIES, UNIPESSOAL | false | Private | Subsidiary | Lisboa |  | Portugal |
| 232 | Hyperformix, Inc. | false | Private | Subsidiary | Austin | Texas | United States |
| 233 | Ca, Inc. | false | Private | Branch | Arlington | Texas | United States |
| 234 | Blazemeter Inc. | false | Private | Subsidiary | San Jose | California | United States |
| 235 | Computer Associates Internation | false | Private | Subsidiary | Nairobi |  | Kenya |
| 236 | Ca, Inc. | false | Private | Branch | Chicago | Illinois | United States |
| 237 | CA Montessori Children's Center, | false | Private | Subsidiary | Islandia | New York | United States |
| 238 | Ca, Inc. | false | Private | Branch | Lisle | Illinois | United States |
| 239 | Ca, Inc. | false | Private | Branch | Fort Lee | New Jersey | United States |
| 240 | Ca, Inc. | false | Private | Branch | Melville | New York | United States |
| 241 | Ca, Inc. | false | Private | Branch | Dallas | Texas | United States |
| 242 | Ca, Inc. | false | Private | Branch | Newark | New Jersey | United States |
| 243 | Ca, Inc. | false | Private | Branch | Philadelphia | Pennsylvania | United States |
| 244 | Ca, Inc. | false | Private | Branch | Chicago | Illinois | United States |
| 245 | Ca, Inc. | false | Private | Branch | San Francisco | California | United States |
| 246 | Ca, Inc. | false | Private | Branch | San Francisco | California | United States |
| 247 | Ca, Inc. | false | Private | Branch | Chicago | Illinois | United States |
| 248 | Ca, Inc. | false | Private | Branch | Newark | New Jersey | United States |
| 249 | Ca, Inc. | false | Private | Branch | Pittsburgh | Pennsylvania | United States |
| 250 | Ca, Inc. | false | Private | Branch | Chicago | Illinois | United States |
| 251 | Ca, Inc. | false | Private | Branch | Denver | Colorado | United States |
| 252 | Ca, Inc. | false | Private | Branch | Woburn | Massachusetts | United States |
| 253 | Ca, Inc. | false | Private | Branch | Dallas | Texas | United States |
| 254 | Maciel & Co. Ca Inc | false | Private | Subsidiary | Westbank | British Columbia | Canada |
| 255 | Ca, Inc. | false | Private | Branch | Boulder | Colorado | United States |
| 256 | Ca, Inc. | false | Private | Branch | Chesterfield | Missouri | United States |
| 257 | CA Global Holdings | true | Private | Subsidiary | Hamilton |  | Bermuda |
| 258 | CA Software Holding B.V. | true | Private | Subsidiary | Utrecht | Utrecht | Netherlands |
| 259 | CA software B.V. | true | Private | Subsidiary | Utrecht | Utrecht | Netherlands |
| 260 | CA Software ApS | true | Private | Subsidiary | Ballerup | Hovedstaden | Denmark |
| 261 | Ca Software Sweden AB | false | Private | Subsidiary | Stockholm | Stockholm | Sweden |
| 262 | CA Software Finland Oy | false | Private | Subsidiary | Helsinki | Uusimaa | Finland |
| 263 | Ca Norway AS | true | Private | Subsidiary | Lysaker |  | Norway |
| 264 | Nimsoft AS | true | Private | Subsidiary | Lysaker |  | Norway |
| 265 | Nimsoft Holding AS | false | Private | Subsidiary | Lysaker |  | Norway |
| 266 | CA IT MANAGEMENT SOLUTIO | false |  | Subsidiary |  |  | Spain |
| 267 | CA TECHNOLOGIES DEVELOPN | false | Private | Subsidiary | Cornella De Llobregat | Barcelona | Spain |
| 268 | CA Europe Holding B.V. | true | Private | Subsidiary | Utrecht | Utrecht | Netherlands |
| 269 | CA Europe Sàrl | false | Private | Subsidiary | Morges | Vaud | Switzerland |
| 270 | Ca, Inc. | false | Private | Branch | Philadelphia | Pennsylvania | United States |
| 271 | CA Investment, Inc. | true | Private | Subsidiary | Melville | New York | United States |
| 272 | Layer 7 Technologies (usa), Inc. | false | Private | Subsidiary | Washington | District of Columbia | United States |
| 273 | Ca, Inc. | false | Private | Branch | Tampa | Florida | United States |
| 274 | Ca, Inc. | false | Private | Branch | Orlando | Florida | United States |
| 275 | CA PACIFIC (NZ) LIMITED | true | Private | Subsidiary | Wellington |  | New Zealand |
| 276 | CA PACIFIC (NZ) LIMITED | false | Private | Branch | Auckland |  | New Zealand |
| 277 | BROADCOM (CA) IRELAND LIMITE | false | Private | Subsidiary |  |  | Ireland |
| 278 | Ca, Inc. | false | Private | Branch | Laguna Hills | California | United States |
| 279 | Ca, Inc. | false | Private | Branch | Dallas | Texas | United States |
| 280 | Ca, Inc. | false | Private | Branch | Winter Park | Florida | United States |
| 281 | Ca, Inc. | false | Private | Branch | Kansas City | Missouri | United States |
| 282 | Ca, Inc. | false | Private | Branch | Tampa | Florida | United States |
| 283 | Ca, Inc. | false | Private | Branch | Moon Township | Pennsylvania | United States |
| 284 | COMPUTER ASSOCIATES URUGU | true | Private | Subsidiary | Montevideo |  | Uruguay |
| 285 | CA Software de México, S.A de C | true | Private | Subsidiary | México | Ciudad De Mexico | Mexico |
| 286 | CA  Software de México, S.A de | false | Private | Branch | San Pedro Garza Garcia | Nuevo Leon | Mexico |
| 287 | CA  Software de México, S.A de | false | Private | Branch | Guadalajara | Jalisco | Mexico |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 288 | CA ARGENTINA S.A. | false | Private | Subsidiary | Ciudad de Buenos Aires | Buenos Aires City | Argentina |
| 289 | Ca, Inc. | false | Private | Branch | Raleigh | North Carolina | United States |
| 290 | Ca, Inc. | false | Private | Branch | Livonia | Michigan | United States |
| 291 | Computer Associates Canada Inte | false | Private | Branch | Ottawa | Ontario | Canada |
| 292 | Cybermation Inc | false | Private | Branch | Thornhill | Ontario | Canada |
| 293 | COMPUTER ASSOCIATES INTERNA | false | Private | Branch | Cairo | | Egypt |
| 294 | Computer Associates Shanghai O | false | Private | Branch | Shanghai | Shanghai | China |
| 295 | Cameracard Ca Inc | false | Private | Branch | Montréal | Quebec | Canada |
| 296 | C A COMPUTER ASSOCIATES INTE | false | Private | Branch | Bangalore | Karnataka | India |
| 297 | Avago Technologies U.S. Inc. | true | Private | Subsidiary | San Jose | California | United States |
| 298 | Avago Technologies U.S. Inc. | false | Private | Branch | San Jose | California | United States |
| 299 | Avago Technologies U.S. Inc. | false | Private | Branch | San Jose | California | United States |
| 300 | Avago Technologies U.S. Inc. | false | Private | Branch | Loveland | Colorado | United States |
| 301 | BROADCOM SEMICONDUCTORS IS | false | Private | Subsidiary | Lod Airport | | Israel |
| 302 | AVAGO TECHNOLOGIES JAPAN, LT | true | Private | Subsidiary | Meguro-Ku | Tokyo | Japan |
| 303 | NEMICON CORPORATION | true | Private | Subsidiary | Minato-Ku | Tokyo | Japan |
| 304 | NEMICON CORPORATION | false | Private | Branch | Shirakawa | Fukushima | Japan |
| 305 | BROADCOM BROADBAND ACCESS | false | Private | Subsidiary | Herzliya | | Israel |
| 306 | Bay Dynamics, Inc. | false | Private | Subsidiary | San Jose | California | United States |
| 307 | CA Inc | false | Private | Subsidiary | San Jose | California | United States |
| 308 | LSI Logic HK Holdings | true | Partnership | Subsidiary | George Town | | Cayman Islands |
| 309 | LSI TECHNOLOGY (SINGAPORE) P | true | Private | Subsidiary | Singapore | | Singapore |
| 310 | SILICON MANUFACTURING PART | false | Private | Subsidiary | Singapore | | Singapore |
| 311 | LSI INDIA RESEARCH & DEVELOP | true | Private | Subsidiary | Bangalore | Karnataka | India |
| 312 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Bangalore | Karnataka | India |
| 313 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Pune | Maharashtra | India |
| 314 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Maharashtra | Maharashtra | India |
| 315 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Bangalore | Karnataka | India |
| 316 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Bangalore | Karnataka | India |
| 317 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Pune | Maharashtra | India |
| 318 | LSI INDIA RESEARCH & DEVELO | false | Private | Branch | Pune | Maharashtra | India |
| 319 | Broadcom Cayman Finance Limite | true | Partnership | Subsidiary | George Town | | Cayman Islands |
| 320 | BROADCOM HOLDINGS PTE. LTD. | true | Private | Subsidiary | Singapore | | Singapore |
| 321 | AVAGO TECHNOLOGIES FINANC | true | Private | Subsidiary | Singapore | | Singapore |
| 322 | AVAGO TECHNOLOGIES GENER | true | Private | Subsidiary | Singapore | | Singapore |
| 323 | Avago Technologies GmbH | false | Private | Subsidiary | München | Bayern | Germany |
| 324 | AVAGO TECHNOLOGIES ENTE | false | Private | Subsidiary | Singapore | | Singapore |
| 325 | AVAGO TECHNOLOGIES ECBU | false | Private | Subsidiary | Singapore | | Singapore |
| 326 | AVAGO TECHNOLOGIES FIBER | false | Private | Subsidiary | Singapore | | Singapore |
| 327 | Broadcom Technologies Inc. | true | Private | Subsidiary | San Jose | California | United States |
| 328 | AVAGO TECHNOLOGIES INTERNA | true | Private | Subsidiary | Singapore | | Singapore |
| 329 | AVAGO TECHNOLOGIES (MALAY | true | Private | Subsidiary | Bayan Lepas | Pulau Pinang | Malaysia |
| 330 | SCENIC DRIVE SDN. BHD. | false | Private | Subsidiary | Jitra | Kedah | Malaysia |
| 331 | Avago Technologies Korea Co., L | false | Private | Subsidiary | Seoul | Seoul | Korea, Republic of |
| 332 | ARGON DESIGN LTD | false | Private | Subsidiary | Cambridge | | United Kingdom |
| 333 | BROADCOM INTERNATIONAL PT | false | Private | Subsidiary | Singapore | | Singapore |
| 334 | Avago Technologies Holdings B.V | true | Private | Subsidiary | Amsterdam | Noord-Holland | Netherlands |
| 335 | BROADCOM BULGARIA EOOD | false | Private | Subsidiary | Sofia | | Bulgaria |
| 336 | ELTRA SPA | true | Private | Subsidiary | Sarego | Vicenza | Italy |
| 337 | ELTRA SLOVAKIA, s.r.o. | false | Private | Subsidiary | Šamorín | | Slovakia |
| 338 | AVAGO TECHNOLOGIES UK LIM | false | Private | Subsidiary | Reading | | United Kingdom |
| 339 | Avago Technologies Fiber Aust | false | Private | Subsidiary | Wien | Wien | Austria |
| 340 | AVAGO TECHNOLOGIES INT'L SA | false | Private | Branch | Taipei City | | Taiwan Region |
| 341 | Broadcom Inc. | false | Private | Branch | Melville | New York | United States |
| 342 | ServerWorks International Ltd. | false | Partnership | Subsidiary | George Town | | Cayman Islands |
| 343 | Brocade Communications Systems | false | Private | Subsidiary | San Jose | California | United States |
| 344 | Broadcom Limited | false | Private | Branch | Regensburg | Bayern | Germany |