# EXHIBIT 11



UNITED STATES PATENT AND TRADEMARK OFFICE



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/631,169 | 09/28/2012 | Stephen G. Valentine | 811155 |

**CONFIRMATION NO. 9603**
**POA ACCEPTANCE LETTER**

22046
Alcatel-Lucent USA Inc
600-700 Mountain Avenue
Docket Administrator - Room 3B-212F
Murray Hill, NJ 07974

*OC000000057137726*

Date Mailed: 10/19/2012

# NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/28/2012.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/llvuong/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101