

# EXHIBIT 13



## Assignment abstract of title for Application 13631169

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD AND APPARATUS FOR COMMUNICATION PATH SELECTION<br>Stephen G. Valentine | 9137144<br>Sep 15, 2015 | 20140092910<br>Apr 3, 2014 | 13631169<br>Sep 28, 2012 | | |

## Assignments (5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 045085/0001 | Dec 22, 2017 | Jan 18, 2018 | 229 | 53 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
ALCATEL LUCENT

**Correspondent**
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

**Assignee**
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033949/0016 | Aug 19, 2014 | Oct 9, 2014 | 1202 | 238 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
CREDIT SUISSE AG

**Correspondent**
EDWARD SADTLER
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

**Assignee**
ALCATEL-LUCENT USA INC.
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07947

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031420/0703 | Oct 15, 2013 | Oct 16, 2013 | 46 | 7 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| ALCATEL-LUCENT USA INC. | GREGORY J. MURGIA<br>600-700 MOUNTAIN AVENUE<br>DOCKET ADMINISTRATOR - ROOM 3B-212F<br>MURRAY HILL, NJ 07974-0636 |

Assignee
ALCATEL LUCENT
3, AVENUE OCTAVE GREARD
PARIS 75007
FRANCE

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030510/0627 | Jan 30, 2013 | Mar 7, 2013 | 5303 | 202 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| ALCATEL-LUCENT USA INC. | DANIEL ST. ONGE, ESQ.<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |

Assignee
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029049/0622 | Sep 28, 2012 | Sep 28, 2012 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| VALENTINE, STEPHEN | ALCATEL-LUCENT USA INC<br>600-700 MOUNTAIN AVENUE<br>DOCKET ADMINISTRATOR - ROOM 3B-212F<br>MURRAY HILL, NJ 07974 |

Assignee
ALCATEL-LUCENT USA INC.
600-700 MOUNTAIN AVENUE
DOCKET ADMINISTRATOR - 3B-212F
MURRAY HILL, NEW JERSEY 07974-0636