# EXHIBIT 14








| | | | | |
|---|---|---|---|---|
| United | EWR–AUS | 5h 54m IAH | | |
| 11:40 AM – 9:26 PM<br>United | 10h 46m<br>EWR–AUS | 1 stop<br>5h 18m ORD | $232 | |
| 7:53 AM – 5:41 PM<br>American | 10h 48m<br>EWR–AUS | 2 stops<br>CLT, DFW | $235 | |
| 10:30 AM – 9:15 PM<br>United | 11h 45m<br>EWR–AUS | 1 stop<br>5h 25m DEN | $167 | |
| 10:10 AM – 8:57 PM<br>United | 11h 47m<br>EWR–AUS | 1 stop<br>6h 44m IAH | $232 | |
| 6:10 AM – 5:41 PM<br>American | 12h 31m<br>EWR–AUS | 1 stop<br>7h 13m DFW | $207 | |
| 6:06 AM – 5:41 PM<br>American | 12h 35m<br>EWR–AUS | 2 stops<br>CLT, DFW | $235 | |
| 6:06 AM – 5:41 PM<br>American | 12h 35m<br>EWR–AUS | 2 stops<br>CLT, DFW | $251 | |
| 8:35 AM – 8:20 PM<br>… · Operated by Republic Airways DBA United … | 12h 45m<br>EWR–AUS | 2 stops<br>RDU, IAD | $163 | |
| 8:30 AM – 8:20 PM<br>U… · Operated by Republic Airways DBA United … | 12h 50m<br>EWR–AUS | 1 stop<br>Change of airport | $242 | |
| 8:20 AM – 8:20 PM<br>Unit… · Operated by Mesa Airlines DBA United E… | 13h 0m<br>EWR–AUS | 1 stop<br>8h 6m IAD | $242 | |
| 8:20 AM – 8:57 PM<br>United | 13h 37m<br>EWR–AUS | 2 stops<br>IAD, IAH | $212 | |
| 8:20 AM – 9:15 PM<br>United | 13h 55m<br>EWR–AUS | 2 stops<br>IAD, DEN | $167 | |
| 7:59 AM – 9:15 PM<br>United | 14h 16m<br>EWR–AUS | 1 stop<br>7h 56m DEN | $167 | |
| 6:20 AM – 8:57 PM<br>United | 15h 37m<br>EWR–AUS | 2 stops<br>ORD, IAH | $212 | |
| 6:10 AM – 8:54 PM<br>American | 15h 44m<br>EWR–AUS | 1 stop<br>10h 28m DFW | $458 | |
| 6:20 AM – 9:15 PM<br>United | 15h 55m<br>EWR–AUS | 2 stops<br>ORD, DEN | $167 | |
| 7:00 PM – 11:07 AM+1<br>United, … · Operated by Gojet Airlines DBA Unit… | 17h 7m<br>EWR–AUS | 1 stop<br>12h 8m DTW | $487 | |
| 7:00 PM – 11:12 AM+1<br>United | 17h 12m<br>EWR–AUS | 1 stop<br>12h 23m IAH | $187 | |
| 6:45 PM – 11:12 AM+1<br>Uni… · Operated by Republic Airways DBA Unite… | 17h 27m<br>EWR–AUS | 2 stops<br>CLT, IAH | $221 | |

 

| | Time | Duration | Stops | Price | |
|---|---|---|---|---|---|
| | 6:15 PM – 11:12 AM<br>United · Operated by Mesa Airlines DBA United E… | 17h 57m<br>EWR–AUS | 2 stops<br>CLE, IAH | $193 | ⌄ |
| | 3:21 PM – 9:35 AM⁺¹<br>American | 19h 14m<br>EWR–AUS | 1 stop<br>13h 58m DFW | $162 | ⌄ |
| | 7:05 PM – 1:35 PM⁺¹<br>Spirit | 19h 30m<br>EWR–AUS | 2 stops<br>FLL, MCO | $157 | ⌄ |
| | 6:30 PM – 1:05 PM⁺¹<br>United | 19h 35m<br>EWR–AUS | 1 stop<br>13h 15m DEN | $167 | ⌄ |
| | 4:14 PM – 11:12 AM⁺¹<br>United | 19h 58m<br>EWR–AUS | 2 stops<br>DEN, IAH | $167 | ⌄ |
| | 6:30 PM – 1:35 PM⁺¹<br>Spirit | 20h 5m<br>EWR–AUS | 2 stops<br>BOS, MCO | $148 | ⌄ |
| | 7:00 PM – 2:16 PM⁺¹<br>United | 20h 16m<br>EWR–AUS | 1 stop<br>10h 16m SFO | $177 | ⌄ |
| | 3:15 PM – 11:12 AM⁺¹<br>United | 20h 57m<br>EWR–AUS | 2 stops<br>ORD, IAH | $167 | ⌄ |
| | 6:15 PM – 2:16 PM⁺¹<br>United | 21h 1m<br>EWR–AUS | 1 stop<br>11h 30m SFO | $177 | ⌄ |
| | 5:00 PM – 1:10 PM⁺¹<br>Alaska | 21h 10m<br>EWR–AUS | 1 stop<br>10h 55m SEA | $447 | ⌄ |
| | 3:21 PM – 11:36 AM⁺¹<br>American | 21h 15m<br>EWR–AUS | 1 stop<br>15h 58m DFW | $162 | ⌄ |
| | 2:41 PM – 11:12 AM⁺¹<br>United | 21h 31m<br>EWR–AUS | 2 stops<br>DEN, IAH | $167 | ⌄ |
| | 2:40 PM – 11:12 AM⁺¹<br>United | 21h 32m<br>EWR–AUS | 2 stops<br>MIA, IAH | $147 | ⌄ |
| | 7:00 PM – 3:35 PM⁺¹<br>United | 21h 35m<br>EWR–AUS | 1 stop<br>16h 46m IAH | $187 | ⌄ |
| | 6:20 PM – 2:55 PM⁺¹<br>Unit… · Operated by Skywest DBA United Expre… | 21h 35m<br>EWR–AUS | 1 stop<br>12h 55m LAX | $213 | ⌄ |
| | 4:14 PM – 1:05 PM⁺¹<br>United | 21h 51m<br>EWR–AUS | 1 stop<br>15h 31m DEN | $167 | ⌄ |
| | 3:15 PM – 12:17 PM⁺¹<br>Uni… · Operated by Republic Airways DBA Unite… | 22h 2m<br>EWR–AUS | 1 stop<br>16h 28m ORD | $232 | ⌄ |
| | 6:30 PM – 3:35 PM⁺¹<br>United | 22h 5m<br>EWR–AUS | 2 stops<br>DEN, IAH | $167 | ⌄ |
| | 6:55 PM – 4:43 PM⁺¹<br>United, Delta | 22h 48m<br>EWR–AUS | 2 stops<br>RDU, ATL | $457 | ⌄ |
| | 6:55 PM – 4:43 PM⁺¹<br>United, Delta | 22h 48m<br>EWR–AUS | 2 stops<br>RDU, ATL | $457 | ⌄ |

  

| | 3:15 PM – 1:05 PM+1<br>United | 22h 50m<br>EWR–AUS | 2 stops<br>ORD, DEN | | $167 | |
|---|---|---|---|---|---|---|
| | 3:21 PM – 1:43 PM+1<br>American | 23h 22m<br>EWR–AUS | 1 stop<br>17h 58m DFW | | $162 | |
| | 2:41 PM – 1:05 PM+1<br>United | 23h 24m<br>EWR–AUS | 1 stop<br>17h 4m DEN | | $167 | |
| | 12:30 PM – 11:12 AM+1<br>United | 23h 42m<br>EWR–AUS | 1 stop<br>18h 44m IAH | | $227 | |
| | 2:15 PM – 1:05 PM+1<br>Unit… · Operated by Gojet Airlines DBA United E… | 23h 50m<br>EWR–AUS | 2 stops<br>DCA, DEN | | $167 | |
| | 4:30 PM – 3:35 PM+1<br>United | 24h 5m<br>EWR–AUS | 2 stops<br>MCO, IAH | | $160 | |
| | 2:20 PM – 1:35 PM+1<br>Spirit | 24h 15m<br>EWR–AUS | 2 stops<br>ATL, MCO | | $127 | |
| | 4:14 PM – 3:35 PM+1<br>United | 24h 21m<br>EWR–AUS | 2 stops<br>DEN, IAH | | $167 | |
| | 5:00 PM – 4:25 PM+1<br>Alas… · Operated by Horizon Air as AlaskaHori… | 24h 25m<br>EWR–AUS | 2 stops<br>SEA, SAN | | $511 | |
| | 11:40 AM – 11:12 AM+1<br>United | 24h 32m<br>EWR–AUS | 2 stops<br>ORD, IAH | | $167 | |
| | 7:00 PM – 6:36 PM+1<br>United | 24h 36m<br>EWR–AUS | 1 stop<br>14h 36m SFO | | $177 | |
| | 7:05 PM – 7:01 PM+1<br>Spirit | 24h 56m<br>EWR–AUS | 1 stop<br>18h 39m FLL | | $120 | |
| | 2:15 PM – 2:16 PM+1<br>United | 25h 1m<br>EWR–AUS | 1 stop<br>15h 16m SFO | | $177 | |
| | 3:15 PM – 3:35 PM+1<br>United | 25h 20m<br>EWR–AUS | 2 stops<br>ORD, IAH | | $167 | |
| | 6:15 PM – 6:36 PM+1<br>United | 25h 21m<br>EWR–AUS | 1 stop<br>15h 50m SFO | | $177 | |
| | 3:00 PM – 3:35 PM+1<br>United | 25h 35m<br>EWR–AUS | 2 stops<br>MCO, IAH | | $160 | |
| | 10:30 AM – 11:12 AM+1<br>United | 25h 42m<br>EWR–AUS | 2 stops<br>DEN, IAH | | $167 | |
| | 2:41 PM – 3:35 PM+1<br>United | 25h 54m<br>EWR–AUS | 2 stops<br>DEN, IAH | | $167 | |
| | 2:40 PM – 3:35 PM+1<br>United | 25h 55m<br>EWR–AUS | 2 stops<br>MIA, IAH | | $147 | |
| | 10:10 AM – 11:12 AM+1<br>United | 26h 2m<br>EWR–AUS | 1 stop<br>21h 1m IAH | | $187 | |

 

| | 7:00 PM – 8:20 PM +1  · Operated by Gojet Airlines DBA United Expr… | 26h 20m EWR–AUS | 2 stops DTW, IAD | $203 |
|---|---|---|---|---|
| | 11:40 AM – 1:05 PM +1  United | 26h 25m EWR–AUS | 2 stops ORD, DEN | $167 |
| | 11:40 AM – 1:05 PM +1  United | 26h 25m EWR–AUS | 2 stops ORD, DEN | $167 |
| | 6:55 PM – 8:20 PM +1  · Operated by Gojet Airlines DBA United Expr… | 26h 25m EWR–AUS | 2 stops RIC, IAD | $207 |
| | 6:40 PM – 8:20 PM +1  · Operated by Republic Airways DBA United … | 26h 40m EWR–AUS | 2 stops CMH, IAD | $189 |
| | 7:00 PM – 8:57 PM +1  United | 26h 57m EWR–AUS | 1 stop 22h 6m IAH | $187 |
| | 11:35 AM – 1:35 PM +1  Spirit | 27h 0m EWR–AUS | 2 stops FLL, MCO | $157 |
| | 6:55 PM – 8:57 PM +1  Unit… · Operated by Mesa Airlines DBA United E… | 27h 2m EWR–AUS | 2 stops RDU, IAH | $163 |
| | 6:15 PM – 8:20 PM +1  Unit… · Operated by Mesa Airlines DBA United E… | 27h 5m EWR–AUS | 2 stops CLE, IAD | $193 |
| | 6:40 PM – 8:57 PM +1  Unit… · Operated by Skywest DBA United Expre… | 27h 17m EWR–AUS | 2 stops BNA, IAH | $192 |
| | 2:25 PM – 4:43 PM +1  United, Delta | 27h 18m EWR–AUS | 1 stop 22h 42m ATL | $520 |
| | 3:21 PM – 5:41 PM +1  American | 27h 20m EWR–AUS | 1 stop 21h 58m DFW | $197 |
| | 10:30 AM – 1:05 PM +1  United | 27h 35m EWR–AUS | 1 stop 21h 15m DEN | $167 |
| | 6:15 PM – 8:57 PM +1  Unit… · Operated by Mesa Airlines DBA United E… | 27h 42m EWR–AUS | 2 stops CLE, IAH | $193 |
| | 6:30 PM – 9:15 PM +1  United | 27h 45m EWR–AUS | 1 stop 21h 25m DEN | $167 |
| | 8:25 AM – 11:12 AM +1  United | 27h 47m EWR–AUS | 2 stops MIA, IAH | $147 |
| | 10:44 AM – 1:35 PM +1  Spirit | 27h 51m EWR–AUS | 2 stops FLL, MCO | $157 |
| | 8:20 AM – 11:12 AM +1  United | 27h 52m EWR–AUS | 2 stops IAD, IAH | $167 |
| | 6:10 AM – 9:35 AM +1  American | 28h 25m EWR–AUS | 1 stop 23h 13m DFW | $302 |
| | 11:40 AM – 3:35 PM +1 | 28h 55m | 2 stops | $167 |



 Flights 

About Google  Privacy & Terms  Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**



 

| | | | | | |
|---|---|---|---|---|---|
| 6:10 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 52m<br>EWR–ACT | 1 stop<br>7h 48m DFW | | $204 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $197 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, IAH, DFW | | $220 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, ORD, DFW | | $235 | |
| 6:06 AM – 6:02 PM<br>Am… · Operated by PSA Airlines as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, BNA, DFW | | $240 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, SAT, DFW | | $240 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, BNA, DFW | | $240 | |
| 6:06 AM – 6:02 PM<br>A… · Operated by Republic Airways as A… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, AUS, DFW | | $241 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, ORD, DFW | | $250 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 3 stops<br>CLT, ORD, DFW | | $250 | |
| 6:06 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 12h 56m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $253 | |
| 3:21 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 21h 0m<br>EWR–ACT | 1 stop<br>15h 58m DFW | | $159 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $163 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $169 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 3 stops<br>CLT, TUL, DFW | | $211 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 3 stops<br>CLT, TUL, DFW | | $211 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 3 stops<br>CLT, TUL, DFW | | $211 | |
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 3 stops<br>CLT, IAH, DFW | | $249 | |

 

| | | | | |
|---|---|---|---|---|
| 1:15 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 23h 6m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $280 |
| 3:21 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 27h 41m<br>EWR–ACT | 1 stop<br>22h 33m DFW | | $254 |
| 7:53 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 28h 28m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $163 |
| 7:53 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 28h 28m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $163 |
| 7:53 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 28h 28m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $169 |
| 7:53 AM – 11:21 AM+1<br>A… · Operated by Republic Airways as A… | 28h 28m<br>EWR–ACT | 3 stops<br>CLT, SDF, DFW | | $200 |
| 7:53 AM – 11:21 AM+1<br>A… · Operated by Republic Airways as A… | 28h 28m<br>EWR–ACT | 3 stops<br>CLT, SDF, DFW | | $200 |
| 7:53 AM – 11:21 AM+1<br>A… · Operated by Republic Airways as A… | 28h 28m<br>EWR–ACT | 3 stops<br>CLT, CMH, DFW | | $216 |
| 7:53 AM – 11:21 AM+1<br>A… · Operated by Republic Airways as A… | 28h 28m<br>EWR–ACT | 3 stops<br>CLT, SDF, DFW | | $226 |
| 1:15 PM – 6:02 PM+1<br>A… · Operated by Mesa Airlines as Ame… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, MEM, DFW | | $212 |
| 1:15 PM – 6:02 PM+1<br>Am… · Operated by Envoy Air as America… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, MEM, DFW | | $218 |
| 1:15 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 29h 47m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $260 |
| 1:15 PM – 6:02 PM+1<br>A… · Operated by PSA Airlines as Americ… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, SGF, DFW | | $263 |
| 1:15 PM – 6:02 PM+1<br>A… · Operated by PSA Airlines as Americ… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, SGF, DFW | | $263 |
| 1:15 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 29h 47m<br>EWR–ACT | 2 stops<br>CLT, DFW | | $277 |
| 1:15 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, BNA, DFW | | $293 |
| 1:15 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 29h 47m<br>EWR–ACT | 3 stops<br>CLT, BNA, DFW | | $299 |
| 1:15 PM – 6:02 PM+1 | 29h 47m | 3 stops | | $299 |

Flights

Google

| | Time | Duration | Stops | Route | Price |
|---|---|---|---|---|---|
| American · Operated by Envoy Air as American... | | | | EWR–ACT | CLT, BNA, DFW |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 3 stops | EWR–ACT CLT, BNA, DFW | $299 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 3 stops | EWR–ACT CLT, BNA, DFW | $304 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 3 stops | EWR–ACT CLT, BNA, DFW | $304 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 3 stops | EWR–ACT CLT, BNA, DFW | $320 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 2 stops | EWR–ACT CLT, DFW | $347 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 2 stops | EWR–ACT CLT, DFW | $376 |
| American · Operated by Envoy Air as American... | 1:15 PM – 6:02 PM +1 | 29h 47m | 2 stops | EWR–ACT CLT, DFW | $390 |
| American · Operated by Envoy Air as American... | 6:06 AM – 11:21 AM +1 | 30h 15m | 2 stops | EWR–ACT CLT, DFW | $163 |
| American · Operated by Envoy Air as American... | 6:06 AM – 11:21 AM +1 | 30h 15m | 2 stops | EWR–ACT CLT, DFW | $163 |
| American · Operated by Envoy Air as American... | 6:06 AM – 11:21 AM +1 | 30h 15m | 2 stops | EWR–ACT CLT, DFW | $173 |
| American · Operated by Envoy Air as American... | 7:53 AM – 6:02 PM +1 | 35h 9m | 2 stops | EWR–ACT CLT, DFW | $307 |

Hide 57 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗


Hilton Waco
4.4 (912)
$95


Hotel Indigo Waco - Baylor
4.5 (773)
$98


Holiday Inn Express & Suite...
4.4 (535)
$89

## Explore more destinations from Newark

