# EXHIBIT 15





