# EXHIBIT 16






Google

One way · 1 passenger · Economy

San Francisco SFO → Austin AUS | Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**
Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently typical for your trip. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

Prices are not available for: Southwest.

| Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 8:55 AM – 2:16 PM | United | 3h 21m | SFO–AUS | Nonstop | | $89 |
| 9:00 AM – 2:30 PM | Ala... · Operated by Skywest Airlines as A... | 3h 30m | SFO–AUS | Nonstop | | $89 |
| 4:00 PM – 11:05 PM | Southwest | 5h 5m | SFO–AUS | 1 stop | 1h 0m PHX | Price unavailable |
| 2:00 PM – 9:15 PM | Delta | 5h 15m | SFO–AUS | 1 stop | 1h 6m SLC | $93 |
| 9:05 AM – 4:25 PM | A... · Operated by Skywest Airlines as Ala... | 5h 20m | SFO–AUS | 1 stop | 57m SAN | $206 |
| 4:12 PM – 11:35 PM | American | 5h 23m | SFO–AUS | 1 stop | 55m PHX | $93 |
| 6:50 AM – 2:23 PM | De... · Operated by Skywest DBA Delta Co... | 5h 33m | SFO–AUS | 1 stop | 1h 14m LAX | $133 |
| 5:30 AM – 1:05 PM | United | 5h 35m | SFO–AUS | 1 stop | 1h 7m DEN | $93 |
| 8:00 AM – 3:35 PM | Southwest | 5h 35m | SFO–AUS | 1 stop | 1h 0m DEN | Price unavailable |
| 10:03 AM – 5:41 PM | American | 5h 38m | SFO–AUS | 1 stop | 58m DFW | $128 |

| | Time | Duration | Stops | Price |
|---|---|---|---|---|
| | 1:15 PM – 8:57 PM<br>United | 5h 42m<br>SFO–AUS | 1 stop<br>1h 13m IAH | $128 |
| | 6:00 AM – 1:43 PM<br>American | 5h 43m<br>SFO–AUS | 1 stop<br>1h 0m DFW | $93 |
| | 12:35 PM – 8:25 PM<br>Southwest | 5h 50m<br>SFO–AUS | 1 stop<br>1h 15m DEN | Price unavailable |
| | 8:25 AM – 4:25 PM<br>United, A… · Operated by Horizon Air as A… | 6h 0m<br>SFO–AUS | 1 stop<br>1h 40m SAN | $406 |
| | 1:05 PM – 9:15 PM<br>United | 6h 10m<br>SFO–AUS | 1 stop<br>1h 37m DEN | $93 |
| | 7:20 AM – 3:35 PM<br>United | 6h 15m<br>SFO–AUS | 1 stop<br>1h 43m IAH | $93 |
| | 9:00 AM – 5:41 PM<br>American | 6h 41m<br>SFO–AUS | 1 stop<br>2h 4m DFW | $93 |
| | 6:03 AM – 2:48 PM<br>Delta | 6h 45m<br>SFO–AUS | 1 stop<br>2h 27m SLC | $93 |
| | 11:35 AM – 8:34 PM<br>Delta | 6h 59m<br>SFO–AUS | 1 stop<br>51m MSP | $93 |
| | 11:55 AM – 8:54 PM<br>American | 6h 59m<br>SFO–AUS | 1 stop<br>2h 21m DFW | $148 |
| | 8:00 AM – 5:40 PM<br>Southwest | 7h 40m<br>SFO–AUS | 1 stop<br>3h 5m DEN | Price unavailable |
| | 8:00 AM – 5:41 PM<br>American | 7h 41m<br>SFO–AUS | 1 stop<br>3h 7m DFW | $128 |
| | 10:55 AM – 8:57 PM<br>United | 8h 2m<br>SFO–AUS | 1 stop<br>3h 24m IAH | $128 |
| | 5:30 AM – 3:35 PM<br>United | 8h 5m<br>SFO–AUS | 2 stops<br>DEN, IAH | $341 |
| | 10:51 AM – 9:15 PM<br>United | 8h 24m<br>SFO–AUS | 1 stop<br>3h 51m DEN | $93 |
| | 6:00 AM – 4:43 PM<br>Delta | 8h 43m<br>SFO–AUS | 1 stop<br>2h 6m ATL | $93 |
| | 10:32 AM – 9:15 PM<br>Delta | 8h 43m<br>SFO–AUS | 1 stop<br>4h 33m SLC | $99 |
| | 10:03 AM – 8:54 PM | 8h 51m | 1 stop | $192 |

 

| | Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|---|
| | | United · Operated by Mesa Airlines DBA Un… | | SFO–AUS | | 4h 22m IAH | |
| | 6:35 AM – 5:41 PM | American | 9h 6m | SFO–AUS | 2 stops | PHX, DFW | $128 |
| | 6:35 AM – 5:41 PM | American | 9h 6m | SFO–AUS | 2 stops | PHX, DFW | $128 |
| | 12:25 PM – 11:35 PM | Amer… · Operated by Skywest Airlines as … | 9h 10m | SFO–AUS | 2 stops | LAX, PHX | $186 |
| | 12:25 PM – 11:35 PM | Amer… · Operated by Skywest Airlines as … | 9h 10m | SFO–AUS | 2 stops | LAX, PHX | $186 |
| | 6:30 AM – 5:41 PM | Amer… · Operated by Skywest Airlines as … | 9h 11m | SFO–AUS | 2 stops | LAX, DFW | $128 |
| | 6:30 AM – 5:41 PM | Amer… · Operated by Skywest Airlines as … | 9h 11m | SFO–AUS | 2 stops | LAX, DFW | $248 |
| | 6:00 AM – 5:41 PM | American | 9h 41m | SFO–AUS | 1 stop | 5h 0m DFW | $157 |
| | 9:00 AM – 8:54 PM | American | 9h 54m | SFO–AUS | 1 stop | 5h 19m DFW | $293 |
| | 11:35 PM – 11:50 AM+1 | Uni… · Operated by Republic Airways DBA… | 10h 15m | SFO–AUS | 1 stop | 44m EWR | $258 |
| | 10:50 AM – 11:05 PM | Southwest | 10h 15m | SFO–AUS | 1 stop | 6h 10m PHX | Price unavailable |
| | 8:50 AM – 9:15 PM | United | 10h 25m | SFO–AUS | 1 stop | 5h 53m DEN | $147 |
| | 8:00 AM – 8:25 PM | Southwest | 10h 25m | SFO–AUS | 1 stop | 5h 50m DEN | Price unavailable |
| | 11:45 PM – 12:17 PM+1 | Uni… · Operated by Republic Airways DBA… | 10h 32m | SFO–AUS | 1 stop | 3h 28m ORD | $286 |
| | 8:00 AM – 8:34 PM | Delta | 10h 34m | SFO–AUS | 1 stop | 3h 55m ATL | $133 |
| | 12:16 AM – 1:05 PM | United | 10h 49m | SFO–AUS | 2 stops | IAH, DEN | $554 |
| | 8:00 AM – 8:54 PM | American | 10h 54m | SFO–AUS | 1 stop | 6h 22m DFW | $293 |
| | 7:20 AM – 8:57 PM | United | 11h 37m | SFO–AUS | 1 stop | 7h 3m IAH | $232 |

| | | | | |
|---|---|---|---|---|
| 7:00 AM – 9:26 PM<br>United | 12h 26m<br>SFO–AUS | 1 stop<br>5h 27m ORD | | $177 |
| 6:00 AM – 8:34 PM<br>Delta | 12h 34m<br>SFO–AUS | 1 stop<br>5h 56m ATL | | $99 |
| 6:00 AM – 8:54 PM<br>American | 12h 54m<br>SFO–AUS | 1 stop<br>8h 15m DFW | | $293 |
| 12:16 AM – 3:35 PM<br>United | 13h 19m<br>SFO–AUS | 1 stop<br>8h 45m IAH | | $187 |
| 5:30 AM – 9:15 PM<br>United | 13h 45m<br>SFO–AUS | 1 stop<br>9h 17m DEN | | $147 |
| 6:47 PM – 11:12 AM+1<br>United | 14h 25m<br>SFO–AUS | 2 stops<br>DEN, IAH | | $147 |
| 5:08 PM – 9:35 AM+1<br>Amer… · Operated by Skywest Airlines as … | 14h 27m<br>SFO–AUS | 2 stops<br>LAX, DFW | | $820 |
| 6:05 AM – 10:40 PM<br>Southwest | 14h 35m<br>SFO–AUS | 1 stop<br>7h 40m MDW | Price unavailable | |
| 6:35 PM – 11:12 AM+1<br>United | 14h 37m<br>SFO–AUS | 1 stop<br>10h 6m IAH | | $187 |
| 8:10 PM – 1:05 PM+1<br>United | 14h 55m<br>SFO–AUS | 2 stops<br>SEA, DEN | | $182 |
| 8:15 PM – 1:10 PM+1<br>Ala… · Operated by Horizon Air as Alask… | 14h 55m<br>SFO–AUS | 2 stops<br>PDX, SEA | | $287 |
| 8:15 PM – 1:10 PM+1<br>A… · Operated by Horizon Air as AlaskaH… | 14h 55m<br>SFO–AUS | 2 stops<br>PDX, SEA | | $293 |
| 8:10 PM – 1:10 PM+1<br>United, Alaska | 15h 0m<br>SFO–AUS | 1 stop<br>8h 53m SEA | | $502 |
| 7:55 PM – 1:10 PM+1<br>Alaska | 15h 15m<br>SFO–AUS | 1 stop<br>9h 10m SEA | | $257 |
| 7:00 PM – 1:05 PM+1<br>United | 16h 5m<br>SFO–AUS | 2 stops<br>LAX, DEN | | $152 |
| 6:47 PM – 1:05 PM+1<br>United | 16h 18m<br>SFO–AUS | 1 stop<br>11h 50m DEN | | $147 |
| 8:30 PM – 2:55 PM+1<br>Alas… · Operated by Skywest Airlines as … | 16h 25m<br>SFO–AUS | 1 stop<br>12h 4m LAX | | $382 |
| 4:45 PM – 11:12 AM+1<br>United | 16h 27m<br>SFO–AUS | 2 stops<br>DEN, IAH | | $147 |




| Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 5:40 PM – 1:10 PM+1 | Alaska · Operated by Skywest Airlines as A… | 17h 30m | SFO–AUS | 1 stop | 11h 20m SEA | $257 |
| 7:00 PM – 2:55 PM+1 | United · Operated by Skywest DBA United … | 17h 55m | SFO–AUS | 1 stop | 13h 30m LAX | $152 |
| 8:15 PM – 4:25 PM+1 | A… · Operated by Skywest Airlines as Ala… | 18h 10m | SFO–AUS | 1 stop | 13h 49m SAN | $212 |
| 8:15 PM – 4:25 PM+1 | … · Operated by Horizon Air as AlaskaH… | 18h 10m | SFO–AUS | 2 stops | PDX, SAN | $315 |
| 4:45 PM – 1:05 PM+1 | United | 18h 20m | SFO–AUS | 1 stop | 13h 50m DEN | $147 |
| 7:55 PM – 4:25 PM+1 | Ala… · Operated by Horizon Air as Alask… | 18h 30m | SFO–AUS | 2 stops | SEA, SAN | $321 |
| 5:08 PM – 1:43 PM+1 | Amer… · Operated by Skywest Airlines as … | 18h 35m | SFO–AUS | 2 stops | LAX, DFW | $204 |
| 12:16 AM – 8:57 PM | United | 18h 41m | SFO–AUS | 1 stop | 14h 5m IAH | $232 |
| 6:47 PM – 3:35 PM+1 | United | 18h 48m | SFO–AUS | 2 stops | DEN, IAH | $147 |
| 12:16 AM – 9:15 PM | United | 18h 59m | SFO–AUS | 2 stops | IAH, DEN | $250 |
| 12:16 AM – 9:15 PM | United | 18h 59m | SFO–AUS | 2 stops | IAH, DEN | $250 |
| 12:16 AM – 9:15 PM | United | 18h 59m | SFO–AUS | 2 stops | IAH, DEN | $455 |
| 12:16 AM – 9:15 PM | United | 18h 59m | SFO–AUS | 2 stops | IAH, DEN | $455 |
| 12:16 AM – 9:15 PM | United | 18h 59m | SFO–AUS | 2 stops | IAH, DEN | $465 |
| 6:35 PM – 3:35 PM+1 | United | 19h 0m | SFO–AUS | 1 stop | 14h 29m IAH | $187 |
| 12:25 PM – 9:35 AM+1 | Amer… · Operated by Skywest Airlines as … | 19h 10m | SFO–AUS | 2 stops | LAX, DFW | $137 |
| 12:25 PM – 9:35 AM+1 | Amer… · Operated by Skywest Airlines as … | 19h 10m | SFO–AUS | 2 stops | LAX, DFW | $140 |
| 11:28 PM – 8:41 PM+1 | American | 19h 13m | SFO–AUS | 1 stop | 10h 45m MIA | $329 |

 

| | | | | | |
|---|---|---|---|---|---|
| 11:55 AM – 9:35 AM+1 American | 19h 40m SFO–AUS | 1 stop 15h 6m DFW | | $137 | |
| 11:45 PM – 9:26 PM+1 United | 19h 41m SFO–AUS | 1 stop 12h 43m ORD | | $352 | |
| 6:40 PM – 4:25 PM+1 United, A… · Operated by Horizon Air as A… | 19h 45m SFO–AUS | 1 stop 15h 21m SAN | | $412 | |
| 1:15 PM – 11:12 AM+1 United | 19h 57m SFO–AUS | 1 stop 15h 30m IAH | | $187 | |
| 4:12 PM – 2:15 PM+1 American | 20h 3m SFO–AUS | 1 stop 15h 38m PHX | | $162 | |
| 1:05 PM – 11:12 AM+1 United | 20h 7m SFO–AUS | 2 stops DEN, IAH | | $147 | |
| 5:40 PM – 4:25 PM+1 A… · Operated by Skywest Airlines as Ala… | 20h 45m SFO–AUS | 2 stops SEA, SAN | | $254 | |
| 2:25 PM – 1:10 PM+1 Alaska | 20h 45m SFO–AUS | 1 stop 14h 38m SEA | | $257 | |
| 1:00 PM – 11:50 AM+1 Uni… · Operated by Republic Airways DBA… | 20h 50m SFO–AUS | 1 stop 10h 51m EWR | | $124 | |
| 4:45 PM – 3:35 PM+1 United | 20h 50m SFO–AUS | 2 stops DEN, IAH | | $147 | |
| 5:15 PM – 4:25 PM+1 A… · Operated by Skywest Airlines as Ala… | 21h 10m SFO–AUS | 1 stop 16h 49m SAN | | $212 | |
| 12:25 PM – 11:36 AM+1 Amer… · Operated by Skywest Airlines as … | 21h 11m SFO–AUS | 2 stops LAX, DFW | | $137 | |
| 12:25 PM – 11:36 AM+1 Amer… · Operated by Skywest Airlines as … | 21h 11m SFO–AUS | 2 stops LAX, DFW | | $140 | |
| 1:00 PM – 12:17 PM+1 Uni… · Operated by Republic Airways DBA… | 21h 17m SFO–AUS | 1 stop 14h 3m ORD | | $177 | |
| 10:03 AM – 9:35 AM+1 American | 21h 32m SFO–AUS | 1 stop 16h 58m DFW | | $137 | |
| 11:55 AM – 11:36 AM+1 American | 21h 41m SFO–AUS | 1 stop 17h 6m DFW | | $137 | |
| 1:05 PM – 1:05 PM+1 United | 22h 0m SFO–AUS | 1 stop 17h 27m DEN | | $147 | |
| 11:28 PM – 11:29 PM+1 | 22h 1m | 1 stop | | $389 | |

 

| Flight | Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|---|
| | — | American · Operated by Skywest Airlines as … | — | SFO–AUS | — | LAX, DFW | |
| | 9:00 AM – 9:35 AM +1 | American | 22h 35m | SFO–AUS | 1 stop | 18h 4m DFW | $137 |
| | 8:10 PM – 8:57 PM +1 | United | 22h 47m | SFO–AUS | 2 stops | SEA, IAH | $238 |
| | 11:00 AM – 11:50 AM +1 | Uni… · Operated by Republic Airways DBA… | 22h 50m | SFO–AUS | 1 stop | 12h 51m EWR | $124 |
| | 8:10 PM – 9:15 PM +1 | United | 23h 5m | SFO–AUS | 2 stops | SEA, DEN | $170 |
| | 12:25 PM – 1:43 PM +1 | Amer… · Operated by Skywest Airlines as … | 23h 18m | SFO–AUS | 2 stops | LAX, DFW | $137 |
| | 12:25 PM – 1:43 PM +1 | Amer… · Operated by Skywest Airlines as … | 23h 18m | SFO–AUS | 2 stops | LAX, DFW | $140 |
| | 12:25 PM – 1:43 PM +1 | Amer… · Operated by Skywest Airlines as … | 23h 18m | SFO–AUS | 2 stops | LAX, DFW | $140 |
| | 4:12 PM – 5:41 PM +1 | American | 23h 29m | SFO–AUS | 2 stops | PHX, DFW | $162 |
| | 4:12 PM – 5:41 PM +1 | American | 23h 29m | SFO–AUS | 2 stops | PHX, DFW | $162 |
| | 4:12 PM – 5:41 PM +1 | American | 23h 29m | SFO–AUS | 2 stops | PHX, DFW | $182 |
| | 4:12 PM – 5:41 PM +1 | American | 23h 29m | SFO–AUS | 2 stops | PHX, DFW | $240 |
| | 4:12 PM – 5:41 PM +1 | American | 23h 29m | SFO–AUS | 2 stops | PHX, DFW | $240 |
| | 10:03 AM – 11:36 AM +1 | American | 23h 33m | SFO–AUS | 1 stop | 18h 58m DFW | $137 |
| | 8:00 AM – 9:35 AM +1 | American | 23h 35m | SFO–AUS | 1 stop | 19h 7m DFW | $137 |
| | 11:55 AM – 1:43 PM +1 | American | 23h 48m | SFO–AUS | 1 stop | 19h 6m DFW | $137 |
| | 7:00 PM – 8:57 PM +1 | United | 23h 57m | SFO–AUS | 2 stops | LAX, IAH | $152 |
| | 6:55 PM – 8:57 PM +1 | Unit… · Operated by Skywest DBA United … | 24h 2m | SFO–AUS | 2 stops | PHX, IAH | $162 |

 

| | | | | | |
|---|---|---|---|---|---|
| United | | SFO–AUS | | LAX, DEN | |
| 6:55 PM – 9:15 PM +1 United | 24h 20m SFO–AUS | 2 stops SEA, DEN | $170 | | |
| 6:35 PM – 8:57 PM +1 United | 24h 22m SFO–AUS | 1 stop 19h 49m IAH | $187 | | |
| 6:47 PM – 9:15 PM +1 United | 24h 28m SFO–AUS | 1 stop 20h 0m DEN | $147 | | |
| 10:35 AM – 1:05 PM +1 United | 24h 30m SFO–AUS | 2 stops LAX, DEN | $147 | | |
| 10:35 AM – 1:05 PM +1 United | 24h 30m SFO–AUS | 2 stops LAX, DEN | $147 | | |
| 6:40 PM – 9:15 PM +1 United | 24h 35m SFO–AUS | 2 stops SAN, DEN | $162 | | |
| 9:00 AM – 11:36 AM +1 American | 24h 36m SFO–AUS | 1 stop 20h 4m DFW | $137 | | |
| 6:30 PM – 9:15 PM +1 United | 24h 45m SFO–AUS | 2 stops LAS, DEN | $160 | | |
| 9:00 AM – 11:50 AM +1 Uni… · Operated by Republic Airways DBA… | 24h 50m SFO–AUS | 1 stop 15h 8m EWR | $124 | | |
| 6:35 AM – 9:35 AM +1 American | 25h 0m SFO–AUS | 2 stops PHX, DFW | $137 | | |
| 6:35 AM – 9:35 AM +1 American | 25h 0m SFO–AUS | 2 stops PHX, DFW | $137 | | |
| 6:30 AM – 9:35 AM +1 Amer… · Operated by Skywest Airlines as … | 25h 5m SFO–AUS | 2 stops LAX, DFW | $137 | | |
| 6:30 AM – 9:35 AM +1 Amer… · Operated by Skywest Airlines as … | 25h 5m SFO–AUS | 2 stops LAX, DFW | $140 | | |
| 6:00 AM – 9:35 AM +1 American | 25h 35m SFO–AUS | 1 stop 21h 0m DFW | $137 | | |
| 8:00 AM – 11:36 AM +1 American | 25h 36m SFO–AUS | 1 stop 21h 7m DFW | $137 | | |
| 10:03 AM – 1:43 PM +1 American | 25h 40m SFO–AUS | 1 stop 20h 58m DFW | $137 | | |
| 12:45 PM – 4:25 PM +1 A… · Operated by Skywest Airlines as Ala… | 25h 40m SFO–AUS | 1 stop 21h 17m SAN | $212 | | |

 

| | 8:50 AM – 1:05 PM +1 United | 26h 15m SFO–AUS | 1 stop 21h 43m DEN | $147 |
|---|---|---|---|---|
| | 4:45 PM – 9:15 PM +1 United | 26h 30m SFO–AUS | 1 stop 22h 0m DEN | $147 |
| | 9:00 AM – 1:43 PM +1 American | 26h 43m SFO–AUS | 1 stop 22h 4m DFW | $137 |
| | 7:00 AM – 11:50 AM +1 Uni… · Operated by Republic Airways DBA… | 26h 50m SFO–AUS | 1 stop 16h 57m EWR | $124 |
| | 6:00 AM – 11:36 AM +1 American | 27h 36m SFO–AUS | 1 stop 23h 0m DFW | $137 |
| | 8:00 AM – 1:43 PM +1 American | 27h 43m SFO–AUS | 1 stop 23h 7m DFW | $137 |
| | 11:55 AM – 5:41 PM +1 American | 27h 46m SFO–AUS | 1 stop 23h 6m DFW | $172 |
| | 5:40 PM – 11:58 PM +1 Ala… · Operated by Skywest Airlines as A… | 28h 18m SFO–AUS | 1 stop 22h 5m SEA | $257 |
| | 1:15 PM – 8:57 PM +1 United | 29h 42m SFO–AUS | 1 stop 25h 13m IAH | $187 |
| | 1:00 PM – 9:26 PM +1 United | 30h 26m SFO–AUS | 1 stop 23h 18m ORD | $177 |
| | 12:16 AM – 11:12 AM +1 United | 32h 56m SFO–AUS | 1 stop 28h 22m IAH | $187 |

Hide 143 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 15–Dec 17                    Search for hotels ↗

 JW Marriott Austin  $131  4.6  (5504)

 Omni Austin Hotel Downtown  $95  4.3  (3204)

 Fairmont Austin  $135  4.5  (3088)

## Explore more destinations from San Francisco








Google

One way · 1 passenger · Economy

San Francisco SFO · Waco ACT · Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently **low** — $81 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airline | Duration | Route | Stops | Stop details | Price |
|---|---|---|---|---|---|---|
| 10:03 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 5h 59m | SFO–ACT | 1 stop | 1h 33m DFW | $133 |
| 9:00 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 7h 2m | SFO–ACT | 1 stop | 2h 39m DFW | $133 |
| 8:00 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 8h 2m | SFO–ACT | 1 stop | 3h 42m DFW | $133 |
| 6:35 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 9h 27m | SFO–ACT | 2 stops | PHX, DFW | $133 |
| 6:35 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 9h 27m | SFO–ACT | 2 stops | PHX, DFW | $133 |
| 6:35 AM – 6:02 PM | A... · Operated by Skywest Airlines as Am... | 9h 27m | SFO–ACT | 3 stops | PHX, ABQ, DFW | $261 |
| 6:35 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 9h 27m | SFO–ACT | 3 stops | PHX, SAT, DFW | $269 |
| 6:35 AM – 6:02 PM | Ameri... · Operated by Envoy Air as Ameri... | 9h 27m | SFO–ACT | 3 stops | PHX, DEN, DFW | $297 |
| 6:35 AM – 6:02 PM | A... · Operated by Skywest Airlines as Am... | 9h 27m | SFO–ACT | 3 stops | PHX, OKC, DFW | $313 |
| 6:30 AM – 6:02 PM | A... · Operated by Skywest Airlines as A... | 9h 32m | SFO–ACT | 2 stops | LAX, DFW | $133 |

| | 6:30 AM – 6:02 PM<br>A… · Operated by Skywest Airlines as Am… | 9h 32m<br>SFO–ACT | 3 stops<br>LAX, DEN, DFW | $332 |
|---|---|---|---|---|
| | 6:00 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 10h 2m<br>SFO–ACT | 1 stop<br>5h 35m DFW | $139 |
| | 5:08 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 16h 13m<br>SFO–ACT | 2 stops<br>LAX, DFW | $234 |
| | 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $342 |
| | 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $407 |
| | 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $413 |
| | 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 2 stops<br>PHX, DFW | $139 |
| | 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $160 |
| | 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $186 |
| | 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, LAX, DFW | $192 |
| | 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $139 |
| | 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 |
| | 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 |
| | 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $192 |
| | 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $192 |
| | 11:55 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 21h 26m<br>SFO–ACT | 1 stop<br>17h 6m DFW | $139 |
| | 10:58 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 22h 23m<br>SFO–ACT | 2 stops<br>PHL, DFW | $303 |
| | 10:58 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 22h 23m<br>SFO–ACT | 2 stops<br>PHL, DFW | $303 |

 

| | Time | Duration | Stops | | Price | |
|---|---|---|---|---|---|---|
| | 5:08 PM – 6:02 PM+1 <br> A… · Operated by Skywest Airlines as A… | 22h 54m <br> SFO–ACT | 2 stops <br> LAX, DFW | | $229 | |
| | 5:08 PM – 6:02 PM+1 <br> A… · Operated by Skywest Airlines as A… | 22h 54m <br> SFO–ACT | 2 stops <br> LAX, DFW | | $234 | |
| | 5:08 PM – 6:02 PM+1 <br> A… · Operated by Skywest Airlines as A… | 22h 54m <br> SFO–ACT | 2 stops <br> LAX, DFW | | $234 | |
| | 5:08 PM – 6:02 PM+1 <br> A… · Operated by Skywest Airlines as A… | 22h 54m <br> SFO–ACT | 2 stops <br> LAX, DFW | | $357 | |
| | 10:03 AM – 11:21 AM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 18m <br> SFO–ACT | 1 stop <br> 18h 58m DFW | | $229 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 2 stops <br> PHX, DFW | | $139 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 2 stops <br> PHX, DFW | | $139 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 2 stops <br> PHX, DFW | | $144 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 2 stops <br> PHX, DFW | | $144 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 2 stops <br> PHX, DFW | | $144 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, SAT, DFW | | $160 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, SAT, DFW | | $165 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, LAX, DFW | | $177 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, LAX, DFW | | $177 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, LAX, DFW | | $182 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, LAX, DFW | | $182 | |
| | 4:12 PM – 6:02 PM+1 <br> Ameri… · Operated by Envoy Air as Ameri… | 23h 50m <br> SFO–ACT | 3 stops <br> PHX, LAX, DFW | | $182 | |
| | 9:00 AM – 11:21 AM+1 | 24h 21m | 1 stop | | $229 | |

 

| | | | | | |
|---|---|---|---|---|---|
| | Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | 21h 7m DFW | | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 2 stops PHX, DFW | $144 | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 2 stops PHX, DFW | $144 | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 3 stops PHX, SAT, DFW | $160 | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 3 stops PHX, LAX, DFW | $182 | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 3 stops PHX, LAX, DFW | $182 | |
| | 6:35 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 26h 46m SFO–ACT | 3 stops PHX, LAX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 2 stops LAX, DFW | $144 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 2 stops LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 2 stops LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 2 stops LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 3 stops LAX, PHX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 3 stops LAX, PHX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1 A… · Operated by Skywest Airlines as A… | 26h 51m SFO–ACT | 3 stops LAX, PHX, DFW | $266 | |
| | 6:00 AM – 11:21 AM+1 Ameri… · Operated by Envoy Air as Ameri… | 27h 21m SFO–ACT | 1 stop 23h 0m DFW | $229 | |
| | 12:25 PM – 6:02 PM+1 A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 2 stops LAX, DFW | $144 | |
| | 12:25 PM – 6:02 PM+1 A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 2 stops LAX, DFW | $144 | |
| | 12:25 PM – 6:02 PM+1 A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 2 stops LAX, DFW | $177 | |

  

| | | | | |
|---|---|---|---|---|
| 12:25 PM – 6:02 PM | 27h 37m | 3 stops | $177 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, PHX, DFW | | |
| 12:25 PM – 6:02 PM +1 | 27h 37m | 3 stops | $177 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, PHX, DFW | | |
| 12:25 PM – 6:02 PM +1 | 27h 37m | 3 stops | $182 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, PHX, DFW | | |
| 12:25 PM – 6:02 PM +1 | 27h 37m | 2 stops | $200 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, DFW | | |
| 11:55 AM – 6:02 PM +1 | 28h 7m | 1 stop | $229 | |
| Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | 23h 41m DFW | | |
| 10:58 AM – 6:02 PM +1 | 29h 4m | 2 stops | $303 | |
| Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | PHL, DFW | | |
| 10:58 AM – 6:02 PM +1 | 29h 4m | 2 stops | $303 | |
| Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | PHL, DFW | | |
| 8:43 AM – 6:02 PM +1 | 31h 19m | 2 stops | $292 | |
| Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | CLT, DFW | | |
| 6:30 AM – 6:02 PM +1 | 33h 32m | 2 stops | $241 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, DFW | | |
| 6:30 AM – 6:02 PM +1 | 33h 32m | 2 stops | $246 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, DFW | | |
| 6:30 AM – 6:02 PM +1 | 33h 32m | 2 stops | $246 | |
| A… · Operated by Skywest Airlines as A… | SFO–ACT | LAX, DFW | | |

Hide 71 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗

 $95  Hilton Waco  4.4  (912)

 $98  Hotel Indigo Waco - Baylor  4.5  (773)

 $89  Holiday Inn Express & Suite…  4.4  (535)

## Explore more destinations from San Francisco

