# EXHIBIT 18





## Austin

**92** jobs available

View all jobs

Each one of our locations has its own flavor of Googleyness, featuring unique architecture and design, office traditions, and of course, snacks. But no matter which office you step into, you'll find Googlers building products that help create opportunities for everyone, whether down the street or across the globe. Every day these teams bring their insight, imagination, and a healthy disregard for the impossible. We're looking for future Googlers to build with us. Check out our open roles and apply today.

**Business Strategy**
See 18 jobs

**Design**
See 2 jobs

**Engineering & Technology**
See 65 jobs

**Finance**
See 1 jobs

**People**
See 6 jobs

**Sales, Service & Support**
See 27 jobs





Google Careers   Teams   Locations   Students   Jobs                                           My applications

This site uses cookies from Google to deliver its services and analyze traffic.                      Learn more    OK



**What's it like to work at Google?**

Watch the video



**Leading by example: Growing into management by helping others grow**

Read more

**Meet the Googlers who are enabling us to hire great people**

Read more

Follow Life at Google on    

## More about us

About us

Contact us

Press

## Related information

Investor relations

Blog

## Equal Opportunity

Google is proud to be an equal opportunity workplace and is an affirmative action employer. We are committed to equal employment opportunity regardless of race, color, ancestry, religion, sex, national origin, sexual orientation, age, citizenship, marital status, disability, gender identity or Veteran status. We also consider qualified applicants regardless of criminal histories, consistent with legal requirements. See also Google's EEO Policy and EEO is the Law. If you have a disability or special need that requires accommodation, please let us know by completing this form.

Privacy   Terms   Help

This site uses cookies from Google to deliver its services and analyze traffic.   Learn more   OK