# EXHIBIT 19



 Google

One way · 1 passenger · Economy

Los Angeles LAX → Austin AUS · Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently typical for your trip. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

Prices are not available for: Southwest.

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 9:35 AM – 2:23 PM | Delta | 2h 48m | LAX–AUS | Nonstop | | $84 |
| 12:04 PM – 4:53 PM | JetBlue | 2h 49m | LAX–AUS | Nonstop | | $56 |
| 4:40 PM – 11:05 PM | Southwest | 4h 25m | LAX–AUS | 1 stop | 55m PHX | Price unavailable |
| 8:30 AM – 3:10 PM | Southwest | 4h 40m | LAX–AUS | 1 stop | 45m LAS | Price unavailable |
| 2:20 PM – 9:00 PM | Southwest | 4h 40m | LAX–AUS | 1 stop | 45m HOU | Price unavailable |
| 4:45 PM – 11:35 PM | American | 4h 50m | LAX–AUS | 1 stop | 57m PHX | $88 |
| 7:15 AM – 2:15 PM | American | 5h 0m | LAX–AUS | 1 stop | 1h 0m PHX | $287 |
| 10:30 AM – 5:41 PM | American | 5h 11m | LAX–AUS | 1 stop | 1h 11m DFW | $218 |
| 7:35 AM – 2:48 PM | Delta | 5h 13m | LAX–AUS | 1 stop | 54m SLC | $133 |
| 8:20 AM – 3:35 PM | United | 5h 15m | LAX–AUS | 1 stop | 1h 11m IAH | $287 |

Google 

| | | | | |
|---|---|---|---|---|
| 9:45 AM – 5:15 PM Southwest | 5h 30m LAX–AUS | 1 stop 2h 0m PHX | Price unavailable | |
| 5:30 AM – 1:05 PM United | 5h 35m LAX–AUS | 1 stop 1h 18m DEN | $108 | |
| 1:35 PM – 9:15 PM Delta | 5h 40m LAX–AUS | 1 stop 1h 31m SLC | $98 | |
| 9:05 AM – 4:46 PM A… · Operated by Skywest Airlines as Ala… | 5h 41m LAX–AUS | 1 stop 52m SJC | $170 | |
| 6:00 AM – 1:43 PM American | 5h 43m LAX–AUS | 1 stop 1h 29m DFW | $88 | |
| 1:10 PM – 8:57 PM United | 5h 47m LAX–AUS | 1 stop 1h 37m IAH | $124 | |
| 1:15 PM – 9:15 PM United | 6h 0m LAX–AUS | 1 stop 1h 46m DEN | $108 | |
| 3:30 PM – 11:35 PM American | 6h 5m LAX–AUS | 1 stop 2h 12m PHX | $88 | |
| 6:06 AM – 2:15 PM American | 6h 9m LAX–AUS | 1 stop 2h 15m PHX | $88 | |
| 1:18 AM – 9:35 AM American | 6h 17m LAX–AUS | 1 stop 2h 18m DFW | $108 | |
| 9:20 AM – 5:41 PM American | 6h 21m LAX–AUS | 1 stop 2h 21m DFW | $88 | |
| 12:31 PM – 8:54 PM American | 6h 23m LAX–AUS | 1 stop 2h 16m DFW | $218 | |
| 6:00 AM – 2:48 PM Delta | 6h 48m LAX–AUS | 1 stop 2h 23m SLC | $88 | |
| 11:35 AM – 8:34 PM Delta | 6h 59m LAX–AUS | 1 stop 1h 0m MSP | $88 | |
| 7:40 AM – 4:43 PM Delta | 7h 3m LAX–AUS | 1 stop 45m ATL | $133 | |
| 8:30 AM – 5:41 PM American | 7h 11m LAX–AUS | 1 stop 2h 58m DFW | $156 | |
| 12:18 AM – 9:35 AM American | 7h 17m LAX–AUS | 1 stop 3h 19m DFW | $88 | |
| 7:00 AM – 4:25 PM | 7h 25m | 2 stops | $259 | |

Flights      Google    

| Airline | Time | Duration | Route | Stops | Price |
|---|---|---|---|---|---|
| American · Operated by Skywest Airlines as … | | | LAX–AUS | 3h 41m PHX | |
| Delta | 6:40 AM – 4:43 PM | 8h 3m | LAX–AUS | 1 stop, 1h 51m ATL | $163 |
| Delta | 11:15 PM – 9:23 AM+1 | 8h 8m | LAX–AUS | 1 stop, 1h 48m ATL | $208 |
| American | 1:18 AM – 11:36 AM | 8h 18m | LAX–AUS | 1 stop, 4h 18m DFW | $97 |
| American | 10:30 AM – 8:54 PM | 8h 24m | LAX–AUS | 1 stop, 4h 26m DFW | $224 |
| United | 10:22 AM – 8:57 PM | 8h 35m | LAX–AUS | 1 stop, 4h 30m IAH | $267 |
| American | 7:00 AM – 5:41 PM | 8h 41m | LAX–AUS | 1 stop, 4h 26m DFW | $97 |
| United · Operated by Mesa Airlines DBA Un… | 12:30 AM – 11:12 AM | 8h 42m | LAX–AUS | 1 stop, 4h 43m IAH | $222 |
| Boutique Air · Operated by Mesa Airlines… | 12:30 PM – 11:35 PM | 9h 5m | LAX–AUS | 2 stops, PSP, PHX | $386 |
| Delta | 5:30 AM – 4:43 PM | 9h 13m | LAX–AUS | 1 stop, 2h 52m ATL | $133 |
| American | 12:18 AM – 11:36 AM | 9h 18m | LAX–AUS | 1 stop, 5h 19m DFW | $97 |
| American | 6:13 AM – 5:41 PM | 9h 28m | LAX–AUS | 2 stops, ORD, DFW | $156 |
| American | 9:20 AM – 8:54 PM | 9h 34m | LAX–AUS | 1 stop, 5h 36m DFW | $97 |
| American | 6:06 AM – 5:41 PM | 9h 35m | LAX–AUS | 2 stops, PHX, DFW | $108 |
| American | 6:06 AM – 5:41 PM | 9h 35m | LAX–AUS | 2 stops, PHX, DFW | $128 |
| American | 6:06 AM – 5:41 PM | 9h 35m | LAX–AUS | 2 stops, PHX, DFW | $156 |
| American | 11:58 PM – 11:36 AM+1 | 9h 38m | LAX–AUS | 2 stops, ORD, DFW | $156 |
| American | 6:00 AM – 5:41 PM | 9h 41m | LAX–AUS | 1 stop, 5h 29m DFW | $97 |

| | 11:58 PM – 12:10 PM+1<br>American | 10h 12m<br>LAX–AUS | 1 stop<br>3h 30m ORD | | $88 |
|---|---|---|---|---|---|
| | 8:20 AM – 8:34 PM<br>Delta | 10h 14m<br>LAX–AUS | 1 stop<br>4h 14m MSP | | $94 |
| | 8:30 AM – 8:54 PM<br>American | 10h 24m<br>LAX–AUS | 1 stop<br>6h 13m DFW | | $212 |
| | 1:18 AM – 1:43 PM<br>American | 10h 25m<br>LAX–AUS | 1 stop<br>6h 18m DFW | | $97 |
| | 12:25 AM – 1:03 PM<br>Delta | 10h 38m<br>LAX–AUS | 1 stop<br>4h 20m ATL | | $139 |
| | 11:05 PM – 11:50 AM+1<br>Uni… · Operated by Republic Airways DBA… | 10h 45m<br>LAX–AUS | 1 stop<br>1h 36m EWR | | $299 |
| | 8:20 AM – 9:15 PM<br>Unit… · Operated by Skywest DBA United … | 10h 55m<br>LAX–AUS | 2 stops<br>LAS, DEN | | $151 |
| | 1:18 AM – 2:15 PM<br>American | 10h 57m<br>LAX–AUS | 2 stops<br>DFW, PHX | | $186 |
| | 8:12 AM – 9:15 PM<br>Unit… · Operated by Skywest DBA United … | 11h 3m<br>LAX–AUS | 2 stops<br>PHX, DEN | | $410 |
| | 10:30 AM – 11:35 PM<br>Amer… · Operated by Skywest Airlines as … | 11h 5m<br>LAX–AUS | 2 stops<br>SFO, PHX | | $137 |
| | 12:18 AM – 1:43 PM<br>American | 11h 25m<br>LAX–AUS | 1 stop<br>7h 19m DFW | | $97 |
| | 11:58 PM – 1:43 PM+1<br>American | 11h 45m<br>LAX–AUS | 2 stops<br>ORD, DFW | | $156 |
| | 11:58 PM – 1:43 PM+1<br>American | 11h 45m<br>LAX–AUS | 2 stops<br>ORD, DFW | | $156 |
| | 7:00 AM – 8:54 PM<br>American | 11h 54m<br>LAX–AUS | 1 stop<br>7h 41m DFW | | $212 |
| | 12:18 AM – 2:15 PM<br>American | 11h 57m<br>LAX–AUS | 2 stops<br>DFW, PHX | | $391 |
| | 6:06 AM – 8:54 PM<br>American | 12h 48m<br>LAX–AUS | 2 stops<br>PHX, DFW | | $146 |
| | 6:06 AM – 8:54 PM<br>American | 12h 48m<br>LAX–AUS | 2 stops<br>PHX, DFW | | $146 |
| | 6:00 AM – 8:54 PM<br>American | 12h 54m<br>LAX–AUS | 1 stop<br>8h 44m DFW | | $146 |

Google

| | 6:00 PM – 9:35 AM⁺¹ American | 13h 35m LAX–AUS | 1 stop 9h 36m DFW | $111 |
|---|---|---|---|---|
| | 1:18 AM – 5:41 PM American | 14h 23m LAX–AUS | 1 stop 10h 18m DFW | $186 |
| | 6:45 PM – 11:12 AM⁺¹ United | 14h 27m LAX–AUS | 1 stop 10h 27m IAH | $222 |
| | 5:00 PM – 9:35 AM⁺¹ American | 14h 35m LAX–AUS | 1 stop 10h 39m DFW | $111 |
| | 9:03 PM – 1:43 PM⁺¹ Amer… · Operated by Skywest Airlines as … | 14h 40m LAX–AUS | 2 stops SFO, DFW | $172 |
| | 9:03 PM – 2:15 PM⁺¹ Amer… · Operated by Skywest Airlines as … | 15h 12m LAX–AUS | 2 stops SFO, PHX | $137 |
| | 7:55 PM – 1:10 PM⁺¹ Alaska | 15h 15m LAX–AUS | 1 stop 8h 27m SEA | $267 |
| | 12:18 AM – 5:41 PM American | 15h 23m LAX–AUS | 1 stop 11h 19m DFW | $131 |
| | 6:00 PM – 11:36 AM⁺¹ American | 15h 36m LAX–AUS | 1 stop 11h 36m DFW | $111 |
| | 11:58 PM – 5:41 PM⁺¹ American | 15h 43m LAX–AUS | 2 stops ORD, DFW | $162 |
| | 11:58 PM – 5:41 PM⁺¹ American | 15h 43m LAX–AUS | 2 stops ORD, DFW | $186 |
| | 11:58 PM – 5:41 PM⁺¹ American | 15h 43m LAX–AUS | 2 stops ORD, DFW | $201 |
| | 11:58 PM – 5:41 PM⁺¹ American | 15h 43m LAX–AUS | 2 stops ORD, DFW | $206 |
| | 8:40 PM – 2:30 PM⁺¹ A… · Operated by Skywest Airlines as Ala… | 15h 50m LAX–AUS | 1 stop 11h 3m SFO | $172 |
| | 3:30 PM – 9:35 AM⁺¹ American | 16h 5m LAX–AUS | 2 stops PHX, DFW | $111 |
| | 7:00 PM – 1:05 PM⁺¹ Unit… · Operated by Skywest DBA United … | 16h 5m LAX–AUS | 2 stops PHX, DEN | $152 |
| | 6:45 PM – 1:05 PM⁺¹ United | 16h 20m LAX–AUS | 1 stop 12h 6m DEN | $197 |
| | 5:00 PM – 11:36 AM⁺¹ American | 16h 36m LAX–AUS | 1 stop 12h 39m DFW | $111 |

| | Flight | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| | 5:05 PM – 12:17 PM +1  United · Operated by Republic Airways DBA… | 17h 12m | LAX–AUS | 1 stop | 10h 20m ORD | $186 |
| | 7:00 PM – 2:16 PM +1  United | 17h 16m | LAX–AUS | 1 stop | 12h 31m SFO | $172 |
| | 6:00 PM – 1:43 PM +1  American | 17h 43m | LAX–AUS | 1 stop | 13h 36m DFW | $111 |
| | 3:30 PM – 11:36 AM +1  American | 18h 6m | LAX–AUS | 2 stops | PHX, DFW | $111 |
| | 3:30 PM – 11:50 AM +1  United · Operated by Republic Airways DBA… | 18h 20m | LAX–AUS | 1 stop | 8h 47m EWR | $145 |
| | 7:00 PM – 3:35 PM +1  United · Operated by Skywest DBA United … | 18h 35m | LAX–AUS | 2 stops | PHX, IAH | $493 |
| | 7:00 PM – 3:35 PM +1  United · Operated by Skywest DBA United … | 18h 35m | LAX–AUS | 2 stops | PHX, IAH | $493 |
| | 12:18 AM – 8:54 PM  American | 18h 36m | LAX–AUS | 1 stop | 14h 34m DFW | $146 |
| | 9:03 PM – 5:41 PM +1  American · Operated by Skywest Airlines as … | 18h 38m | LAX–AUS | 2 stops | SFO, DFW | $137 |
| | 5:00 PM – 1:43 PM +1  American | 18h 43m | LAX–AUS | 1 stop | 14h 39m DFW | $111 |
| | 11:58 PM – 8:54 PM +1  American | 18h 56m | LAX–AUS | 2 stops | ORD, DFW | $201 |
| | 11:58 PM – 8:54 PM +1  American | 18h 56m | LAX–AUS | 2 stops | ORD, DFW | $221 |
| | 4:45 PM – 1:43 PM +1  American | 18h 58m | LAX–AUS | 2 stops | PHX, DFW | $488 |
| | 2:30 PM – 11:36 AM +1  American | 19h 6m | LAX–AUS | 1 stop | 14h 59m DFW | $127 |
| | 7:35 PM – 4:46 PM +1  A… · Operated by Skywest Airlines as Ala… | 19h 11m | LAX–AUS | 1 stop | 14h 26m SJC | $227 |
| | 5:10 PM – 2:30 PM +1  A… · Operated by Skywest Airlines as Ala… | 19h 20m | LAX–AUS | 1 stop | 14h 33m SFO | $172 |
| | 4:45 PM – 2:15 PM +1  American | 19h 30m | LAX–AUS | 1 stop | 15h 40m PHX | $152 |
| | 10:35 PM – 8:20 PM +1 | 19h 45m | | 1 stop | | $217 |

| | Time | Duration | Stops | Price | |
|---|---|---|---|---|---|
| | American | LAX–AUS | ORD, DFW | | |
| | 3:30 PM – 1:43 PM+1 American | 20h 13m LAX–AUS | 2 stops PHX, DFW | $111 | |
| | 10:28 PM – 8:41 PM+1 American | 20h 13m LAX–AUS | 1 stop 12h 20m MIA | $309 | |
| | 1:15 PM – 11:50 AM+1 Uni… · Operated by Republic Airways DBA… | 20h 35m LAX–AUS | 1 stop 11h 2m EWR | $145 | |
| | 3:13 PM – 2:15 PM+1 Amer… · Operated by Skywest Airlines as … | 21h 2m LAX–AUS | 2 stops SFO, PHX | $137 | |
| | 2:30 PM – 1:43 PM+1 American | 21h 13m LAX–AUS | 1 stop 16h 59m DFW | $127 | |
| | 12:18 AM – 11:35 PM American | 21h 17m LAX–AUS | 2 stops DFW, PHX | $182 | |
| | 12:18 AM – 11:35 PM American | 21h 17m LAX–AUS | 2 stops DFW, PHX | $387 | |
| | 7:00 PM – 6:36 PM+1 United | 21h 36m LAX–AUS | 1 stop 16h 51m SFO | $172 | |
| | 6:00 PM – 5:41 PM+1 American | 21h 41m LAX–AUS | 1 stop 17h 36m DFW | $146 | |
| | 11:45 AM – 11:36 AM+1 American | 21h 51m LAX–AUS | 2 stops ORD, DFW | $111 | |
| | 9:20 AM – 9:35 AM+1 American | 22h 15m LAX–AUS | 1 stop 18h 21m DFW | $97 | |
| | 5:00 PM – 5:41 PM+1 American | 22h 41m LAX–AUS | 1 stop 18h 39m DFW | $146 | |
| | 4:45 PM – 5:41 PM+1 American | 22h 56m LAX–AUS | 2 stops PHX, DFW | $152 | |
| | 4:45 PM – 5:41 PM+1 American | 22h 56m LAX–AUS | 2 stops PHX, DFW | $152 | |
| | 8:30 AM – 9:35 AM+1 American | 23h 5m LAX–AUS | 1 stop 18h 58m DFW | $668 | |
| | 1:00 PM – 2:30 PM+1 A… · Operated by Skywest Airlines as Ala… | 23h 30m LAX–AUS | 1 stop 18h 43m SFO | $172 | |
| | 7:00 PM – 8:57 PM+1 Unit… · Operated by Skywest DBA United … | 23h 57m LAX–AUS | 2 stops PHX, IAH | $152 | |

| | Flight | Duration | Stops | Price |
|---|---|---|---|---|
| | U… · Operated by Skywest DBA United Ex… | LAX–AUS | FAT, DEN | |
| | 6:50 PM – 8:57 PM +1  Unit… · Operated by Skywest DBA United … | 24h 7m  LAX–AUS | 2 stops  SLC, IAH | $172 |
| | 3:30 PM – 5:41 PM +1  American | 24h 11m  LAX–AUS | 2 stops  PHX, DFW | $146 |
| | 3:30 PM – 5:41 PM +1  American | 24h 11m  LAX–AUS | 2 stops  PHX, DFW | $152 |
| | 3:30 PM – 5:41 PM +1  American | 24h 11m  LAX–AUS | 2 stops  PHX, DFW | $152 |
| | 6:45 PM – 8:57 PM +1  United | 24h 12m  LAX–AUS | 1 stop  20h 10m IAH | $222 |
| | 7:00 PM – 9:15 PM +1  Unit… · Operated by Skywest DBA United … | 24h 15m  LAX–AUS | 2 stops  PHX, DEN | $152 |
| | 7:00 PM – 9:15 PM +1  United | 24h 15m  LAX–AUS | 2 stops  SFO, DEN | $172 |
| | 9:20 AM – 11:36 AM +1  American | 24h 16m  LAX–AUS | 1 stop  20h 21m DFW | $97 |
| | 6:50 PM – 9:15 PM +1  Unit… · Operated by Skywest DBA United … | 24h 25m  LAX–AUS | 2 stops  SLC, DEN | $172 |
| | 3:13 PM – 5:41 PM +1  Amer… · Operated by Skywest Airlines as … | 24h 28m  LAX–AUS | 2 stops  SFO, DFW | $137 |
| | 6:45 PM – 9:15 PM +1  United | 24h 30m  LAX–AUS | 1 stop  20h 16m DEN | $197 |
| | 9:03 PM – 11:35 PM +1  Amer… · Operated by Skywest Airlines as … | 24h 32m  LAX–AUS | 2 stops  SFO, PHX | $137 |
| | 4:00 PM – 6:36 PM +1  United | 24h 36m  LAX–AUS | 1 stop  19h 45m SFO | $172 |
| | 9:00 AM – 11:50 AM +1  Uni… · Operated by Republic Airways DBA… | 24h 50m  LAX–AUS | 1 stop  15h 20m EWR | $145 |
| | 6:00 PM – 8:54 PM +1  American | 24h 54m  LAX–AUS | 1 stop  20h 51m DFW | $166 |
| | 2:30 PM – 5:41 PM +1  American | 25h 11m  LAX–AUS | 1 stop  20h 59m DFW | $162 |
| | 6:06 AM – 9:35 AM +1  American | 25h 29m  LAX–AUS | 2 stops  PHX, DFW | $111 |

☰ Google ⋮⋮⋮ A

| | 6:00 AM – 9:35 AM +1 American | 25h 35m LAX–AUS | 1 stop 21h 29m DFW | $111 | ⌄ |
|---|---|---|---|---|---|
| | 5:00 PM – 8:54 PM +1 American | 25h 54m LAX–AUS | 1 stop 21h 54m DFW | $166 | ⌄ |
| | 10:35 AM – 2:30 PM +1 A… · Operated by Skywest Airlines as Ala… | 25h 55m LAX–AUS | 1 stop 21h 8m SFO | $172 | ⌄ |
| | 5:05 PM – 9:26 PM +1 United | 26h 21m LAX–AUS | 1 stop 19h 35m ORD | $186 | ⌄ |
| | 9:20 AM – 1:43 PM +1 American | 26h 23m LAX–AUS | 1 stop 22h 21m DFW | $97 | ⌄ |
| | 8:30 AM – 1:43 PM +1 American | 27h 13m LAX–AUS | 1 stop 22h 58m DFW | $567 | ⌄ |
| | 6:00 AM – 11:36 AM +1 American | 27h 36m LAX–AUS | 1 stop 23h 29m DFW | $111 | ⌄ |
| | 6:13 AM – 12:10 PM +1 American | 27h 57m LAX–AUS | 1 stop 21h 10m ORD | $595 | ⌄ |
| | 2:30 PM – 8:54 PM +1 American | 28h 24m LAX–AUS | 1 stop 24h 14m DFW | $182 | ⌄ |
| | 7:00 AM – 1:43 PM +1 American | 28h 43m LAX–AUS | 1 stop 24h 26m DFW | $127 | ⌄ |
| | 7:45 AM – 1:42 PM +2 Separate tickets booked together · Frontier | 51h 57m LAX–AUS | 3 stops MCO, CLE, LAS | $166 | ⌄ |

Hide 144 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 15–Dec 17                    Search for hotels ↗

 $131 JW Marriott Austin 4.6 (5504)

 $95 Omni Austin Hotel Downtown 4.3 (3204)

 $135 Fairmont Austin 4.5 (3088)

## Explore more destinations from Los Angeles



Find the cheapest and best flight for you.

About Google     Privacy & Terms     Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**



 

Google

One way 1 passenger Economy

Los Angeles LAX | Waco ACT | Tue, Dec 15

Bags | Stops | Airlines | Price | Times | Connecting airports | More

Track prices | Date grid | Price graph | Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently low — $72 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| | | | |
|---|---|---|---|
| 10:30 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 5h 32m<br>LAX–ACT | 1 stop<br>1h 46m DFW | $193 |
| 9:20 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 6h 42m<br>LAX–ACT | 1 stop<br>2h 56m DFW | $133 |
| 9:00 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 7h 2m<br>LAX–ACT | 2 stops<br>LAS, DFW | $473 |
| 8:44 AM – 6:02 PM<br>Am... · Operated by Skywest Airlines as Americ... | 7h 18m<br>LAX–ACT | 2 stops<br>DEN, DFW | $302 |
| 8:30 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 7h 32m<br>LAX–ACT | 1 stop<br>3h 33m DFW | $153 |
| 1:18 AM – 11:21 AM<br>Americ... · Operated by Envoy Air as American E... | 8h 3m<br>LAX–ACT | 1 stop<br>4h 18m DFW | $139 |
| 7:15 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 8h 47m<br>LAX–ACT | 2 stops<br>PHX, DFW | $319 |
| 7:15 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 8h 47m<br>LAX–ACT | 2 stops<br>PHX, DFW | $410 |
| 7:00 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 9h 2m<br>LAX–ACT | 1 stop<br>5h 1m DFW | $139 |
| 12:18 AM – 11:21 AM<br>Americ... · Operated by Envoy Air as American E... | 9h 3m<br>LAX–ACT | 1 stop<br>5h 19m DFW | $139 |
| 11:58 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 9h 23m<br>LAX–ACT | 2 stops<br>ORD, DFW | $225 |
| 6:13 AM – 6:02 PM<br>Americ... · Operated by Envoy Air as American E... | 9h 49m<br>LAX–ACT | 2 stops<br>ORD, DFW | $225 |

| | | | | | |
|---|---|---|---|---|---|
| | 6:06 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 9h 56m<br>LAX–ACT | 2 stops<br>PHX, DFW | $133 | |
| | 6:06 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 9h 56m<br>LAX–ACT | 2 stops<br>PHX, DFW | $139 | |
| | 6:06 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 9h 56m<br>LAX–ACT | 3 stops<br>PHX, SAT, DFW | $201 | |
| | 6:06 AM – 6:02 PM<br>A… · Operated by Skywest Airlines as America… | 9h 56m<br>LAX–ACT | 3 stops<br>PHX, ABQ, DFW | $240 | |
| | 6:06 AM – 6:02 PM<br>Am… · Operated by Mesa Airlines as American … | 9h 56m<br>LAX–ACT | 3 stops<br>PHX, PSP, DFW | $267 | |
| | 6:00 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 10h 2m<br>LAX–ACT | 1 stop<br>6h 4m DFW | $139 | |
| | 10:28 PM – 11:21 AM+1<br>Americ… · Operated by Envoy Air as American E… | 10h 53m<br>LAX–ACT | 2 stops<br>MIA, DFW | $389 | |
| | 7:30 PM – 11:21 AM+1<br>Am… · Operated by Skywest Airlines as Americ… | 13h 51m<br>LAX–ACT | 2 stops<br>DEN, DFW | $296 | |
| | 1:18 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 14h 44m<br>LAX–ACT | 1 stop<br>10h 53m DFW | $229 | |
| | 6:32 PM – 11:21 AM+1<br>Americ… · Operated by Envoy Air as American E… | 14h 49m<br>LAX–ACT | 2 stops<br>LAS, DFW | $182 | |
| | 6:00 PM – 11:21 AM+1<br>Americ… · Operated by Envoy Air as American E… | 15h 21m<br>LAX–ACT | 1 stop<br>11h 36m DFW | $159 | |
| | 12:18 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 44m<br>LAX–ACT | 1 stop<br>11h 54m DFW | $159 | |
| | 12:10 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 52m<br>LAX–ACT | 2 stops<br>MIA, DFW | $313 | |
| | 12:10 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 52m<br>LAX–ACT | 2 stops<br>MIA, DFW | $319 | |
| | 12:10 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 52m<br>LAX–ACT | 2 stops<br>CLT, DFW | $347 | |
| | 12:10 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 52m<br>LAX–ACT | 2 stops<br>CLT, DFW | $413 | |
| | 12:10 AM – 6:02 PM<br>Americ… · Operated by Envoy Air as American E… | 15h 52m<br>LAX–ACT | 2 stops<br>MIA, DFW | $739 | |
| | 11:58 PM – 6:02 PM+1<br>Americ… · Operated by Envoy Air as American E… | 16h 4m<br>LAX–ACT | 2 stops<br>ORD, DFW | $203 | |
| | 11:58 PM – 6:02 PM+1<br>Americ… · Operated by Envoy Air as American E… | 16h 4m<br>LAX–ACT | 2 stops<br>ORD, DFW | $203 | |
| | 11:58 PM – 6:02 PM+1 | 16h 4m | 2 stops | $211 | |






Google

| | | | | |
|---|---|---|---|---|
| Americ... · Operated by Envoy Air as American E... | | LAX–ACT | ORD, DFW | |
| 5:00 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 16h 21m<br>LAX–ACT | | 1 stop<br>12h 39m DFW | $159 |
| 4:45 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 16h 36m<br>LAX–ACT | | 2 stops<br>PHX, DFW | $159 |
| 11:13 PM – 6:02 PM+1<br>Americ... · Operated by Envoy Air as American E... | 16h 49m<br>LAX–ACT | | 2 stops<br>PHL, DFW | $210 |
| 3:30 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 17h 51m<br>LAX–ACT | | 2 stops<br>PHX, DFW | $139 |
| 3:30 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 17h 51m<br>LAX–ACT | | 2 stops<br>PHX, DFW | $159 |
| 2:41 PM – 11:21 AM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 40m<br>LAX–ACT | | 2 stops<br>DEN, DFW | $296 |
| 2:30 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 18h 51m<br>LAX–ACT | | 1 stop<br>14h 59m DFW | $179 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 2 stops<br>SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 2 stops<br>SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 2 stops<br>SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 3 stops<br>SFO, PHX, DFW | $177 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 3 stops<br>SFO, PHX, DFW | $177 |
| 9:03 PM – 6:02 PM+1<br>Am... · Operated by Skywest Airlines as Americ... | 18h 59m<br>LAX–ACT | | 2 stops<br>SFO, DFW | $182 |
| 2:00 PM – 11:21 AM+1<br>Am... · Operated by Skywest Airlines as Americ... | 19h 21m<br>LAX–ACT | | 2 stops<br>PHX, DFW | $229 |
| 2:00 PM – 11:21 AM+1<br>Am... · Operated by Skywest Airlines as Americ... | 19h 21m<br>LAX–ACT | | 2 stops<br>PHX, DFW | $240 |
| 12:31 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 20h 50m<br>LAX–ACT | | 1 stop<br>17h 1m DFW | $281 |
| 12:00 PM – 11:21 AM+1<br>Americ... · Operated by Envoy Air as American E... | 21h 21m<br>LAX–ACT | | 2 stops<br>LAS, DFW | $212 |
| 6:32 PM – 6:02 PM+1<br>Americ... · Operated by Envoy Air as American E... | 21h 30m<br>LAX–ACT | | 2 stops<br>LAS, DFW | $182 |
| 6:32 PM – 6:02 PM+1<br>Americ... · Operated by Envoy Air as American E... | 21h 30m<br>LAX–ACT | | 3 stops<br>LAS, PHX, DFW | $182 |

| Flight | Duration | Route | Stops | Price |
|---|---|---|---|---|
| 6:32 PM – 6:02 PM — American · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | | 2 stops LAS, DFW | $187 |
| 6:32 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | | 2 stops LAS, DFW | $187 |
| 6:32 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | | 2 stops LAS, DFW | $187 |
| 11:45 AM – 11:21 AM+1 — American · Operated by Envoy Air as American E… | 21h 36m LAX–ACT | | 2 stops ORD, DFW | $203 |
| 11:45 AM – 11:21 AM+1 — American · Operated by Envoy Air as American E… | 21h 36m LAX–ACT | | 2 stops ORD, DFW | $211 |
| 6:00 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 22h 2m LAX–ACT | | 1 stop 18h 11m DFW | $203 |
| 10:30 AM – 11:21 AM+1 — Am… · Operated by Skywest Airlines as Americ… | 22h 51m LAX–ACT | | 3 stops SFO, PHX, DFW | $192 |
| 10:30 AM – 11:21 AM+1 — American · Operated by Envoy Air as American E… | 22h 51m LAX–ACT | | 1 stop 19h 11m DFW | $281 |
| 5:00 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 2m LAX–ACT | | 1 stop 19h 14m DFW | $203 |
| 4:45 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | | 2 stops PHX, DFW | $159 |
| 4:45 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | | 2 stops PHX, DFW | $159 |
| 4:45 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | | 2 stops PHX, DFW | $164 |
| 4:45 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | | 2 stops PHX, DFW | $164 |
| 4:45 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | | 2 stops PHX, DFW | $164 |
| 9:20 AM – 11:21 AM+1 — American · Operated by Envoy Air as American E… | 24h 1m LAX–ACT | | 1 stop 20h 21m DFW | $189 |
| 9:00 AM – 11:21 AM+1 — American · Operated by Envoy Air as American E… | 24h 21m LAX–ACT | | 2 stops LAS, DFW | $182 |
| 3:30 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | | 2 stops PHX, DFW | $139 |
| 3:30 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | | 2 stops PHX, DFW | $144 |
| 3:30 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | | 2 stops PHX, DFW | $144 |
| 3:30 PM – 6:02 PM+1 — American · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | | 2 stops PHX, DFW | $144 |

 

| | Time | Airline | Duration | Route | Stops | Details | Price |
|---|---|---|---|---|---|---|---|
| | 3:30 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $182 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 3 stops | SFO, PHX, DFW | $177 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 3 stops | SFO, PHX, DFW | $177 |
| | 3:13 PM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $182 |
| | 8:30 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 24h 51m | LAX–ACT | 1 stop | 20h 58m DFW | $258 |
| | 2:30 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 25h 32m | LAX–ACT | 1 stop | 21h 34m DFW | $219 |
| | 7:00 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 26h 21m | LAX–ACT | 1 stop | 22h 26m DFW | $219 |
| | 6:06 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $144 |
| | 6:06 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $144 |
| | 6:06 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $172 |
| | 6:00 AM – 11:21 AM⁺¹ | Americ… · Operated by Envoy Air as American E… | 27h 21m | LAX–ACT | 1 stop | 23h 29m DFW | $203 |
| | 12:31 PM – 6:02 PM⁺¹ | Americ… · Operated by Envoy Air as American E… | 27h 31m | LAX–ACT | 1 stop | 23h 36m DFW | $281 |
| | 10:30 AM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 29h 32m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 10:30 AM – 6:02 PM⁺¹ | Am… · Operated by Skywest Airlines as Americ… | 29h 32m | LAX–ACT | 2 stops | SFO, DFW | $177 |






| | | | | |
|---|---|---|---|---|
| 10:30 AM – 6:02 PM⁺¹  Am… · Operated by Skywest Airlines as Americ… | 29h 32m LAX–ACT | 2 stops SFO, DFW | $182 | |
| 9:00 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 31h 2m LAX–ACT | 2 stops LAS, DFW | $182 | |
| 9:00 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 31h 2m LAX–ACT | 2 stops LAS, DFW | $187 | |
| 9:00 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 31h 2m LAX–ACT | 2 stops LAS, DFW | $187 | |
| 9:00 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 31h 2m LAX–ACT | 2 stops LAS, DFW | $187 | |
| 6:06 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 33h 56m LAX–ACT | 2 stops PHX, DFW | $177 | |
| 6:06 AM – 6:02 PM⁺¹  Americ… · Operated by Envoy Air as American E… | 33h 56m LAX–ACT | 2 stops PHX, DFW | $177 | |

Hide 95 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗

 $95 — Hilton Waco — 4.4 (912)

 $98 — Hotel Indigo Waco - Baylor — 4.5 (773)

 $89 — Holiday Inn Express & Suites Waco South — 4.4 (535)

## Explore more destinations from Los Angeles

### Google Flights

Language · English   Country · United States   Currency · USD

Find the cheapest and best flight for you.

About Google   Privacy & Terms   Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more.