# EXHIBIT 20



Google

One way · 1 passenger · Economy

Kailua-Kona KOA → Austin AUS · Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

### Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently low — $100 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 10:30 PM – 1:05 PM+1 | United | 10h 35m | KOA–AUS | 1 stop | 2h 1m DEN | $228 |
| 10:35 PM – 1:10 PM+1 | Alaska | 10h 35m | KOA–AUS | 1 stop | 40m SEA | $362 |
| 11:30 PM – 2:16 PM+1 | United | 10h 46m | KOA–AUS | 1 stop | 2h 21m SFO | $228 |
| 11:18 PM – 2:15 PM+1 | American | 10h 57m | KOA–AUS | 1 stop | 2h 45m PHX | $183 |
| 11:30 PM – 2:30 PM+1 | United, ... · Operated by Skywest Airlines ... | 11h 0m | KOA–AUS | 1 stop | 2h 26m SFO | $472 |
| 10:50 PM – 2:23 PM+1 | Delta | 11h 33m | KOA–AUS | 1 stop | 3h 40m LAX | $329 |
| 10:50 PM – 2:48 PM+1 | Delta | 11h 58m | KOA–AUS | 2 stops | LAX, SLC | $479 |
| 11:30 PM – 3:35 PM+1 | United | 12h 5m | KOA–AUS | 2 stops | SFO, IAH | $321 |
| 10:50 PM – 2:55 PM+1 | Delta, U... · Operated by Skywest DBA Uni... | 12h 5m | KOA–AUS | 1 stop | 4h 5m LAX | $612 |
| 7:00 PM – 11:36 AM+1 | Hawaiian, American | 12h 36m | KOA–AUS | 2 stops | HNL, DFW | $377 |

| Flight | Time | Duration | Route | Stops | Price |
|---|---|---|---|---|---|
| United · Operated by Skywest Airlines as … | 11:30 PM – 4:25 PM+1 | 12h 55m | KOA–AUS | 2 stops SFO, SAN | $515 |
| United | 10:30 PM – 3:35 PM+1 | 13h 5m | KOA–AUS | 2 stops DEN, IAH | $228 |
| Hawaiian, American | 8:20 PM – 2:15 PM+1 | 13h 55m | KOA–AUS | 2 stops HNL, PHX | $377 |
| Hawaiian, American | 5:20 PM – 11:36 AM+1 | 14h 16m | KOA–AUS | 2 stops HNL, DFW | $333 |
| American | 11:18 PM – 5:41 PM+1 | 14h 23m | KOA–AUS | 2 stops PHX, DFW | $266 |
| American | 11:18 PM – 5:41 PM+1 | 14h 23m | KOA–AUS | 2 stops PHX, DFW | $266 |
| American | 11:18 PM – 5:41 PM+1 | 14h 23m | KOA–AUS | 2 stops PHX, DFW | $266 |
| American | 11:18 PM – 5:41 PM+1 | 14h 23m | KOA–AUS | 3 stops PHX, LAS, DFW | $350 |
| Hawaiian, … · Operated by Skywest DBA … | 8:20 PM – 2:55 PM+1 | 14h 35m | KOA–AUS | 2 stops HNL, LAX | $602 |
| Hawaiian, American | 7:00 PM – 1:43 PM+1 | 14h 43m | KOA–AUS | 2 stops HNL, DFW | $377 |
| United | 11:30 PM – 6:36 PM+1 | 15h 6m | KOA–AUS | 1 stop 6h 41m SFO | $211 |
| Hawaiian, American | 4:30 PM – 11:36 AM+1 | 15h 6m | KOA–AUS | 2 stops HNL, DFW | $377 |
| Hawaiian, American | 7:00 PM – 2:15 PM+1 | 15h 15m | KOA–AUS | 2 stops HNL, PHX | $377 |
| Hawaiian, American | 1:53 PM – 9:35 AM+1 | 15h 42m | KOA–AUS | 2 stops OGG, DFW | $306 |
| Hawaiian, United | 5:20 PM – 1:05 PM+1 | 15h 45m | KOA–AUS | 2 stops HNL, DEN | $388 |
| Hawaiian, American | 6:12 PM – 2:15 PM+1 | 16h 3m | KOA–AUS | 2 stops LIH, PHX | $338 |
| Hawaiian, American | 5:20 PM – 1:43 PM+1 | 16h 23m | KOA–AUS | 2 stops HNL, DFW | $333 |
| Hawaiian, American | 3:05 PM – 11:36 AM+1 | 16h 31m | KOA–AUS | 2 stops HNL, DFW | $377 |

 

| | | | | |
|---|---|---|---|---|
| 5:20 PM – 2:15 PM +1  Hawaiian, American | 16h 55m  KOA–AUS | 2 stops  HNL, PHX | $377 | |
| 5:20 PM – 2:16 PM +1  Hawaiian, United | 16h 56m  KOA–AUS | 2 stops  HNL, SFO | $388 | |
| 3:05 PM – 12:10 PM +1  Hawaiian, American | 17h 5m  KOA–AUS | 2 stops  HNL, ORD | $377 | |
| 4:30 PM – 1:43 PM +1  Hawaiian, American | 17h 13m  KOA–AUS | 2 stops  HNL, DFW | $377 | |
| 11:30 PM – 8:57 PM +1  United | 17h 27m  KOA–AUS | 2 stops  SFO, IAH | $211 | |
| 11:30 PM – 8:57 PM +1  United | 17h 27m  KOA–AUS | 2 stops  SFO, IAH | $294 | |
| 5:20 PM – 2:55 PM +1  Hawaiian, … · Operated by Skywest DBA … | 17h 35m  KOA–AUS | 2 stops  HNL, LAX | $388 | |
| 11:18 PM – 8:54 PM +1  American | 17h 36m  KOA–AUS | 2 stops  PHX, DFW | $246 | |
| 11:18 PM – 8:54 PM +1  American | 17h 36m  KOA–AUS | 2 stops  PHX, DFW | $446 | |
| 11:18 PM – 8:54 PM +1  American | 17h 36m  KOA–AUS | 2 stops  PHX, DFW | $446 | |
| 11:18 PM – 8:54 PM +1  American | 17h 36m  KOA–AUS | 2 stops  PHX, DFW | $446 | |
| 1:53 PM – 11:36 AM +1  Hawaiian, American | 17h 43m  KOA–AUS | 2 stops  OGG, DFW | $306 | |
| 10:50 PM – 8:34 PM +1  Delta | 17h 44m  KOA–AUS | 2 stops  LAX, ATL | $307 | |
| 10:50 PM – 8:34 PM +1  Delta | 17h 44m  KOA–AUS | 2 stops  LAX, MSP | $307 | |
| 10:50 PM – 8:34 PM +1  Delta | 17h 44m  KOA–AUS | 2 stops  LAX, ATL | $307 | |
| 10:50 PM – 8:34 PM +1  Delta | 17h 44m  KOA–AUS | 2 stops  LAX, MSP | $361 | |
| 11:30 PM – 9:15 PM +1  United | 17h 45m  KOA–AUS | 2 stops  SFO, DEN | $211 | |
| 11:30 PM – 9:15 PM +1 | 17h 45m | 2 stops | $246 | |

 

| | | | | | |
|---|---|---|---|---|---|
| | Unit… · Operated by Skywest DBA United … | KOA–AUS | SFO, SMF, DEN | | |
| | 11:30 PM – 9:15 PM+1  United | 17h 45m  KOA–AUS | 2 stops  SFO, DEN | $294 | |
| | 4:30 PM – 2:15 PM+1  Hawaiian, American | 17h 45m  KOA–AUS | 3 stops  HNL, LIH, PHX | $357 | |
| | 4:30 PM – 2:15 PM+1  Hawaiian, American | 17h 45m  KOA–AUS | 2 stops  HNL, PHX | $377 | |
| | 10:50 PM – 9:15 PM+1  Delta | 18h 25m  KOA–AUS | 2 stops  LAX, SLC | $335 | |
| | 10:30 PM – 8:57 PM+1  United | 18h 27m  KOA–AUS | 2 stops  DEN, IAH | $294 | |
| | 10:30 PM – 8:57 PM+1  United | 18h 27m  KOA–AUS | 2 stops  DEN, IAH | $294 | |
| | 1:07 PM – 11:36 AM+1  Hawaiian, American | 18h 29m  KOA–AUS | 2 stops  HNL, DFW | $377 | |
| | 3:05 PM – 1:43 PM+1  Hawaiian, American | 18h 38m  KOA–AUS | 2 stops  HNL, DFW | $377 | |
| | 7:00 PM – 5:41 PM+1  Hawaiian, American | 18h 41m  KOA–AUS | 2 stops  HNL, DFW | $377 | |
| | 10:30 PM – 9:15 PM+1  United | 18h 45m  KOA–AUS | 1 stop  10h 11m DEN | $288 | |
| | 10:45 AM – 9:35 AM+1  Hawaiian, American | 18h 50m  KOA–AUS | 2 stops  OGG, DFW | $306 | |
| | 1:07 PM – 12:10 PM+1  Hawaiian, American | 19h 3m  KOA–AUS | 2 stops  HNL, ORD | $377 | |
| | 3:05 PM – 2:15 PM+1  Hawaiian, American | 19h 10m  KOA–AUS | 3 stops  HNL, LIH, PHX | $357 | |
| | 3:05 PM – 2:15 PM+1  Hawaiian, American | 19h 10m  KOA–AUS | 3 stops  HNL, LIH, PHX | $357 | |
| | 3:05 PM – 2:15 PM+1  Hawaiian, American | 19h 10m  KOA–AUS | 2 stops  HNL, PHX | $377 | |
| | 12:20 PM – 11:36 AM+1  Hawaiian, American | 19h 16m  KOA–AUS | 2 stops  HNL, DFW | $377 | |
| | 1:53 PM – 1:10 PM+1  Hawaiian, Alaska | 19h 17m  KOA–AUS | 2 stops  OGG, SEA | $490 | |

| | | | | |
|---|---|---|---|---|
| 11:25 AM – 11:36 AM<br>Hawaiian, American | 20h 11m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | |
| 11:18 PM – 11:35 PM+1<br>American | 20h 17m<br>KOA–AUS | 1 stop<br>12h 2m PHX | $252 | |
| 5:20 PM – 5:41 PM+1<br>Hawaiian, American | 20h 21m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | |
| 1:53 PM – 2:15 PM+1<br>Hawaiian, American | 20h 22m<br>KOA–AUS | 3 stops<br>OGG, LIH, PHX | $357 | |
| 11:25 AM – 12:10 PM+1<br>Hawaiian, American | 20h 45m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | |
| 10:45 AM – 11:36 AM+1<br>Hawaiian, American | 20h 51m<br>KOA–AUS | 2 stops<br>OGG, DFW | $306 | |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 1:07 PM – 2:16 PM+1<br>Hawaiian, United | 21h 9m<br>KOA–AUS | 2 stops<br>HNL, SFO | $888 | |
| 5:20 PM – 6:36 PM+1<br>Hawaiian, United | 21h 16m<br>KOA–AUS | 2 stops<br>HNL, SFO | $948 | |
| 10:35 PM – 11:58 PM+1<br>Alaska | 21h 23m<br>KOA–AUS | 1 stop<br>11h 25m SEA | $362 | |
| 1:07 PM – 2:30 PM+1<br>Hawaiian… · Operated by Skywest Airlines… | 21h 23m<br>KOA–AUS | 2 stops<br>HNL, SFO | $387 | |
| 1:07 PM – 2:55 PM+1<br>Hawaiian, … · Operated by Skywest DBA … | 21h 48m<br>KOA–AUS | 2 stops<br>HNL, LAX | $888 | |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | |

| | 11:25 AM – 1:43 PM[+1] Hawaiian, American | 22h 18m KOA–AUS | 2 stops HNL, DFW | $377 | |
|---|---|---|---|---|---|
| | 9:17 AM – 11:36 AM[+1] Hawaiian, American | 22h 19m KOA–AUS | 2 stops HNL, DFW | $377 | |
| | 2:20 PM – 4:46 PM[+1] Ala… · Operated by Skywest Airlines as A… | 22h 26m KOA–AUS | 1 stop 13h 50m SJC | $307 | |
| | 11:25 AM – 2:15 PM[+1] Hawaiian, American | 22h 50m KOA–AUS | 2 stops HNL, PHX | $377 | |
| | 9:17 AM – 12:10 PM[+1] Hawaiian, American | 22h 53m KOA–AUS | 2 stops HNL, ORD | $377 | |
| | 11:25 AM – 2:30 PM[+1] Hawaiian… · Operated by Skywest Airline… | 23h 5m KOA–AUS | 2 stops HNL, SFO | $372 | |
| | 10:00 AM – 1:10 PM[+1] Alaska | 23h 10m KOA–AUS | 1 stop 13h 15m SEA | $589 | |
| | 12:50 PM – 4:25 PM[+1] Ala… · Operated by Horizon Air as Alask… | 23h 35m KOA–AUS | 1 stop 15h 15m SAN | $287 | |
| | 10:45 AM – 2:30 PM[+1] Hawaiian… · Operated by Skywest Airline… | 23h 45m KOA–AUS | 2 stops OGG, SFO | $322 | |
| | 5:20 PM – 9:15 PM[+1] Hawaiian, United | 23h 55m KOA–AUS | 2 stops HNL, DEN | $948 | |
| | 12:50 PM – 4:46 PM[+1] A… · Operated by Skywest Airlines as Ala… | 23h 56m KOA–AUS | 2 stops SAN, SJC | $327 | |
| | 7:06 AM – 11:36 AM[+1] Hawaiian, American | 24h 30m KOA–AUS | 2 stops HNL, DFW | $383 | |
| | 11:25 AM – 4:25 PM[+1] Hawaiian, … · Operated by Horizon Air as … | 25h 0m KOA–AUS | 2 stops HNL, SAN | $353 | |
| | 7:06 AM – 12:10 PM[+1] Hawaiian, American | 25h 4m KOA–AUS | 2 stops HNL, ORD | $377 | |
| | 1:07 PM – 6:36 PM[+1] Hawaiian, United | 25h 29m KOA–AUS | 2 stops HNL, SFO | $948 | |
| | 7:06 AM – 1:05 PM[+1] Hawaiian, United | 25h 59m KOA–AUS | 2 stops HNL, DEN | $394 | |
| | 7:06 AM – 1:43 PM[+1] Hawaiian, American | 26h 37m KOA–AUS | 2 stops HNL, DFW | $383 | |
| | 9:17 AM – 4:25 PM[+1] Hawaiian, … · Operated by Horizon Air as … | 27h 8m KOA–AUS | 2 stops HNL, SAN | $353 | |




Flights

| | 7:06 AM – 2:16 PM +1 | 27h 10m | 2 stops | | $394 | |
|---|---|---|---|---|---|---|
| | Hawaiian, United | KOA–AUS | HNL, SFO | | | |
| | 7:06 AM – 2:16 PM +1 | 27h 10m | 2 stops | | $523 | |
| | Hawaiian, United | KOA–AUS | HNL, SFO | | | |
| | 7:06 AM – 2:30 PM +1 | 27h 24m | 2 stops | | $444 | |
| | Hawaiian… · Operated by Skywest Airline… | KOA–AUS | HNL, SFO | | | |
| | 7:06 AM – 2:55 PM +1 | 27h 49m | 2 stops | | $394 | |
| | Hawaiian, … · Operated by Skywest DBA … | KOA–AUS | HNL, LAX | | | |
| | 7:06 AM – 2:55 PM +1 | 27h 49m | 2 stops | | $412 | |
| | Hawaiian, … · Operated by Skywest DBA … | KOA–AUS | HNL, LAX | | | |
| | 11:18 PM – 9:40 AM +2 | 30h 22m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 9:40 AM +2 | 30h 22m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 9:40 AM +2 | 30h 22m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 9:40 AM +2 | 30h 22m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 9:40 AM +2 | 30h 22m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:30 PM – 11:18 AM +2 | 31h 48m | 2 stops | | $1,201 | |
| | Uni… · Operated by Mesa Airlines DBA Un… | KOA–AUS | SFO, IAH | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $290 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 11:18 PM – 11:46 AM +2 | 32h 28m | 2 stops | | $292 | |
| | American | KOA–AUS | PHX, DFW | | | |
| | 10:00 AM – 11:58 PM +1 | 33h 58m | 1 stop | | $589 | |
| | Alaska | KOA–AUS | 24h 0m SEA | | | |

  

| | | | | |
|---|---|---|---|---|
| 10:35 PM – 1:13 PM⁺² Alaska | 34h 38m KOA–AUS | 1 stop 24h 40m SEA | $597 | |
| 11:30 PM – 2:13 PM⁺² United | 34h 43m KOA–AUS | 1 stop 26h 11m SFO | $227 | |
| 11:18 PM – 2:14 PM⁺² American | 34h 56m KOA–AUS | 1 stop 26h 45m PHX | $252 | |
| 10:50 PM – 2:53 PM⁺² Delta, United | 36h 3m KOA–AUS | 1 stop 28h 5m LAX | $618 | |
| 10:30 PM – 5:08 PM⁺² United | 38h 38m KOA–AUS | 1 stop 29h 55m DEN | $294 | |

Hide 116 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 16–Dec 18

Search for hotels ↗

 $125 JW Marriott Austin 4.6 (5504)

 $95 Omni Austin Hotel Downtown 4.3 (3204)

 $150 Fairmont Austin 4.5 (3088)

## Explore more destinations from Kailua-Kona

Google Flights

Language · English    Country · United States    Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**



 

Google

One way · 1 passenger · Economy

Kailua-Kona KOA → Waco ACT | Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently **low** — $189 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airline | Duration | Route | Stops | Airports | Price |
|---|---|---|---|---|---|---|
| 7:00 PM – 11:21 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 12h 21m | KOA–ACT | 2 stops | HNL, DFW | $762 |
| 5:20 PM – 11:21 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 14h 1m | KOA–ACT | 2 stops | HNL, DFW | $754 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $286 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $286 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $292 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 3 stops | PHX, SAN, DFW | $327 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Skywest Airlines as Am... | 14h 44m | KOA–ACT | 3 stops | PHX, ABQ, DFW | $342 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Mesa Airlines as Ame... | 14h 44m | KOA–ACT | 3 stops | PHX, PSP, DFW | $367 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Skywest Airlines as Am... | 14h 44m | KOA–ACT | 3 stops | PHX, OKC, DFW | $377 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 3 stops | PHX, SNA, DFW | $387 |

| | | | | |
|---|---|---|---|---|
| 11:18 PM – 6:02 PM +1<br>Ameri… · Operated by Envoy Air as Ameri… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, LAS, DFW | $391 | |
| 11:18 PM – 6:02 PM +1<br>Ameri… · Operated by Envoy Air as Ameri… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, SAT, DFW | $413 | |
| 11:18 PM – 6:02 PM +1<br>A… · Operated by Skywest Airlines as A… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, ONT, DFW | $437 | |
| 4:30 PM – 11:21 AM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 14h 51m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | |
| 10:35 PM – 6:02 PM +1<br>Alaska, A… · Operated by Envoy Air as A… | 15h 27m<br>KOA–ACT | 2 stops<br>SEA, DFW | $639 | |
| 3:05 PM – 11:21 AM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 16h 16m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | |
| 1:53 PM – 11:21 AM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 17h 28m<br>KOA–ACT | 2 stops<br>OGG, DFW | $757 | |
| 1:07 PM – 11:21 AM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 18h 14m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | |
| 12:20 PM – 11:21 AM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 1m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $516 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $516 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $522 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $545 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $545 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $551 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $575 | |
| 7:00 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 2m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | |
| 6:12 PM – 6:02 PM +1<br>Hawaiian, A… · Operated by Envoy Air as … | 19h 50m<br>KOA–ACT | 3 stops<br>LIH, LAX, DFW | $542 | |

 

| | Time | Airline | Duration | Route | Stops | Via | Price | |
|---|---|---|---|---|---|---|---|---|
| | 6:12 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 19h 50m | KOA–ACT | 3 stops | LIH, LAX, DFW | $572 | ˅ |
| | 11:25 AM – 11:21 AM+1 | Hawaiian, A… · Operated by Envoy Air as … | 19h 56m | KOA–ACT | 2 stops | HNL, DFW | $762 | ˅ |
| | 10:45 AM – 11:21 AM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 36m | KOA–ACT | 2 stops | OGG, DFW | $757 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, LAX, DFW | $516 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, LAX, DFW | $516 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, PHX, DFW | $516 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, PHX, DFW | $516 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, LAX, DFW | $522 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 3 stops | HNL, PHX, DFW | $522 | ˅ |
| | 5:20 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 20h 42m | KOA–ACT | 2 stops | HNL, DFW | $704 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, LAX, DFW | $516 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, LAX, DFW | $516 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, PHX, DFW | $516 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, PHX, DFW | $516 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, LAX, DFW | $522 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 3 stops | HNL, PHX, DFW | $522 | ˅ |
| | 4:30 PM – 6:02 PM+1 | Hawaiian, A… · Operated by Envoy Air as … | 21h 32m | KOA–ACT | 2 stops | HNL, DFW | $762 | ˅ |
| | 4:30 PM – 6:02 PM+1 | | 21h 32m | | 3 stops | | $1,496 | ˅ |

 

| | | | | | |
|---|---|---|---|---|---|
| | Hawaiian, A… · Operated by Envoy Air as … | | KOA–ACT | HNL, DFW | |
| | 3:05 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 22h 57m | 3 stops<br>HNL, PHX, DFW | | $516 |
| | 3:05 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 22h 57m | 3 stops<br>HNL, PHX, DFW | | $516 |
| | 3:05 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 22h 57m | 3 stops<br>HNL, PHX, DFW | | $3,173 |
| | 7:06 AM – 11:21 AM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 15m | 2 stops<br>HNL, DFW | | $768 |
| | 7:06 AM – 11:21 AM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 15m | 3 stops<br>HNL, OGG, DFW | | $891 |
| | 1:07 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 55m | 3 stops<br>HNL, PHX, DFW | | $436 |
| | 1:07 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 55m | 3 stops<br>HNL, PHX, DFW | | $436 |
| | 1:07 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 55m | 3 stops<br>HNL, PHX, DFW | | $442 |
| | 1:07 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 55m | 3 stops<br>HNL, LAX, DFW | | $496 |
| | 1:07 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 24h 55m | 3 stops<br>HNL, LAX, DFW | | $496 |
| | 12:20 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 25h 42m | 3 stops<br>HNL, PHX, DFW | | $436 |
| | 12:20 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 25h 42m | 3 stops<br>HNL, PHX, DFW | | $436 |
| | 12:20 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 25h 42m | 3 stops<br>HNL, PHX, DFW | | $442 |
| | 12:20 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 25h 42m | 3 stops<br>HNL, LAX, DFW | | $496 |
| | 12:20 PM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 25h 42m | 3 stops<br>HNL, LAX, DFW | | $496 |
| | 11:25 AM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 26h 37m | 3 stops<br>HNL, PHX, DFW | | $436 |
| | 11:25 AM – 6:02 PM+1<br>Hawaiian, A… · Operated by Envoy Air as … | 26h 37m | 3 stops<br>HNL, PHX, DFW | | $436 |

 

| | 11:25 AM – 6:02 PM | 26h 37m | 3 stops | $496 | |
| --- | --- | --- | --- | --- | --- |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 11:25 AM – 6:02 PM+1 | 26h 37m | 3 stops | $496 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 11:25 AM – 6:02 PM+1 | 26h 37m | 3 stops | $502 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 10:00 AM – 6:02 PM+1 | 28h 2m | 2 stops | $1,724 | |
| | Alaska, A… · Operated by Envoy Air as A… | KOA–ACT | SEA, DFW | | |
| | 9:17 AM – 6:02 PM+1 | 28h 45m | 3 stops | $442 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 9:17 AM – 6:02 PM+1 | 28h 45m | 3 stops | $442 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 9:17 AM – 6:02 PM+1 | 28h 45m | 3 stops | $447 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 9:17 AM – 6:02 PM+1 | 28h 45m | 3 stops | $502 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $522 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $522 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $528 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $551 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $551 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $557 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 3 stops | $581 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | |
| | 7:06 AM – 6:02 PM+1 | 30h 56m | 2 stops | $768 | |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, DFW | | |
| | 11:18 PM – 11:50 AM+2 | 32h 32m | 2 stops | $272 | |
| | Ameri… · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, DFW | | |
| | 11:18 PM – 11:50 AM+2 | 32h 32m | 2 stops | $272 | |
| | Ameri… · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, DFW | | |

| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $292 |
|---|---|---|---|---|
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAX, DFW | $297 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, SAN, DFW | $307 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, SMF, DFW | $318 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, SJC, DFW | $318 |
| | 11:18 PM – 11:50 AM+2  A… · Operated by Skywest Airlines as A… | 32h 32m  KOA–ACT | 3 stops  PHX, ABQ, DFW | $328 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, SFO, DFW | $333 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 3 stops  PHX, LAS, DFW | $338 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 2 stops  PHX, DFW | $382 |
| | 11:18 PM – 11:50 AM+2  American · Operated by Envoy Air as Ameri… | 32h 32m  KOA–ACT | 2 stops  PHX, DFW | $382 |

 

| | 11:18 PM – 11:50 AM+2<br>A… · Operated by Skywest Airlines as Am… | 32h 32m<br>KOA–ACT | 3 stops<br>PHX, ABQ, DFW | $399 |
|---|---|---|---|---|
| | 11:18 PM – 11:50 AM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 32h 32m<br>KOA–ACT | 3 stops<br>PHX, SAT, DFW | $419 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $272 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $272 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $272 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $272 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, AUS, DFW | $303 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, AUS, DFW | $308 |
| | 11:18 PM – 3:30 PM+2<br>A… · Operated by Skywest Airlines as A… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, ABQ, DFW | $333 |
| | 11:18 PM – 3:30 PM+2<br>A… · Operated by Skywest Airlines as Am… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, ABQ, DFW | $348 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, AUS, DFW | $353 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 |
| | 11:18 PM – 3:30 PM+2<br>A… · Operated by Skywest Airlines as Am… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, ABQ, DFW | $399 |
| | 11:18 PM – 3:30 PM+2<br>Ameri… · Operated by Envoy Air as Ameri… | 36h 12m<br>KOA–ACT | 3 stops<br>PHX, SAT, DFW | $1,069 |

☰ Google  Flights                                                                                      ⠿  A

| | | | | | |
|---|---|---|---|---|---|
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $292 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $297 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| ✈ | 11:18 PM – 9:59 PM +2<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $393 | ⌄ |

Hide 125 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 16–Dec 18                                                    Search for hotels ↗


$110 | Hilton Waco<br>4.4 (912)


$104 | Hotel Indigo Waco - Baylor<br>4.5 (773)


$79 | Holiday Inn Express & Suite…<br>4.4 (535)

## Explore more destinations from Kailua-Kona

