# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT,

      Plaintiff,

v.

DELL TECHNOLOGIES INC., DELL INC.,
AND EMC CORPORATION,

      Defendants.

Case No. 6:20-cv-00473-ADA

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER

The Court, having reviewed and considered Defendant's Motion for Intra-District Transfer of Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division but remain on the docket of United States District Judge Alan D Albright.

SIGNED this _____ day of _____, 2020

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1