# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>　　　　Defendants. | Case No. 6:20-cv-00473-ADA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STRIKE DUPLICATE LETTER OF REQUEST FOR FOREIGN DISCOVERY

Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation, (collectively "Defendants") filed a Motion for Letter of Request (Dkt. 44) for foreign discovery on November 6, 2020, which was a duplicate of Motion for Letter of Request (Dkt. 43). Defendants respectfully request that the Court strike the Motion for Letter of Request (Dkt. 44).

Dated:  November 10, 2020         By:  */s/ Barry K. Shelton*
　　　　　　　　　　　　　　　　　　　Barry K. Shelton
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24055029
　　　　　　　　　　　　　　　　　　　bshelton@sheltoncoburn.com
　　　　　　　　　　　　　　　　　　　**SHELTON COBURN LLP**
　　　　　　　　　　　　　　　　　　　311 RR 620, Ste. 205
　　　　　　　　　　　　　　　　　　　Austin, TX  78734-4775
　　　　　　　　　　　　　　　　　　　Telephone:  512.263.2165
　　　　　　　　　　　　　　　　　　　Facsimile:  512.263.2166

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 10, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Barry K. Shelton*
Barry K. Shelton
