**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

WSOU INVESTMENTS, LLC,

    Plaintiff,

v.

DELL TECHNOLOGIES INC.,
DELL INC., and EMC CORPORATION

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 6:20-cv-473-ADA

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED
<u>MOTION TO STRIKE DUPLICATE LETTER OF REQUEST</u>**

This Court, having considered Defendants' Unopposed Motion to Strike Duplicate Letter

of Request for Foreign Discovery (the "Motion"), hereby GRANTS the Motion and ORDERS the

following:

Defendants' Motion for Letter of Request (Dkt. 44) is ORDERED stricken from the docket

of this case.

       SIGNED this _____ day of _____ 2020.


                         _____
                         HONORABLE ALAN D ALBRIGHT
                         UNITED STATES DISTRICT JUDGE