**Disclosure**

On June 25th, 1984 I was still a student at Hunter College High School. I was entering the subway at my home station, reached into my backpack, and pulled out my school-issued subway pass to show the attendant as I went through the gate (the normal way to use it in those days). A police officer stopped me and told me he was citing me for trespassing. At first, I did not know what he was talking about. Then I noticed that I had pulled my previous month's pass out of my backpack inadvertently, rather than the current month's pass. When I tried to explain this to the officer and ask him to let me get the correct one out, he told me if I said anything else he would take me to jail. My initial court date was at the Queens Criminal Courthouse, 125-01 Queens Boulevard, Kew Gardens, NY, 11415. This was in early July 1984, most likely. When the judge arraigned me, he told me I should probably get an attorney because if I pled guilty in front of him he would put me in jail because I had the previous trespassing charge, even though it had been dismissed (see below). I hired the mother of a friend of mine, Eleanor Burstein, a local attorney who lived at 111-28 75th Rd., Forest Hills, NY, 11375. She is now deceased. At my next court date in August 1984, Attorney Burstein explained the situation to the judge and showed him that I in fact had the correct subway pass, and had nothing on my record other than these charges. The judge **dismissed** the charge.

The earlier incident took place around the fall of 1981 or 1982; I simply do not remember and do not have records from then. I was attending Hunter College High School at 94th Street and Park Avenue in Manhattan, NY. I was taking swimming for Physical Education, which took place at Hunter College, which is at 68th Street and Lexington Avenue. At that time, students were given subway passes that were technically only valid at their home station and at the High School's station. However, we were informed by school administration that we could use them at the Hunter College stop because we were attending a required school class. On one such

1                                                                                                                                                                                  **David B. Kuznick**

**Disclosure**

occasion, when using the pass at the Hunter College station after swimming class, I was stopped by police and given a citation for trespassing, I believe. I appeared in court in Manhattan a few months later on my court date (perhaps December, 1986 or 1987). I believe it was the New York Criminal Court at 100 Centre Street, NY, NY. At my arraignment, I explained my story to the judge. He told me that he would **dismiss** the charge, but that the school was wrong, and that I was not to use the pass like that again. I had stopped using the pass for swim class after the citation and never used it again like that.

    David B. Kuznick