IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | CIVIL ACTION 6:20-CV-00473-ADA <br> CIVIL ACTION 6:20-CV-00474-ADA <br> CIVIL ACTION 6:20-CV-00475-ADA <br> CIVIL ACTION 6:20-CV-00476-ADA |
| **Plaintiff,** | § § § § § § | CIVIL ACTION 6:20-CV-00477-ADA <br> CIVIL ACTION 6:20-CV-00478-ADA <br> CIVIL ACTION 6:20-CV-00479-ADA <br> CIVIL ACTION 6:20-CV-00480-ADA |
| **v.** | § § § § | CIVIL ACTION 6:20-CV-00481-ADA <br> CIVIL ACTION 6:20-CV-00482-ADA <br> CIVIL ACTION 6:20-CV-00485-ADA <br> CIVIL ACTION 6:20-CV-00486-ADA |
| **DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,** | § § § | **PATENT CASE** |
| **Defendants.** | § § | **JURY TRIAL DEMANDED** |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' motion to dismiss Plaintiff's claims for direct and indirect infringement for failure to state a claim, the Court finds the motion should be DENIED. Therefore, it his hereby ORDERED that Defendants' motion to dismiss for failure to state a claim is DENIED.

Date:

_____
Presiding Judge