## DECLARATION OF TRAVIS RICHINS

My name is Travis Richins. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I work with Etheridge Law Group.

1. Defendants filed declarations of Mark Nagle in support of four of their motions to transfer. For convenience, the four Nagle Declarations are combined as a single PDF and attached hereto as Exhibit 1.

2. Defendants filed declarations of Kellie Crantz in support of each of their motions to transfer. For convenience, twelve Crantz Declarations are combined as a single PDF and attached hereto as Exhibit 2. The Crantz Declarations attached hereto as Exhibit 2 contain highlights added by WSOU to aid the Court in identifying portions of the declarations referenced in WSOU's response.

3. Attached as Exhibit 3 is a true and correct copy of the declaration of Julia England filed in support of Dell's motion for instra-district transfer in Civil Action No. 6:19-cv-00129, *Data Scape Limited v. Dell Technologies Inc., Dell Inc., and EMC Corporation*, in the United States District Court of the Western District of Texas, Waco Division.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on November 18, 2020.

/s/ Travis Richins
Travis Richins