# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00473-ADA <br> CIVIL ACTION 6:20-CV-00474-ADA <br> CIVIL ACTION 6:20-CV-00475-ADA <br> CIVIL ACTION 6:20-CV-00476-ADA <br> CIVIL ACTION 6:20-CV-00477-ADA <br> CIVIL ACTION 6:20-CV-00478-ADA <br> CIVIL ACTION 6:20-CV-00479-ADA <br> CIVIL ACTION 6:20-CV-00480-ADA <br> CIVIL ACTION 6:20-CV-00481-ADA <br> CIVIL ACTION 6:20-CV-00482-ADA <br> CIVIL ACTION 6:20-CV-00485-ADA <br> CIVIL ACTION 6:20-CV-00486-ADA |
| Plaintiff, | | |
| v. | | |
| DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, | § § § § | PATENT CASE |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE

Having considered Defendants' Motion for Intra-District Transfer of Venue to the Austin Division of the Western District of Texas (the "motion"), the Court finds the motion should be DENIED. Therefore, it is hereby ORDERED that Defendants' motion is DENIED.

Date:

_____
Presiding Judge