

# EXHIBIT 21

## DECLARATION OF MATT HOGAN

1.　　My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.　　Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.　　WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.　　My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.　　After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



DocuSigned by:

Matt Hogan

ACC2338C4610499...

Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect. *See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.       My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.       Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.       WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.       My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.       After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.	My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.	Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.	WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.	My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.	After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA31-4C91-9BA1-D74106668B5B

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.


DocuSigned by:
Matt Hogan
ACC2338C4610499...

Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect. *See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA31-4C91-9BA1-D71D66668855

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA31-4C91-9DA1-D71066668B5B

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.  Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.  The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect. *See* https://members.startupwaco.com/.

DocuSign Envelope ID: 34127513-CA31-4C91-9BA1-D71406668B5B

# DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.  Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.  The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.	My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.	Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.	WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.	My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.	After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.  My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.  Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.  WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.  My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.  After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan .  WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students.  WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs.  The hiring of new staff has been delayed by COVID-19 but will resume soon.  Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests.  In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office.      WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students.

7.      The Waco office is WSOU's only office.  Its documents are there.  Its business is there.  Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents.  This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.    My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.    Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.    WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.    My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.    After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA31-4C91-9DB1-D741066698FB

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect. *See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.　　　My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.　　　Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.　　　WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.　　　My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.　　　After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.     Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.     The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.

DocuSigned by:

*Matt Hogan*

ACC2338C4610499...

Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA21-4C91-9DB1-D71D66668B5B

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect. *See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

DocuSign Envelope ID: 34127513-CA31-4C91-9DA1-D71DE668855D

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.        My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.        Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.        WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.        My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.        After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.          My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").  WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.          Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.          WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.          My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.          After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

# DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

DocuSign Envelope ID: 34127513-CA31-4C91-9DA1-D74496668B5B

## DECLARATION OF MATT HOGAN

1.       My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU").   WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents.  It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701.  WSOU maintains a website at https://www.brazoslicensing.com.  Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.       Before working with WSOU, I spent 7 years in traditional finance.  After Wall Street, I was founding CEO of a company that pioneered consumer data control.  I began discussions with WSOU in November 2019 and became an employee in January 2020.  My wife and her family are Baylor alumni and wanted to move to Waco.  In February 2020, my wife and I moved from New York to Waco.

3.       WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor.  WSOU specifically chose not to set up in Austin because it considered the market saturated.   WSOU considered me a good fit because of my family ties to the Waco community.

4.       My first responsibility with WSOU was to supervise the build out of WSOU's Waco office.  In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company.  WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts.  WSOU utilizes a local business to maintain its servers.

5.       After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.

## DECLARATION OF MATT HOGAN

1.      My name is Matt Hogan. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am the Managing Director of Business Development for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"). WSOU is a Waco-based company that leverages its proprietary technology and management experience to help investors and patent owners maximize the full potential of their patents. It has a principal place of business at 605 Austin Ave., Suite 6, Waco, Texas 76701. WSOU maintains a website at https://www.brazoslicensing.com. Not only does WSOU operate out of downtown Waco (WSOU's principal place of business), less than two blocks from the Waco Division Courthouse, WSOU has established deep roots within the Waco community

2.      Before working with WSOU, I spent 7 years in traditional finance. After Wall Street, I was founding CEO of a company that pioneered consumer data control. I began discussions with WSOU in November 2019 and became an employee in January 2020. My wife and her family are Baylor alumni and wanted to move to Waco. In February 2020, my wife and I moved from New York to Waco.

3.      WSOU chose Waco as its headquarters because it was attracted to what it sees as a burgeoning tech business in Waco, with Baylor acting as the anchor. WSOU specifically chose not to set up in Austin because it considered the market saturated. WSOU considered me a good fit because of my family ties to the Waco community.

4.      My first responsibility with WSOU was to supervise the build out of WSOU's Waco office. In establishing its Waco headquarters, WSOU has purchased services from several local Waco companies. This includes, for example, an approximately $80,000 renovation project by a Waco construction company. WSOU also established a banking relationship with a local bank, hired local vendors to help support its litigation efforts, and supported Baylor's COVID-19 relief efforts. WSOU utilizes a local business to maintain its servers.

5.      After supervising the build out of WSOU's office, I turned my efforts to the hiring

of local staff. WSOU has already engaged in hiring students from Baylor University to support its business plan . WSOU is also working with the Baylor Law IP clinic to offer a quarterly webinar series for Baylor law students. WSOU also has job postings in Waco LPA, Startup Waco, and Waco TXjobs. The hiring of new staff has been delayed by COVID-19 but will resume soon. Before COVID-19 delayed its efforts, WSOU was working to start a local tech meetup in Waco. With Startup Waco[1] recently re-opening on a limited basis, WSOU has already resumed its collaborative efforts in the community.

6.      Since WSOU opened its office in Waco, I have been engaged with private equity firms, investment bankers, and hedge fund managers to find additional opportunities and increase WSOU's portfolio. I have also held several meetings with business and inventors to develop a plan to monetize their intellectual property and protect their interests. In furtherance of the business plan WSOU developed in 2019 and began executing in Waco in January 2020, WSOU has had ongoing email correspondence with Waco Ventures, a group that manages outside-facing dealings for the Baylor Transfer Technology Office. *Id.* WSOU has job postings in Waco LPA, Startup Waco, and Waco TXjobs, and is in the search process to hire several Baylor students. *Id.*

7.      The Waco office is WSOU's only office. Its documents are there. Its business is there. Visiting WSOU employees have full access to WSOU's Waco facility, its high-speed internet connection, network printers and scanners, and documents. This makes Waco more convenient for WSOU's witnesses than Austin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on October 16, 2020.



DocuSigned by:

Matt Hogan

ACC2338C4610499...

Matt Hogan

---

[1] Startup Waco is in downtown Waco and is a place for designers, developers, entrepreneurs, and others interested in the Waco startup community to connect.
*See* https://members.startupwaco.com/.