# EXHIBIT 23

CLOSED,PATENT/TRADEMARK

U.S. District Court [LIVE]
Western District of Texas (Austin)
CIVIL DOCKET FOR CASE #: 1:19-cv-00605-ADA

Data Scape Limited v. Dell Technologies, Inc. et al  
Assigned to: Judge Alan D Albright  
Related Case: 6:19-cv-00129-ADA  
Cause: 35:271 Patent Infringement  

Date Filed: 02/13/2019  
Date Terminated: 06/26/2019  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Data Scape Limited**     represented by     **C. Jay Chung**  
Russ August & Kabat  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, CA 90025  
310-826-7474  
Fax: 310-826-6991  
Email: jchung@raklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paul A. Kroeger**  
Russ August & Kabat  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, CA 90025  
(310) 826-7474  
Fax: (310) 826-6991  
Email: pkroeger@raklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**  
Russ August & Kabat  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, CA 90025  
310-826-07474  
Fax: 310-826-6991  
Email: pwang@raklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**  
Russ August & Kabat  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, CA 90025  
310-826-7474  
Fax: 310-826-6991  
Email: rmirzaie@raklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**  
Russ August & Kabat

        12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: bledahl@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jose E. de la Fuente**
Lloyd Gosselink Rochelle & Townsend, PC
816 Congress Ave., Suite 1900
Austin, TX 78701
(512)322-5800
Fax: 512/472-0532
Email: jdelafuente@lglawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dell Technologies, Inc.**                    represented by    **Cynthia D. Vreeland**
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
617-526-6148
Fax: 617-526-5000
Email: cynthia.vreeland@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Eric Ross Cohen**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6886
Fax: 202-663-6363
Email: ross.cohen@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Peter M. Dichiara**

        Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
617-526-6466
Fax: 617-526-5000
Email: peter.dichiara@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Shirley X.Li Cantin**
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
617-526-6404
Fax: 617-526-5000
Email: shirley.cantin@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dell Inc.** | represented by | **Cynthia D. Vreeland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Eric Ross Cohen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter M. Dichiara**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Shirley X.Li Cantin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **EMC Corporation** | represented by | **Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Shirley X.Li Cantin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **EMC Corporation** | represented by | **Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

| | | |
|---|---|---|
| **Dell Inc.** | represented by | **Cynthia D. Vreeland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Eric Ross Cohen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter M. Dichiara**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shirley X.Li Cantin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter Plaintiff** |  |  |
| **Dell Technologies, Inc.** | represented by | **Cynthia D. Vreeland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Deron R Dacus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Eric Ross Cohen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter M. Dichiara**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shirley X.Li Cantin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Data Scape Limited** | represented by | **C. Jay Chung**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Paul A. Kroeger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Philip X. Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Reza Mirzaie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jose E. de la Fuente**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2019 | 1 | COMPLAINT (Filing fee $ 400 receipt number 0542-11760692), filed by Data Scape Limited. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Civil Cover Sheet)(de la Fuente, Jose) (Entered: 02/13/2019) |
| 02/13/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Data Scape Limited. (de la Fuente, Jose) Modified on 2/13/2019 (lad). Modified on 2/13/2019 (jgb). (Entered: 02/13/2019) |
| 02/13/2019 | 3 | NOTICE *Patent Report AO 120 form* by Data Scape Limited (de la Fuente, Jose) (Entered: 02/13/2019) |
| 02/13/2019 | 4 | RULE 7 DISCLOSURE STATEMENT filed by Data Scape Limited. (de la Fuente, Jose) (Entered: 02/13/2019) |
| 02/13/2019 | | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 02/13/2019) |
| 02/13/2019 | 5 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office. (tb) (Entered: 02/14/2019) |
| 02/13/2019 | 6 | Pro Hac Vice Letter to Marc A. Fenster, Reza Mirzaie, Brian D. Ledahl, Paul A. Kroeger, C. Jay Chung and Philip X. Wang. (tb) (Entered: 02/14/2019) |
| 02/13/2019 | 7 | Summons Issued as to Dell Inc. (tb) (Entered: 02/14/2019) |
| 02/14/2019 | 8 | Summons Issued as to Dell Technologies, Inc. (tb) (Entered: 02/14/2019) |
| 02/14/2019 | 9 | Summons Issued as to EMC Corporation. (tb) (Entered: 02/14/2019) |
| 02/14/2019 | 10 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11766465) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/14/2019) |
| 02/14/2019 | 11 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11766509) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/14/2019) |
| 02/14/2019 | 12 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11766526) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/14/2019) |

| | | |
|---|---|---|
| 02/14/2019 | 13 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11766550) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/14/2019) |
| 02/15/2019 | 14 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice for Attorney C. Jay Chung for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 02/15/2019) |
| 02/15/2019 | 15 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Paul A. Kroeger for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 02/15/2019) |
| 02/15/2019 | 16 | ORDER GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Reza Mirzaie for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 02/15/2019) |
| 02/15/2019 | 17 | ORDER GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Philip X. Wang for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 02/15/2019) |
| 02/15/2019 | 18 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11772696) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/15/2019) |
| 02/19/2019 | 19 | ORDER GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Brian D. Ledahl for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 02/19/2019) |
| 02/20/2019 | 20 | SUMMONS Returned Executed by Data Scape Limited. EMC Corporation served on 2/14/2019, answer due 3/7/2019. (de la Fuente, Jose) (Entered: 02/20/2019) |
| 02/20/2019 | 21 | MOTION to Appear Pro Hac Vice by Jose E. de la Fuente ( Filing fee $ 100 receipt number 0542-11783103) by on behalf of Data Scape Limited. (Attachments: # 1 Proposed Order)(de la Fuente, Jose) (Entered: 02/20/2019) |
| 02/20/2019 | 22 | ORDER GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Marc A. Fenster for Data Scape Limited. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (tb) (Entered: 02/20/2019) |
| 02/27/2019 | 23 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Dell Inc., Dell Technologies, Inc., EMC Corporation. Attorney Deron R Dacus added to party Dell Inc.(pty:dft), Attorney Deron R Dacus added to party Dell Technologies, Inc.(pty:dft), Attorney Deron R Dacus added to party EMC Corporation(pty:dft) (Dacus, Deron) (Entered: 02/27/2019) |
| 02/27/2019 | 24 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 02/27/2019) |
| 02/27/2019 | | Text Order GRANTING 24 Motion for Extension of Time to Answer entered by Judge Alan D |

| | | |
|---|---|---|
| | | Albright. Defendants' deadline to file a response to the Complaint is extended to and including April 22, 2019. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jw) (Entered: 02/27/2019) |
| 02/27/2019 | | Reset Deadlines: Dell Inc., Dell Technologies, Inc. and EMC Corporation answer due 4/22/2019. (lad) (Entered: 02/27/2019) |
| 03/01/2019 | 25 | MOTION to Appear Pro Hac Vice by Deron R Dacus *on behalf of Eric Ross Cohen* ( Filing fee $ 100 receipt number 0542-11829200) by on behalf of Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 03/01/2019) |
| 03/01/2019 | 26 | MOTION to Appear Pro Hac Vice by Deron R Dacus *on behalf of Peter M. Dichiara* ( Filing fee $ 100 receipt number 0542-11829267) by on behalf of Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 03/01/2019) |
| 03/01/2019 | 27 | MOTION to Appear Pro Hac Vice by Deron R Dacus *on behalf of Shirley X. Li Cantin* ( Filing fee $ 100 receipt number 0542-11829287) by on behalf of Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 03/01/2019) |
| 03/01/2019 | 28 | MOTION to Appear Pro Hac Vice by Deron R Dacus *on behalf of Cynthia D. Veeland* ( Filing fee $ 100 receipt number 0542-11829303) by on behalf of Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 03/01/2019) |
| 03/04/2019 | 29 | ORDER GRANTING 27 Motion to Appear Pro Hac Vice for Attorney Shirley X. Li Cantin for Dell Inc. and Dell Technologies, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 03/04/2019) |
| 03/04/2019 | 30 | ORDER GRANTING 28 Motion to Appear Pro Hac Vice for Attorney Cynthia D. Veeland for Dell Inc. and Dell Technologies, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 03/04/2019) |
| 03/04/2019 | 31 | ORDER GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Peter M. Dichiara for Dell Inc. and Dell Technologies, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 03/04/2019) |
| 03/04/2019 | 32 | ORDER GRANTING 25 Motion to Appear Pro Hac Vice for Attorney Eric Ross Cohen for Dell Inc. and Dell Technologies, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Alan D Albright. (lad) (Entered: 03/04/2019) |
| 03/05/2019 | 33 | SUMMONS Returned Executed by Data Scape Limited. Dell Technologies, Inc. served on 2/15/2019, answer due 4/22/2019. (de la Fuente, Jose) (Entered: 03/05/2019) |
| 03/05/2019 | 34 | SUMMONS Returned Executed by Data Scape Limited. Dell Inc. served on 2/15/2019, answer due 4/22/2019. (de la Fuente, Jose) (Entered: 03/05/2019) |
| 04/22/2019 | 35 | ANSWER to 1 Complaint with Jury Demand , COUNTERCLAIM against Data Scape Limited by EMC Corporation, Dell Inc., Dell Technologies, Inc..(Dacus, Deron) (Entered: 04/22/2019) |
| 05/01/2019 | 36 | Opposed MOTION to Transfer Case *Intra-District to the Austin Division* by Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # 1 Declaration, # 2 Proposed Order)(Dacus, Deron) (Entered: 05/01/2019) |
| 05/08/2019 | 37 | Response in Opposition to Motion, filed by Data Scape Limited, re 36 Opposed MOTION to Transfer Case *Intra-District to the Austin Division* filed by EMC Corporation, Dell |

| | | |
|---|---|---|
| | | Technologies, Inc., Dell Inc. (Attachments: # [1](#) Affidavit of Paul A Kroeger, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Proposed Order)(Kroeger, Paul) (Entered: 05/08/2019) |
| 05/13/2019 | [38](#) | MOTION to Dismiss *Inequitable Conduct Counterclaim and Strike Inequitable Conduct Affirmative Defense* by Data Scape Limited. (Attachments: # [1](#) Affidavit of Paul A Kroeger, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Proposed Order)(Kroeger, Paul) (Entered: 05/13/2019) |
| 05/13/2019 | [39](#) | RESPONSE to [35](#) Answer to Complaint, Counterclaim by Data Scape Limited. (Kroeger, Paul) (Entered: 05/13/2019) |
| 05/15/2019 | [40](#) | REPLY to Response to Motion, filed by Dell Inc., Dell Technologies, Inc., EMC Corporation, re [36](#) Opposed MOTION to Transfer Case *Intra-District to the Austin Division* filed by EMC Corporation, Dell Technologies, Inc., Dell Inc. (Cantin, Shirley) (Entered: 05/15/2019) |
| 05/16/2019 | [41](#) | Unopposed MOTION for Extension of Time to File Response/Reply as to [38](#) MOTION to Dismiss *Inequitable Conduct Counterclaim and Strike Inequitable Conduct Affirmative Defense* by Dell Inc., Dell Technologies, Inc., EMC Corporation. (Attachments: # [1](#) Proposed Order)(Dacus, Deron) (Entered: 05/16/2019) |
| 05/16/2019 | | Text Order GRANTING [41](#) Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. The instant Motion is GRANTED. The deadline for Defendants to file a Response to Plaintiff's Motion to Dismiss Inequitable Conduct Counterclaim and Strike Inequitable Conduct Affirmative Defenses (Dkt. 38) is extended to and including May 28, 2019. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jw) (Entered: 05/16/2019) |
| 05/24/2019 | [42](#) | Memorandum in Opposition to Motion, filed by Dell Inc., Dell Technologies, Inc., EMC Corporation, re [38](#) MOTION to Dismiss *Inequitable Conduct Counterclaim and Strike Inequitable Conduct Affirmative Defense* filed by Data Scape Limited (Cantin, Shirley) (Entered: 05/24/2019) |
| 05/31/2019 | [43](#) | REPLY to Response to Motion, filed by Data Scape Limited, re [38](#) MOTION to Dismiss *Inequitable Conduct Counterclaim and Strike Inequitable Conduct Affirmative Defense* filed by Data Scape Limited (Kroeger, Paul) (Entered: 05/31/2019) |
| 06/07/2019 | [44](#) | ORDER GRANTING [36](#) Motion for INTRA-DISTRICT TRANSFER OF VENUE. Signed by Judge Alan D Albright. (lad) Modified on 6/11/2019 (lad). (Entered: 06/10/2019) |
| 06/11/2019 | | Case assigned to Judge Alan D. Albright CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cj) (Entered: 06/13/2019) |
| 06/11/2019 | | DEMAND for Trial by Jury by Data Scape Limited, Dell Inc., Dell Technologies, Inc., EMC Corporation. (cj) (Entered: 06/13/2019) |
| 06/13/2019 | [45](#) | Report on Patent sent to U.S. Patent and Trademark Office, along with a copy of the Transfer Order. (cj) (Entered: 06/13/2019) |
| 06/13/2019 | [46](#) | Corrected - Case Transfer and Opening Letter sent to all counsel of record. (cj) (Main Document 46 replaced on 6/13/2019) (cj). Modified on with correct Judge Initials and Case Style 6/13/2019 (cj). (Entered: 06/13/2019) |
| 06/17/2019 | [47](#) | ORDER DENYING [38](#) Motion to Dismiss. Signed by Judge Alan D Albright. (dm) (Entered: 06/17/2019) |
| 06/19/2019 | [48](#) | Joint MOTION to Dismiss *without Prejudice* by Data Scape Limited. (Attachments: # [1](#) Proposed Order)(Kroeger, Paul) (Entered: 06/19/2019) |
| 06/26/2019 | [49](#) | ORDER GRANTING [48](#) Motion to Dismiss Signed by Judge Alan D Albright. (afd) (Entered: 06/26/2019) |
| | | |

| 06/26/2019 | [50](#) | Report on Patent/Trademark sent to U.S. Patent and Trademark Office with copy of Order. (afd) (Entered: 06/26/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/22/2020 12:16:24 | | | |
| **PACER Login:** | Gibson01:2553425:4036719 | **Client Code:** | 26224-00031 |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-00605-ADA |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |