# EXHIBIT 26

# United States District Court
## Western District of Texas

# FISCAL YEAR STATISTICS 2019



**Honorable Orlando L. Garcia**
**Chief United States District Judge**



# Fiscal Year 2019

# District Court Statistics

## Part I: Reports by Division

**Total Case Filings – Pie Chart** ............................................................................................... 1
**Civil Cases Filed – Pie Chart** .................................................................................................. 2
**Criminal Cases Filed – Pie Chart** ........................................................................................... 3
**Criminal Defendants Filed – Pie Chart** ................................................................................. 4
**Total Case Filings – 10 Year Report** ..................................................................................... 5
**Civil Cases Filed – 10 Year Report** ....................................................................................... 6
**Criminal Cases Filed – 10 Year Report** ................................................................................ 7
**Criminal Defendants Filed – 10 Year Report** ...................................................................... 8

Published by:   Operations Department        Date: 10/18/2019

## TOTAL CASE FILINGS
### FISCAL YEAR 2019

|  | CIVIL | CRIMINAL | TOTAL |
|---|---|---|---|
| Austin | 1,213 | 209 | 1,422 |
| Del Rio | 63 | 3,071 | 3,134 |
| El Paso | 360 | 3,823 | 4,183 |
| Midland | 291 | 256 | 547 |
| Pecos | 57 | 913 | 970 |
| San Antonio | 1,505 | 590 | 2,095 |
| Waco | 631 | 278 | 909 |
| TOTAL | 4,120 | 9,140 | 13,260 |



TOTAL CASE FILINGS

- Austin
- Midland
- San Antonio
- Del Rio
- Pecos
- Waco
- El Paso

4.1 %, 7.3 %, 15.8 %, 6.9 %, 10.7 %, 23.6 %, 31.5 %

# CIVIL CASES FILED
## FISCAL YEAR 2019

| | |
|---|---|
| Austin | 1,213 |
| Del Rio | 63 |
| El Paso | 360 |
| Midland | 291 |
| Pecos | 57 |
| San Antonio | 1,505 |
| Waco | 631 |
| TOTAL | 4,120 |



CIVIL CASES FILED

## CRIMINAL CASES FILED
### FISCAL YEAR 2019

| | |
|---|---|
| Austin | 209 |
| Del Rio | 3,071 |
| El Paso | 3,823 |
| Midland | 256 |
| Pecos | 913 |
| San Antonio | 590 |
| Waco | 278 |
| TOTAL | 9,140 |



# CRIMINAL DEFENDANTS FILED
## FISCAL YEAR 2019

| | |
|---|---|
| **Austin** | 326 |
| **Del Rio** | 3,233 |
| **El Paso** | 4,044 |
| **Midland** | 325 |
| **Pecos** | 1,089 |
| **San Antonio** | 753 |
| **Waco** | 331 |
| **TOTAL** | 10,101 |



## TOTAL CASE FILINGS
### TEN YEAR REPORT - FISCAL YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 1,671 | 1,721 | 1,541 | 1,583 | 1,423 | 1,374 | 1,718 | 1,493 | 1,427 | 1,422 |
| Del Rio | 1,806 | 2,014 | 1,940 | 1,593 | 1,617 | 1,588 | 1,741 | 1,491 | 2,420 | 3,134 |
| El Paso | 3,640 | 3,390 | 3,333 | 2,981 | 2,780 | 2,511 | 2,609 | 2,736 | 3,835 | 4,183 |
| Midland | 464 | 504 | 463 | 430 | 397 | 434 | 684 | 499 | 505 | 548 |
| Pecos | 514 | 503 | 608 | 538 | 629 | 520 | 590 | 466 | 802 | 970 |
| San Antonio | 1,790 | 1,703 | 2,004 | 1,865 | 1,730 | 1,710 | 1,786 | 1,960 | 1,979 | 2,095 |
| Waco | 610 | 570 | 540 | 614 | 669 | 564 | 645 | 563 | 637 | 909 |
| Total | 10,495 | 10,405 | 10,429 | 9,604 | 9,245 | 8,701 | 9,773 | 9,208 | 11,605 | 13,261 |
| +/- | | -90 | 24 | -825 | -359 | -544 | 1,072 | -565 | 2,397 | 1,656 |
| % Change | | -1% | 0% | -8% | -4% | -6% | 12% | -6% | 26% | 14% |



TOTAL CASE FILINGS

# CIVIL CASES FILED
## TEN YEAR REPORT - FISCAL YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Austin** | 914 | 1,080 | 1,072 | 1,090 | 1,093 | 1,075 | 1,445 | 1,118 | 1,050 | 1,213 |
| **Del Rio** | 78 | 53 | 67 | 80 | 81 | 132 | 168 | 87 | 73 | 63 |
| **El Paso** | 446 | 483 | 516 | 403 | 457 | 378 | 527 | 378 | 341 | 360 |
| **Midland** | 147 | 138 | 118 | 126 | 124 | 192 | 427 | 263 | 255 | 292 |
| **Pecos** | 100 | 122 | 145 | 86 | 90 | 72 | 91 | 60 | 54 | 57 |
| **San Antonio** | 986 | 999 | 1,169 | 1,132 | 1,092 | 1,109 | 1,262 | 1,294 | 1,326 | 1,505 |
| **Waco** | 333 | 330 | 298 | 388 | 479 | 372 | 482 | 355 | 371 | 631 |
| **Total** | 3,004 | 3,205 | 3,385 | 3,305 | 3,416 | 3,330 | 4,402 | 3,555 | 3,470 | 4,121 |
| **+/-** | | 201 | 180 | -80 | 111 | -86 | 1,072 | -847 | -85 | 651 |
| **% Change** | | 7% | 6% | -2% | 3% | -3% | 32% | -19% | -2% | 19% |



CIVIL CASES FILED

# CRIMINAL CASES FILED
## TEN YEAR REPORT - FISCAL YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Austin** | 757 | 641 | 469 | 493 | 330 | 299 | 273 | 375 | 377 | 209 |
| **Del Rio** | 1,728 | 1,961 | 1,873 | 1,513 | 1,536 | 1,456 | 1,573 | 1,404 | 2,347 | 3,071 |
| **El Paso** | 3,194 | 2,907 | 2,817 | 2,578 | 2,323 | 2,133 | 2,082 | 2,358 | 3,494 | 3,823 |
| **Midland** | 317 | 366 | 345 | 304 | 273 | 242 | 257 | 236 | 250 | 256 |
| **Pecos** | 414 | 381 | 463 | 452 | 539 | 448 | 499 | 406 | 748 | 913 |
| **San Antonio** | 804 | 704 | 835 | 733 | 638 | 601 | 524 | 666 | 653 | 590 |
| **Waco** | 277 | 240 | 242 | 226 | 190 | 192 | 163 | 208 | 266 | 278 |
| **Total** | 7,491 | 7,200 | 7,044 | 6,299 | 5,829 | 5,371 | 5,371 | 5,653 | 8,135 | 9,140 |
| **+/-** | | -291 | -156 | -745 | -470 | -458 | 0 | 282 | 2,482 | 1,005 |
| **% Change** | | -4% | -2% | -11% | -7% | -8% | 0% | 5% | 44% | 12% |



CRIMINAL CASES FILED

# CRIMINAL DEFENDANTS FILED
## TEN YEAR REPORT - FISCAL YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 873 | 806 | 592 | 644 | 384 | 405 | 341 | 449 | 485 | 326 |
| Del Rio | 2,067 | 2,229 | 2,096 | 1,597 | 1,656 | 1,615 | 1,743 | 1,518 | 2,455 | 3,233 |
| El Paso | 3,523 | 3,206 | 3,035 | 2,834 | 2,526 | 2,390 | 2,337 | 2,543 | 3,741 | 4,044 |
| Midland | 480 | 544 | 504 | 413 | 399 | 351 | 400 | 295 | 330 | 325 |
| Pecos | 642 | 585 | 722 | 595 | 654 | 612 | 702 | 606 | 920 | 1,089 |
| San Antonio | 1,035 | 882 | 1,074 | 983 | 808 | 794 | 690 | 945 | 810 | 753 |
| Waco | 365 | 326 | 288 | 285 | 260 | 224 | 219 | 244 | 351 | 331 |
| Total | 8,985 | 8,578 | 8,311 | 7,351 | 6,687 | 6,391 | 6,432 | 6,600 | 9,092 | 10,101 |
| +/- | | -407 | -267 | -960 | -664 | -296 | 41 | 168 | 2,492 | 1,009 |
| % Change | | -5% | -3% | -12% | -9% | -4% | 1% | 3% | 38% | 11% |



CRIMINAL DEFENDANTS FILED