UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00473-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION | § | |

### ORDER RESETTING TELEPHONIC DISCOVERY HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on December 10, 2020 at 10:00 AM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **4th day of December, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE