# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6 :20-cv-00473-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6 :20-cv-00474-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6 :20-cv-00475-ADA** |
| | § | **CIVIL ACTION 6 :20-cv-00476-ADA** |
| | § | **CIVIL ACTION 6 :20-cv-00477-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00478-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00479-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00480-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00481-ADA** |
| **DELL TECHNOLOGIES INC.,** | § | **CIVIL ACTION 6:20-cv-00482-ADA** |
| **DELL INC., AND EMC** | § | **CIVIL ACTION 6:20-cv-00485-ADA** |
| **CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00486-ADA** |
| *Defendants.* | § | |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim terms for construction on Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation via electronic mail on January 6, 2021.

Date:  January 6, 2021                                    Respectfully submitted,

                                                          By:  */s/ Mark D. Siegmund*_____
                                                          Mark D. Siegmund
                                                          State Bar No. 24117055
                                                          mark@waltfairpllc.com
                                                          **Law Firm of Walt, Fair PLLC.**
                                                          1508 North Valley Mills Drive
                                                          Waco, Texas 76710
                                                          Telephone: (254) 772-6400
                                                          Facsimile: (254) 772-6432

                                                          *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered

electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record,

on this the 6th day of January 2021.

                                                          /s/ *Mark D. Siegmund*_____
                                                          Mark D. Siegmund