# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00473-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING BY ZOOM** on **Tuesday, January 19, 2021 at 01:30 PM**. The link for this hearing will be sent by e-mail.

IT IS SO ORDERED this 14th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE