IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00473-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00474-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00475-ADA |
| | § | CIVIL ACTION 6:20-cv-00476-ADA |
| | § | CIVIL ACTION 6:20-cv-00477-ADA |
| | § | CIVIL ACTION 6:20-cv-00478-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00479-ADA |
| | § | CIVIL ACTION 6:20-cv-00480-ADA |
| | § | CIVIL ACTION 6:20-cv-00481-ADA |
| DELL TECHNOLOGIES INC., | § | CIVIL ACTION 6:20-cv-00482-ADA |
| DELL INC., AND EMC | § | CIVIL ACTION 6:20-cv-00485-ADA |
| CORPORATION, | § | CIVIL ACTION 6:20-cv-00486-ADA |
| *Defendants.* | § | |

**WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF PROPOSED CLAIM CONSTRUCTIONS**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim constructions on Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation via electronic mail on January 20, 2021.

Date:  January 21, 2021                           Respectfully submitted,

                                                      By:  */s/ Mark D. Siegmund*_____
                                                      Mark D. Siegmund
                                                      State Bar No. 24117055
                                                      mark@waltfairpllc.com
                                                      **Law Firm of Walt, Fair PLLC.**
                                                      1508 North Valley Mills Drive
                                                      Waco, Texas 76710
                                                      Telephone: (254) 772-6400
                                                      Facsimile: (254) 772-6432

                                                      *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

     A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 21st day of January 2021.

                                                      /s/ *Mark D. Siegmund*
                                                      Mark D. Siegmund