# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00473-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00474-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00475-ADA |
| | § | CIVIL ACTION 6:20-cv-00476-ADA |
| | § | CIVIL ACTION 6:20-cv-00477-ADA |
| | § | CIVIL ACTION 6:20-cv-00478-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00479-ADA |
| | § | CIVIL ACTION 6:20-cv-00480-ADA |
| | § | CIVIL ACTION 6:20-cv-00481-ADA |
| DELL TECHNOLOGIES INC., | § | CIVIL ACTION 6:20-cv-00482-ADA |
| DELL INC., AND EMC | § | CIVIL ACTION 6:20-cv-00485-ADA |
| CORPORATION, | § | CIVIL ACTION 6:20-cv-00486-ADA |
| *Defendants.* | § | |

## WSOU'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF EXTRINSIC EVIDENCE

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has disclosed its extrinsic evidence for use in claim construction on Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation via electronic mail on January 27, 2021.

Date:  January 28, 2021	Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 28th day of January 2021.

/s/ *Mark D. Siegmund*
Mark D. Siegmund