# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br><br>    Defendants. | Case No. 6:20-cv-00473-ADA |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY BRIAN BARNES

Defendants hereby move for Brian Barnes, formerly of Gibson, Dunn & Crutcher LLP, to be permitted to withdraw as counsel for Defendants in this case. The withdrawal of Brian Barnes will not delay this proceeding and will not prejudice any party. Defendants are represented by Gibson, Dunn & Crutcher LLP and Shelton Coburn LLP. None of the parties in this proceeding oppose the motion.

Defendants respectfully request that the Court grant this Motion and enter an order permitting Brian Barnes to withdraw from this action as counsel for Defendants. Defendants further request that the Court and all parties remove Brian Barnes from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated:  February 5, 2021						Respectfully submitted,

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
bshelton@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone:  512.263.2165
Facsimile:  512.263.2166

Benjamin Hershkowitz
bhershkowitz@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
Kyanna Sabanoglu
ksabanoglu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Y. Ernest Hsin
ehsin@gibsondunn.com
Jaysen S. Chung
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Ryan K. Iwahashi
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify pursuant to Local Rule CV-7(i) that I conferred on February 5, 2021 with counsel for all parties regarding this motion and that no party indicated that it opposes this motion.

*/s/ Barry K. Shelton*
Barry K. Shelton

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served *via* the Court's CM/ECF system on February 5, 2021 on all counsel of record per Local Rule CV-5(b)(1) or, otherwise, as required by local and federal rules.

*/s/ Barry K. Shelton*
Barry K. Shelton