IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br><br>    Defendants. | Case No. 6:20-cv-00473-ADA |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL OF ATTORNEY BRIAN BARNES

Pending before the Court is Defendants' Motion for Withdrawal of Attorney Brian Barnes ("Defendants' Motion"). This Court having considered Defendants' Motion and noting it is unopposed, IT IS HEREBY ORDERED that Defendants' Motion be GRANTED.

It is therefore ORDERED that Brian Barnes is permitted to withdraw as counsel of record for Defendants in this case. ECF notifications to Brian Barnes are to be terminated in this case.

SIGNED this _____ day of _____, 2021

                    HONORABLE ALAN D ALBRIGHT
                    UNITED STATES DISTRICT JUDGE