**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00473-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF DEFENDANTS'
NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF
OPPOSED MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE
<u>TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS</u>**

I, Brian A. Rosenthal, declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2. Attached hereto as **Exhibit 28** is a true and correct copy of WSOU Investments, LLC d/b/a Brazos Licensing and Development's Opposition Brief to Xilinx, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, which was filed as Docket Number 23 in Case No. 1:20-cv-01228-CFC (D. Del.), on January 20, 2021.

3. Attached hereto as **Exhibit 29** is a true and correct copy of the Declaration of Stuart A. Shanus in Support of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Opposition to Xilinx, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, which was filed as Docket Number 24 in Case No. 1:20-cv-01228-CFC (D. Del.), on January 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2021

                                              */s/ Brian A. Rosenthal*
                                              Brian A. Rosenthal