IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00473-ADA<br>CIVIL ACTION 6:20-CV-00474-ADA<br>CIVIL ACTION 6:20-CV-00475-ADA<br>CIVIL ACTION 6:20-CV-00476-ADA |
| Plaintiff, | § § | CIVIL ACTION 6:20-CV-00477-ADA<br>CIVIL ACTION 6:20-CV-00478-ADA |
| v. | § § | CIVIL ACTION 6:20-CV-00479-ADA<br>CIVIL ACTION 6:20-CV-00480-ADA |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC., | § § § § | CIVIL ACTION 6:20-CV-00481-ADA<br>CIVIL ACTION 6:20-CV-00482-ADA<br>CIVIL ACTION 6:20-CV-00485-ADA<br>CIVIL ACTION 6:20-CV-00486-ADA |
| Defendants. | § § § § § | PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Plaintiff WSOU Investments, LLC d/b/a Brazos License and Development ( "Plaintiff") hereby notifies the Court that Defendants have complied with the Court's February 5, 2021 to limit the claim terms in above cases to the thirty-six (36) for the four grpus of patents. Those terms are identified in Exhibit A.

The parties also have agreed to maintain the overall OGP 3.2 limits for the four groups of patents, but shift the terms and pages as follows:

| Group | Terms | Opening/Response | Reply/Sur-reply |
|---|---|---|---|
| Group 1 (4 patents) '133 Patent, '800 Patent, '309 Patent, and '360 Patent | 15 | 36 | 19 |
| Group 2 (2 patents) '144 Patent and '921 Patent | 4 | 13 | 6 |
| Group 3 (2 patents) '489 Patent and '020 Patent | 4 | 13 | 5 |

1

| Group | Terms | Opening/Response | Reply/Sur-reply |
|---|---|---|---|
| Group 4 (4 patents) '435 Patent, '536 Patent, '888 Patent, and '129 Patent | 13 | 38 | 20 |

Dated: February 12, 2021

                                        Respectfully submitted,

By:    */s/ Ryan S. Loveless*
       James L. Etheridge
       Texas Bar No. 24059147
       Ryan S. Loveless
       Texas Bar No. 24036997
       Brett A. Mangrum
       Texas Bar No. 24065671
       Travis L. Richins
       Texas Bar No. 24061296
       Jeff Huang
       Etheridge Law Group, PLLC
       2600 E. Southlake Blvd., Suite 120 / 324
       Southlake, TX 76092
       Tel.: (817) 470-7249
       Fax: (817) 887-5950
       Jim@EtheridgeLaw.com
       Ryan@EtheridgeLaw.com
       Brett@EtheridgeLaw.com
       Travis@EtheridgeLaw.com
       Jeff@EtheridgeLaw.com

       Mark D. Siegmund
       State Bar No. 24117055
       mark@waltfairpllc.com
       Law Firm of Walt, Fair PLLC.
       1508 North Valley Mills Drive
       Waco, Texas 76710
       Telephone: (254) 772-6400
       Facsimile: (254) 772-6432

       *Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this the 12th day of February, 2021.

*/s/ Ryan S. Loveless*
Ryan S. Loveless