FILED

March 03, 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____Akeita Michael_____
                                    DEPUTY



**MINISTÈRE
DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVE
ET DE L'ENTRAIDE CIVILE

**Direction des affaires civiles
et du sceau**

Paris, le 18 février 2021,

**Reference:**
**52OP2021**
✉ e n t r a i d e - c i v i l e -
internationale@justice.gouv.fr
Tél. : 00331 44 77 61 05

The United States District Court for the
Western District of Texas, Waco Division
800 Franklin Avenue Room 301
Waco Texas 76701
U.S.A

For the Honorable Judge, Alan D. Albright,

**SUBJECT :**   Acceptation of a taking of evidence request pursuant the Hague Convention
of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial
Matters

**CASE :**   BRAZOS LICENSING AND DEVELOPMENT . c/ DELL TECHNOLOGIES INC, DELL
INC, AND EMC CORPORATION

**Y/REF :**   6:20-cv-00473-ADA

Your Honor,

The French Ministry of Justice has the honor to acknowledge receipt, on February 17th, 2021, of the
taking of evidence request in civil and commercial matters, issued by the United States District
Court for The Western District of Texas Waco Division on November 9 th, 2020, regarding the
hearing of a representative of Alcatel-Lucent International company and the production of
documents requested in the letter rogatory

I inform you that this request has been authorized and forwarded this day for execution to the
public prosecutor at the First Instance Court of Evry.

Yours sincerely,

Elodie MACIEJEWSKI

MINISTÈRE
DE LA JUSTICE

iberté
égalité
raternité

PAR AVION

The United States District Court
for the Western District of Texas, Waco Division
800 Franklin Avenue Room 301
Waco Texas 76701
U.S.A