# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00473-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION | § | |

## ORDER CANCELLING MARKMAN HEARING - DAY 2

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING - DAY 2** on **Friday, April 30, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 21st day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE