# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br>DELL INC., and EMC CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 6:20-cv-473-ADA |

## UNOPPOSED MOTION TO WITHDRAW LETTERS ROGATORY

Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation ("Defendants") file this Unopposed Motion to Withdraw Letters Rogatory and respectfully show the following:

Defendants filed a Motion for Issuance of Letters Rogatory on November 6, 2020 (Dkt. 43). Pursuant to an agreement between Defendants and Nokia of America, Defendants request that the Court withdraw the Letters Rogatory issued by the Court to the Central Authority in France for discovery from Alcatel-Lucent International (Dkt. 55) and Karine Berthier (Dkt. 55-1). The Court retains jurisdiction over the withdrawn Letters Rogatory in the event that disputes arise regarding the discovery sought therein. Counsel for Defendants conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendants respectfully request that the Court grant this motion and enter an order withdrawing the Letters Rogatory.

Respectfully submitted,

Dated: May 4, 2021					By:   /s/ *Barry K. Shelton*
							Barry K. Shelton
							Texas State Bar No. 24055029
							**SHELTON COBURN LLP**
							311 RR 620, Suite 205
							Austin, TX 78734-4775
							bshelton@sheltoncoburn.com
							(512) 263-2165 (Telephone)
							(512) 263-2166 (Facsimile)

							ATTORNEYS FOR DEFENDANTS
							DELL TECHNOLOGIES INC., DELL
							INC., and EMC CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ *Barry K. Shelton*
Barry K. Shelton
