# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., DELL INC., and EMC CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 6:20-cv-473-ADA |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO WITHDRAW LETTERS ROGATORY

This Court, having considered Defendants' Unopposed Motion to Withdraw Letters Rogatory (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

The Letters Rogatory previously issued by the Court to Alcatel-Lucent International (Dkt. 55) and Karine Berthier (Dkt. 55-1) are hereby WITHDRAWN. The Clerk of Court is directed to affix the Court's seal to this Order and provide it to Defendants' counsel for transmission to the Central Authority.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE