# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

WSOU INVESTMENTS LLC § 
§ CIVIL NO:
vs. § WA:20-CV-00473-ADA
§
DELL TECHNOLOGIES INC., DELL INC., §
EMC CORPORATION

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Monday, May 10, 2021 at 02:00 PM**.

IT IS SO ORDERED this 5th day of May, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE