# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00473-ADA<br>Case No. 6:20-cv-00475-ADA<br>Case No. 6:20-cv-00476-ADA<br>Case No. 6:20-cv-00477-ADA<br>Case No. 6:20-cv-00482-ADA<br><br>**JURY TRIAL DEMANDED** |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.<br><br>Defendants. | Case No. 6:20-cv-00480-ADA<br>Case No. 6:20-cv-00481-ADA<br>Case No. 6:20-cv-00485-ADA<br>Case No. 6:20-cv-00486-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL OF ATTORNEY KYANNA SABANOGLU

Pending before the Court is Defendants' Motion for Withdrawal of Attorney Kyanna Sabanoglu ("Defendants' Motion"). This Court having considered Defendants' Motion and noting it is unopposed, IT IS HEREBY ORDERED that Defendants' Motion be GRANTED.

It is therefore ORDERED that Kyanna Sabanoglu is permitted to withdraw as counsel of record for Defendants in this case. ECF notifications to Kyanna Sabanoglu are to be terminated in this case.

SIGNED this _____ day of _____, 2022

                                                        HONORABLE ALAN D ALBRIGHT
                                                        UNITED STATES DISTRICT JUDGE