# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00473-ADA |
| § | |
| DELL TECHNOLOGIES INC., DELL INC., § | |
| EMC CORPORATION | |

## ORDER SETTING HEARING ON MOTION TO CONSOLIDATE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Monday, February 14, 2022 at 10:30 AM**. This hearing is for all cases listed in bold font on the underlying motion.

IT IS SO ORDERED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE