# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00473-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION | § | |

## ORDER RESETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTION HEARING by Zoom on February 14, 2022 at 10:30 AM .

IT IS SO ORDERED this 14th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE