IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-00473-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00475-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00476-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00477-ADA |
| | § | CIVIL ACTION 6:20-cv-00480-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00481-ADA |
| | § | CIVIL ACTION 6:20-cv-00482-ADA |
| DELL TECHNOLOGIES INC., ET | § | CIVIL ACTION 6:20-cv-00485-ADA |
| AL, | § | CIVIL ACTION 6:20-cv-00486-ADA |
| *Defendants*. | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC ("WSOU") hereby moves to withdraw attorney Bradley P. Lerman as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Steckler Wayne Cochran Cherry PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defendants are not opposed to this motion.

1

Dated:  February 16, 2022	RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Joshua A. Whitehill (NY Bar No. 4766473)
    (Admitted *pro hac vice*)
    jwhitehill@kasowitz.com
    Bradley P. Lerman (NY Bar No. 4906079)
    (Admitted *pro hac vice*)
    blerman@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)
    hstern@kasowitz.com
    Jayita Guhaniyogi (NY Bar No. 5349022)
    (Admitted *pro hac vice*)
    jguhaniyogi@kasowitz.com
    Julianne Laporte (NY Bar No. 5547906)
    (Admitted *pro hac vice*)

jlaporte@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Nathan K. Cummings
nathan@etheridgelaw.com
**ETHERIDGE LAW GROUP**
2600 East Southlake Blvd Suite 120-324
Southlake, TX 76902
703-989-3062
Email:

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND DEVELOPMENT**

3

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 16th day of February, 2022.

                                               */s/ Jonathan K. Waldrop*
                                               **Jonathan K. Waldrop**