**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | **CIVIL ACTION 6:20-cv-00473-ADA** |
| | **CIVIL ACTION 6:20-cv-00475-ADA** |
| *Plaintiff,* | **CIVIL ACTION 6:20-cv-00476-ADA** |
| | **CIVIL ACTION 6:20-cv-00477-ADA** |
| **v.** | **CIVIL ACTION 6:20-cv-00480-ADA** |
| | **CIVIL ACTION 6:20-cv-00481-ADA** |
| **DELL TECHNOLOGIES INC., DELL INC.,** | **CIVIL ACTION 6:20-cv-00482-ADA** |
| **EMC CORPORATION, AND VMWARE, INC.** | **CIVIL ACTION 6:20-cv-00485-ADA** |
| *Defendant.* | **CIVIL ACTION 6:20-cv-00486-ADA** |
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | **CIVIL ACTION 6:20-cv-00487-ADA** |
| | **CIVIL ACTION 6:20-cv-00488-ADA** |
| *Plaintiff,* | **CIVIL ACTION 6:20-cv-00489-ADA** |
| | **CIVIL ACTION 6:20-cv-00490-ADA** |
| **v.** | **CIVIL ACTION 6:20-cv-00491-ADA** |
| | **CIVIL ACTION 6:20-cv-00492-ADA** |
| **ZTE CORPORATION,** | **CIVIL ACTION 6:20-cv-00493-ADA** |
| | **CIVIL ACTION 6:20-cv-00494-ADA** |
| *Defendant.* | **CIVIL ACTION 6:20-cv-00495-ADA** |
| | **CIVIL ACTION 6:20-cv-00496-ADA** |
| | **CIVIL ACTION 6:20-cv-00497-ADA** |
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | **CIVIL ACTION 6:20-cv-00572-ADA** |
| | **CIVIL ACTION 6:20-cv-00579-ADA** |
| *Plaintiff,* | **CIVIL ACTION 6:20-cv-00580-ADA** |
| | **CIVIL ACTION 6:20-cv-00584-ADA** |
| **v.** | **CIVIL ACTION 6:20-cv-00585-ADA** |
| **GOOGLE, LLC,** | |
| *Defendant.* | |

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | **CIVIL ACTION 6:20-cv-00725-ADA** |
| | **CIVIL ACTION 6:20-cv-00726-ADA** |
| *Plaintiff,* | **CIVIL ACTION 6:20-cv-00728-ADA** |
| | **CIVIL ACTION 6:20-cv-00730-ADA** |
| **v.** | **CIVIL ACTION 6:20-cv-00783-ADA** |
| **HEWLETT PACKARD ENTERPRISE COMPANY,** | |
| *Defendant.* | |
| **GOOGLE, LLC** | **CIVIL ACTION 6:21-cv-01269-ADA** |
| *Plaintiff,* | |
| **v.** | |
| **TERRIER SSC, LLC** | |
| *Defendant.* | |
| **GOOGLE, LLC** | **CIVIL ACTION 6:21-cv-01270-ADA** |
| *Petitioner,* | |
| **v.** | |
| **BP FUNDING TRUST** | |
| *Respondent* | |
| **GOOGLE, LLC** | **CIVIL ACTION 6:21-cv-01309-ADA** |
| *Petitioner,* | |
| **v.** | |
| **AQUA LICENSING, LLC** | |
| *Respondent.* | |

## PLAINTIFF'S RESPONSE TO JOINDER OF THE DELL DEFENDANTS TO GOOGLE'S MOTION TO COMPEL RESPONSES TO SUBPOENA FROM BASEPOINT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff" or "Brazos") submits this response to Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation's (collectively, "Dell") Joinder to Google's Motion to Compel Responses to Subpoena from BasePoint ("Joinder").

Dell's Joinder requests the Court compel BasePoint to comply with Dell's subpoena, which seeks security and loan agreements with BasePoint and OT Terrier.  6:20-cv-00473-ADA, Dkt. 164 at pp. 2-3.   However, as explained in BasePoint's letter to Dell, which Dell attached as an exhibit to its Joinder, Dell's subpoena seeks the same security and loan agreements with BasePoint and OT Terrier as Microsoft's subpoena, and the Court already denied Microsoft's motion to compel these documents from Brazos.   *Id*., Dkt. 164-4 ("As you are probably aware, the 'agreement for responding to a similar subpoena issued by Google LLC in its litigation with WSOU,' which [Google's counsel] mentioned in his 10/8 email, has been set aside. The reason why, was because WSOU informed us that Microsoft recently sought these **very same documents** set out in [Google's counsel's] 10/8 email, in party discovery it propounded on WSOU, and that Microsoft filed a motion to compel production, which we understand was then **denied by Judge Albright**.") (emphasis added).

The Court already denied a request for production of the same set of documents sought by Dell's subpoena.  Declaration of Jonathan K. Waldrop, Ex. 1, *WSOU Investments LLC v. Microsoft Corporation*, 6:20-cv-00454-ADA, Dkt. 104 at p. 3 ("Microsoft's request to compel WSOU to produce the underlying Loan Agreement and full Security Agreement for both the BP Funding Trust and OT WSOU Terrier Holdings security interests is DENIED.")

Accordingly, Brazos respectfully requests the Court uphold its November 2, 2021 Order Regarding Discovery Disputes and deny Dell's request to compel BasePoint to comply with Dell's subpoena.

Dated:  March 18, 2022                         RESPECTFULLY SUBMITTED,

By: /s/ Jonathan K. Waldrop
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Joshua A. Whitehill (NY Bar No. 4766473)
    (Admitted pro hac vice)
    jwhitehill@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted pro hac vice)
    hstern@kasowitz.com
    Jayita Guhaniyogi (NY Bar No. 5349022)
    (Admitted pro hac vice)
    jguhaniyogi@kasowitz.com
    Julianne Laporte (NY Bar No. 5547906)
    (Admitted pro hac vice)
    jlaporte@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted pro hac vice)
    hbressler@kasowitz.com
    Shelley Ivan (NY Bar No. 4338067)
    (Admitted pro hac vice)
    sivan@kasowitz.com

Noah P. Dorman (DC Bar No. 1779821)
(Admitted pro hac vice)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Nathan K. Cummings
nathan@etheridgelaw.com
**ETHERIDGE LAW GROUP**
2600 East Southlake Blvd
Suite 120-324
Southlake, TX 76902
T:  703-989-3062
F:  817-887-5950

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 18th day of March, 2022.

/s/ Jonathan K. Waldrop
**Jonathan K. Waldrop**