# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.**<br><br>*Defendant.* | **CIVIL ACTION 6:20-cv-00473-ADA**<br>**CIVIL ACTION 6:20-cv-00475-ADA**<br>**CIVIL ACTION 6:20-cv-00476-ADA**<br>**CIVIL ACTION 6:20-cv-00477-ADA**<br>**CIVIL ACTION 6:20-cv-00480-ADA**<br>**CIVIL ACTION 6:20-cv-00481-ADA**<br>**CIVIL ACTION 6:20-cv-00482-ADA**<br>**CIVIL ACTION 6:20-cv-00485-ADA**<br>**CIVIL ACTION 6:20-cv-00486-ADA** |
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZTE CORPORATION,**<br><br>*Defendant.* | **CIVIL ACTION 6:20-cv-00487-ADA**<br>**CIVIL ACTION 6:20-cv-00488-ADA**<br>**CIVIL ACTION 6:20-cv-00489-ADA**<br>**CIVIL ACTION 6:20-cv-00490-ADA**<br>**CIVIL ACTION 6:20-cv-00491-ADA**<br>**CIVIL ACTION 6:20-cv-00492-ADA**<br>**CIVIL ACTION 6:20-cv-00493-ADA**<br>**CIVIL ACTION 6:20-cv-00494-ADA**<br>**CIVIL ACTION 6:20-cv-00495-ADA**<br>**CIVIL ACTION 6:20-cv-00496-ADA**<br>**CIVIL ACTION 6:20-cv-00497-ADA** |
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GOOGLE, LLC,**<br><br>*Defendant.* | **CIVIL ACTION 6:20-cv-00572-ADA**<br>**CIVIL ACTION 6:20-cv-00579-ADA**<br>**CIVIL ACTION 6:20-cv-00580-ADA**<br>**CIVIL ACTION 6:20-cv-00584-ADA**<br>**CIVIL ACTION 6:20-cv-00585-ADA** |

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY,**<br><br>*Defendant.* | **CIVIL ACTION 6:20-cv-00725-ADA**<br>**CIVIL ACTION 6:20-cv-00726-ADA**<br>**CIVIL ACTION 6:20-cv-00728-ADA**<br>**CIVIL ACTION 6:20-cv-00730-ADA**<br>**CIVIL ACTION 6:20-cv-00783-ADA** |
| **GOOGLE, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**TERRIER SSC, LLC**<br><br>*Defendant.* | **CIVIL ACTION 6:21-cv-01269-ADA** |
| **GOOGLE, LLC**<br><br>*Petitioner,*<br><br>v.<br><br>**BP FUNDING TRUST**<br><br>*Respondent* | **CIVIL ACTION 6:21-cv-01270-ADA** |
| **GOOGLE, LLC**<br><br>*Petitioner,*<br><br>v.<br><br>**AQUA LICENSING, LLC**<br><br>*Respondent.* | **CIVIL ACTION 6:21-cv-01309-ADA** |

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFF'S RESPONSE TO JOINDER OF THE DELL DEFENDANTS TO GOOGLE'S MOTION <u>TO COMPEL RESPONSES TO SUBPOENA FROM BASEPOINT</u>**

2

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz Benson Torres LLP. I am one of the attorneys responsible for the representation of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in this matter and make this declaration in support of Plaintiff's Case Readiness Status Report.

2. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Court's November 2, 2021 Order Regarding Discovery Disputes in *WSOU Investments LLC v. Microsoft Corporation*, 6:20-cv-00454-ADA, Dkt. 104.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 18th day of March, 2022, in New York, New York.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

3