# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br>*Defendants.* | §§§§§§§§§§§<br><br>Case No. 6-20-cv-00473-ADA |

## REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 2nd day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE