IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,**<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00473-ADA<br>Civil Action No.: 6:20-cv-00476-ADA<br>Civil Action No.: 6:20-cv-00477-ADA<br><br>**JURY TRIAL DEMANDED** |
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, and VMWARE, INC.,**<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00480-ADA<br>Civil Action No.: 6:20-cv-00481-ADA<br>Civil Action No.: 6:20-cv-00486-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

**COME NOW,** Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Dell Technologies Inc., Dell Inc., EMC Corporation, and VMWare, Inc. ("Defendants") (collectively, "Parties"), and hereby respectfully submit this Joint Motion to Amend Scheduling Order. The Parties have agreed to adjust the Scheduling Order to afford the Parties additional time to prepare for expert reports and trial. The Parties

have jointly agreed to modify the case schedule as reflected in the proposed scheduling order. On April 20, 2022, the Court reset the pretrial conference to September 23, 2022 and the trial date to October 3, 2022 for all pending cases. The Parties jointly request that the Court reset the pretrial conference to November 28, 2022 and the trial date to December 5, 2022 for the cases asserted against the Dell Defendants (6:20-cv-473; 6:20-cv-476; and 6:20-cv-477).

The Parties jointly request that the Court set a new pretrial conference and trial date for the cases asserted against the Dell Defendants and VMware (6:20-cv-480; 6:20-cv-481; and 6:20-cv-486) with the trial date falling between late January and early March 2023.  The Parties will submit a revised schedule incorporating the new trial date and will correspondingly adjust the preceding deadlines for the VMware cases.

Dated:  May 6, 2022                                    RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted *pro hac vice*)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**

333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

        Gregory Phillip Love (TX Bar No. 24013060)
        greg@swclaw.com
        **STECKLER WAYNE CHERRY & LOVE PLLC**
        107 East Main Street
        Henderson, TX 75652
        Telephone: (903) 212-4444
        Facsimile: (903) 392-2267

        **Attorneys for Plaintiff**
        **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

By: */s/ Brian A. Rosenthal*
        Barry K. Shelton
        Texas State Bar No. 24055029
        bshelton@winston.com
        **WINSTON & STRAWN LLP**
        2121 North Pearl Street, Ste. 900
        Dallas, TX 75201
        Telephone: 214.453.6407
        Facsimile: 214.453.6400

        Benjamin Hershkowitz
        bhershkowitz@gibsondunn.com
        Brian A. Rosenthal
        brosenthal@gibsondunn.com
        Allen Kathir
        akathir@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Ave.
        NY, NY 10166-0193
        Telephone: 212.351.4000
        Facsimile: 212.351.4035

        Y. Ernest Hsin
        ehsin@gibsondunn.com
        Jaysen S. Chung
        jschung@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        555 Mission St., Ste. 3000
        San Francisco, CA 94105-0921
        Telephone: 415.393.8200
        Facsimile: 415.393.8306

        Ryan K. Iwahashi
        riwahashi@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Emily M. Whitcher
ewhitcher@gibsondunn.com
Andrew P. Blythe
ablythe@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 6th day of May 2022, via the Court's CM/ECF system.

                                              */s/ Barry K. Shelton*
                                              Barry K. Shelton