# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS LLC** § § | |
| vs. § | NO:   WA:20-CV-00473-ADA |
| § § | |
| **DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AQUA LICENSING, LLC** § | |
| *Defendant* | |

# ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTION HEARING, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on August 11, 2022 at 02:00 PM.

**IT IS SO ORDERED** this **11th day of August, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE