# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC § <br> d/b/a BRAZOS LICENSING § <br> AND DEVELOPMENT, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> DELL TECHNOLOGIES INC., § <br> DELL INC., EMC CORPORATION, § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 6:20-CV-00473-ADA <br> CIVIL ACTION NO. 6:20-CV-00476-ADA <br><br><br> JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANTS' MOTION TO STAY

This Court, having considered the parties' briefing, the applicable law, and arguments presented during oral argument, hereby **DENIES** Defendants' request to stay the above referenced cases pending the resolution of Defendants' Motion to Transfer to the Austin Division.

Signed this 11th day of November 2022.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE