UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,**<br><br>*Defendants.* | **Civil Action No.: 6:20-cv-00473-ADA-DTG**<br>**Civil Action No.: 6:20-cv-00476-ADA-DTG**<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER STAYING CASE

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's ("Plaintiff") Opposed Motion to Dismiss Without Prejudice or in the Alternative to Stay District Court Proceedings Pending Resolution of *Ex Parte* Reexamination ("Motion"). Plaintiff filed the Motion on March 20, 2023 (D.I. 255)[1], Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation (collectively, "Defendants") filed their Response to the Motion on March 22, 2023 (D.I. 256), and Plaintiff filed its Reply in support of the Motion on March 29, 2023 (D.I. 257). After careful consideration of the briefing and arguments, the Court ORDERS the following:

1. The parties shall complete expert discovery by May 19, 2023. The parties shall notify the Court once expert discovery is complete.

2. The Court will stay and administratively close the above-captioned actions

---

[1] All references to "D.I. ___" are to Case No. 6:20-cv-00473-ADA-DTG unless otherwise noted.

immediately upon the completion of expert discovery.  Plaintiff anticipates seeking to lift the stay of the above-captioned actions once final resolution on Defendants' request for *ex parte* reexamination of U.S. Patent No. 7,565,435, including any appeals, is reached.

3. While the above-captioned actions are stayed and administratively closed, the parties shall (1) notify the Court of any significant event, and (2) provide status updates for the Court every six months.

Signed this 14th day of April 2023.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE