**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. W-20-CV-00473-ADA** |
| | § | |
| **DELL TECHNOLOGIES INC., DELL** | § | |
| **INC., EMC CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge

Derek T. Gilliland. ECF No. 289. The report recommends Plaintiff's Motion to Dismiss Under

Rule 41(a)(2) (ECF No. 269) be **GRANTED-IN-PART** and **DENIED-IN-PART** and that the

case be **DISMISSED with PREJUDICE**, without deciding whether to award attorneys' fees. The

report and recommendation was filed on January 4, 2024.

A party may file specific, written objections to the proposed findings and recommendations

of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed.

R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report

and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation."). The Court has reviewed the report

and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 289) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Under Rule 41(a)(2) (ECF No. 269) is **GRANTED-IN-PART** and **DENIED-IN-PART** and that the case be **DISMISSED with PREJUDICE**, without deciding whether to award attorneys' fees.

**SIGNED** this 25th day of April, 2024.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE