IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| *Plaintiff,* | § § | **CASE NO. 6:20-CV-00473-ADA-DTG** <br> **CASE NO. 6:20-CV-00476-ADA-DTG** |
| v. | § § | |
| DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, | § § § | |
| *Defendants.* | § | |

## ORDER CANCELING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MOTION HEARING on November 21, 2025, is hereby **CANCELED.**

**SIGNED** on November 20, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE